### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **JOHN T. LAMONT and PRESTON POULTER,** | § § § | |
| *Plaintiffs,* | § § | |
| **vs.** | § | Case 3:21-cv-01176-K |
| **Dean Assaf a/k/a DA Talk;** | § | |
| **Victoria Kundert a/k/a Vikki's Verse,** | § | |
| **Ethan Van Sciver,** | § | |
| *Defendants.* | § | **Honorable Judge Ed Kinkeade** |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, Plaintiffs Preston Poulter and John T. Lamont provide the following information:

### I.

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock :

NONE.

### II.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Plaintiffs Preston Poulter and John T. Lamont

2. The Fein Law Firm, P.C.
   16800 N. Dallas Parkway, Suite 105
   Dallas, Texas 75248

3.      Defendants:
        Dean Assaf a/k/a "DA Talk"
        1014 E Alameda Street
        Manteca, California 95336

        Defendant Victoria C. Kundert a/k/a VikkiVerse
        5412 Mariposa Drive NW,
        Albuquerque, New Mexico 87120

        Defendant Ethan Van Sciver
        5 John Sloan Way,
        Evesham, New Jersey 08053


                                Respectfully submitted,

                                THE FEIN LAW FIRM, P.C.

                        By:     _____

                                **Eric D. Fein**
                                State Bar No. 06879020
                                *efein@feinlawfirm.com*
                                **Vickie S. Brandt**
                                State Bar No. 24031878
                                *vbrandt@feinlawfirm.com*
                                16800 N. Dallas Parkway, Suite 105
                                Dallas, Texas 75248
                                214-522-9596 Telephone
                                214-522-9599 Facsimile
                                ***Counsel for Plaintiffs***