UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and<br>PRESTON POULTER,<br>    *Plaintiffs*, | §<br>§<br>§<br>§ | CIVIL ACTION NO. 3:21-CV-01176-K |
| vs. | §<br>§ | |
| DEAN ASSAF A/K/A DA TALK;<br>VICTORIA KUNDERT A/K/A VIKKIVERSE,<br>AND ETHAN VAN SCIVER,<br>    *Defendants*. | §<br>§<br>§<br>§ | |

## **NOTICE OF APPEARANCE OF COUNSEL**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Notice is hereby given that Jeremy Masten and Sameer Ahmed are entering an appearance on behalf of Plaintiffs John T. Lamont and Preston Poulter, and Jeremy Masten will serve as lead counsel and attorney in charge in the above-numbered and entitled cause:

Jeremy Masten
State Bar No. 24083454
**THE MASTEN LAW FIRM, PLLC**
2608 N. Main Street, Suite B-238
Belton, Texas 76513
Tel: 254-907-9185
Email: jeremy@themastenlawfirm.com

Sameer Ahmed
State Bar No. 24001631
**THE AHMED FIRM, PLLC**
8111 LBJ Freeway, Suite 655
Dallas, Texas 75251
Tel: 972-934-5858
Fax: 972-934-5859
Email: sameer@theahmedfirm.com

Mr. Masten is currently admitted to practice in the Northern District of Texas.

Mr. Ahmed is currently admitted to practice in the Northern District of Texas.

Dated: June 25, 2021

        Respectfully submitted,

        **The Masten Law Firm, PLLC**

        */s/ Jeremy Masten*
        Jeremy Masten **\***
        State Bar No. 24083454
        2608 N. Main Street, Ste. B-238
        Belton, Texas 76513
        Tel:
        Email: jeremy@themastenlawfirm.com

        **\*** Attorney in charge for the Plaintiffs

        */s/ Sameer Ahmed*
        Sameer Ahmed
        State Bar No. 24001631
        **The Ahmed Firm, PLLC**
        8111 LBJ Freeway, Suite 655
        Dallas, Texas 75251
        Tel: 972-934-5858
        Fax: 972-934-5859
        Email: sameer@theahmedfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel via CM/ECF delivery on this 25th day of June 2021:

        */s/ Jeremy Masten*
        Jeremy Masten