# RETURN OF SERVICE

Court Stamp Here

Notice: This document contains sensitive data

| Court | |
|---|---|
| | **Federal Court**<br>**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS**<br>**Dallas County, Texas** |

| Plaintiff | | Cause # |
|---|---|---|
| | **JOHN T. LAMONT AND PRESTON POULTER** | **3:21-CV-01176-K** |

| Defendant(s) | | Came to Hand Date/Time |
|---|---|---|
| | **ALI "DEAN" ASSAF A/K/A DA TALK; VICTORIA KUNDERT A/K/A VIKKIVERSE, AND ETHAN VAN SCIVER** | **7/13/2021     3:21 PM** |

| Manner of Service | | Service Date/Time |
|---|---|---|
| | **Personal** | **7/14/2021     12:00 PM** |

| Documents | | Service Fee: |
|---|---|---|
| | **SUMMONS; FIRST AMENDED COMPLAINT** | **$95.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **7/14/2021** at **12:00 PM**: I served **SUMMONS and FIRST AMENDED COMPLAINT** upon **Ethan Van Sciver** by delivering **1** true and correct copy(ies) thereof, with **Ethan Van Sciver, Who accepted service with direct delivery, with identity confirmed by subject stating their name, a gray-haired white male approx. 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with a beard and a mustache** at **5 John Sloan Way, Evesham, NJ 08053**.

My name is: **James Vipperman**. My date of birth is: **10/24/1972**

My address is: **405 Kennedy Ave, Williamstown, NJ 08094**, USA.

null

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in  Burlington Co. New Jeresy.  (JCV)   county, TX.

*James Vipperman Jr*

James Vipperman

07/16/2021

Date Executed

Ref **REF-8417017**



0073124202

txefile@abclegal.com

The Ahmed Firm, PLLC
<melissa@theahmedfirm.com>

Tracking # **0073263678**

