AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-CV-01176-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ali "Dean" Assaf a/k/a Da Talk__
was received by me on *(date)* __July 13, 2021__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
__Hussam Assaf (father)__ , a person of suitable age and discretion who resides there,
on *(date)* __July 13, 2021__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __75."__ for travel and $ __/__ for services, for a total of $ __$75."__

I declare under penalty of perjury that this information is true.

Date: __07/19/21__

_Server's signature_

__Richard Berberian - Registered CA Process Server__
__Stanislaus County__ Printed name and title __#07-005__

__Berberian Legal Service, P.O. Box 5303, Modesto__
_Server's address_ __CA 95352__

Additional information regarding attempted service, etc: