IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and<br>   PRESTON POULTER,<br><br>           Plaintiffs,<br>      v.<br>DEAN ASSAF A/K/A DA TALK;<br>VICTORIA KUNDERT A/K/A<br>VIKKIVERSE, AND ETHAN VAN<br>SCIVER,<br>           Defendants. | Civil Action No. 3:21-CV-1176-K |

**DECLARATION OF SCOTT HOUTTEMAN**

I, Scott Houtteman, declare as follows:

1. I am an attorney of record in this lawsuit, and I am knowledgeable about all documents and legal issues pertaining to this opposition.

2. The following exhibits are true and correct copies of the public record.

3. **Exhibit 1** is a true and correct transcription of the relevant portions of the alleged defamatory livestream broadcast April 25, 2021 on the YouTube channel VikkiVerse entitled "ComicsGate Dumping Ground: D-E-Dlive" as well as a true and correct screenshot of the livestream taken at the 16.44 minute mark.

4. **Exhibit 2** is a true and correct copy of Kickstarter's Corporate Information obtained directly from the public records retrieved from the Delaware Division of Corporations website and a true and correct copy of records obtained from the New York Department of State website (emphasis added).

Appn 1

5.	**Exhibit 3** is a true and correct copy of Plaintiff's Kickstarter campaign for "The Demonatrix" comic book.

6.	**Exhibit 4** is a true and correct copy of Kickstarter's "Prohibited Items" obtained directly from the Kickstarter website.

7.	I declare under penalty of perjury that the foregoing is true and correct and, if sworn as a witness, I could and would testify thereto.

Dated this 4th day of August 2021 at Fairfax City, VA USA.

　　　　　　　　　　　　　　　　　　/Scott Houtteman/
　　　　　　　　　　　　　　　　　　Scott Houtteman

EXHIBIT 1 – Transcription of Relevant Portions of VikkiVerse YouTube livestream

YouTube Channel VikkiVerse, 1 hr. 7.59 min livestream entitled, "ComicsGate Dumping Ground: D-E-Dlive." (Screen shot below taken at 16:44 min.), originally streamed April 25, 2021.<https://www.youtube.com/watch?v=PqjGXuJuVcg&t=2793s> (indicating 757 views when last visited on 8/3/2021)



Appn 3

Partial transcript of livestream (alleged defamatory statements highlighted).

**From 12:53 to 13:03** of the livestream:

Defendant Victoria Kundert:   I guess next we'll talk about the TM. . . .

**From 16:22 to 16:51**:

MR. VAN SCIVER (prerecorded):   So COMICSGATE is trademarked and feel free. As long as you abide by the principles and rules, the standards that we all kind of understand COMICSGATE is, there's going to be no problem. If you want to publish child pornography under the COMICSGATE banner, that's gonna be a problem. Or anything like that. And in, in that instance I will come down and exercise my trademark and protect the trademark.

From 30:10 to 30:38 (Mr. Van Sciver joins the livestream in person):

Ms. Kundert:   But anyway, TMs. Trademarks, Copyrights.

Mr. Assaf:   (crosstalk). . . want to hear your side of things. . . .

MR. VAN SCIVER:   Well, I mean you know my side of things, fortunately, I, you know I talk about almost everything pretty openly on my channel. But I mean, you know my side of things is that is that it's pretty demonstrable that COMICSGATE has been used in commerce by me and me alone, up until Preston decided he would try to spite trademark the term.

**From 31:12 to 31:31:**

MR. VAN SCIVER: And I was told this by another trademark attorney that, you know, look, you know you have been using COMICSGATE in commerce. You have what's known as the common law trademark to the word COMICSGATE. You don't need to register it. I mean, you don't need to register it, it doesn't need to happen. You are, you are the trademark owner."

**From 33:26 to 34:11**:

MR. VAN SCIVER: Uh, you know I, I don't think anybody is going to be attitudinal about it. I just don't think anybody is going to get very upset and think that I'm, you know, coopting a movement.  All of those accusations have already been made and put into play, and they amounted to nothing. <u>So I just, I don't want Preston to make child pornography and put COMICSGATE on the label. You know what I mean</u>?"

Mr. Assaf: "Yea, that was a pretty fuckin' gross move.

MR. VAN SCIVER: Especially right now, you know, at this point one of his pals, Slick Jimmy, outed as an actual, you know, child pornographer, uh pedophile. You know it's like, this, now is not a good time for that bullshit.

**From 46:24 to 46:33**

MR. VAN SCIVER: <u>In order to have a trademark you do have to protect it. So I will protect it in that way. I will not allow it to be put on child pornography by Preston Poulter</u>.

EXHIBIT 2 - Kickstarter Corporate Information (emphasis added)

7/2/2021

Delaware.gov

Division of Corporations - Filing

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

**Entity Details**

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 4236558 | Incorporation Date / Formation Date: | 10/17/2006 (mm/dd/yyyy) |
| Entity Name: | KICKSTARTER, PBC | | |
| Entity Kind: | Corporation | Entity Type: | Benefit Corporation |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information
[Submit]

[View Search Results] [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

Appn 7

7/2/2021

**July 2, 2021** | 12:29 pm

**COVID-19 Updates**

Public Inquiry

The COVID-19 vaccine is here. It is safe, effective and free.
Walk in to get vaccinated at sites across the state.
Continue to mask up and stay distant where directed.
GET THE FACTS ➤

# Department of State
## Division of Corporations

### Entity Information

[Return to Results] [Return to Search]

**Entity Details**

**ENTITY NAME:** KICKSTARTER, PBC
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**DATE OF INITIAL DOS FILING:** 12/15/2009
**EFFECTIVE DATE INITIAL FILING:** 12/15/2009
**FOREIGN FORMATION DATE:** 11/04/2009
**COUNTY:** Kings
**JURISDICTION:** Delaware, United States

**DOS ID:** 3888941
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** Active
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 12/31/2021
**NFP CATEGORY:**

ENTITY DISPLAY   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

**Service of Process Name and Address**

**Name:** KICKSTARTER, PBC
**Address:** C/O AZIZ HASAN, 58 KENT STREET, BROOKLYN, NY, United States, 11222

**Chief Executive Officer's Name and Address**

**Name:** AZIZ HASAN
**Address:** 58 KENT STREET, BROOKLYN, NY, United States, 11222

**Principal Executive Office or Owner Name and Address**

**Name:**
**Address:**

**Registered Agent Name and Address**

**Name:** C T CORPORATION SYSTEM
**Address:** 28 LIBERTY ST., NEW YORK, NY, 10005

https://apps.dos.ny.gov/publicInquiry/EntityDisplay    1/2

Appn 8

EXHIBIT 3 – Plaintiffs' Kickstarter Campaign





### Lovely Adult Variant Cover

A full nude adult variant cover from fellow Daz3D artist. Bringing their photo-realistic renders to grace your cover.

STORY

RISKS



### UnHolyOska Variant Cover

Daz3D artist UnHolyOska, who's unique character styles provides this re-imagining of Emmy Riley reading from her summoning book.

STORY

RISKS



Appn 10

STORY

RISKS

#### UnHolyOska Seduction Variant Cover

UnHolyOska unique character style features Lolita attempting to seduce Emmy and damn her soul for eternity.



#### Emanuele Taglietti Inspired Cover

This cover is inspired by the art of Emanuele Taglietti, who was notorious for drawing covers for adult comics in the 1970's. This image is a re-imagining of *Cimiteria*, #15.



RISKS

Main Retail Cover:

The main retail cover features Lolita in full demon form staring into your soul with glowing purple eyes.



Interior Pages:

Beautiful covers aside, we all know the interiors are where it's at. Here are some sampling of the interior story pages. All panels were created and rendered in Daz3d using the built in nVidia Iray render engine.

STORY

RISKS



*Summoning Spells*

Appn 12

**STORY**

RISKS



*A Night at The Club*

**STORY**

RISKS



*A Girl Possessed*



*A Sudden Stop*

**STORY**

**RISKS**

**About the Author**

John Lamont is a screenwriter and Daz3D artist. John spent several years in Los Angeles working in independent cinema as a screenwriter, producer, and assistant director before moving to Florida. He first entered the comic scene with his Daz3D webcomic series Blood Feud currently running on Deviant Art and Comic Fury.

Appn 14

EXHIBIT 4 – Kickstarter Terms of Service (Emphasis added)

