IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and PRESTON POULTER, | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:21-CV-1176-K |
| v. | § § | |
| DEAN ASSAF a/k/a DA TALK VICTORIA KUNDERT a/k/a VIKKIVERSE, and ETHAN VAN SCIVER. | § § § § § | Judge Kinkeade |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANT ETHAN VAN SCIVER'S MOTION TO DISMISS**

Before the Court is Defendant Ethan Van Sciver's Motion to Dismiss (the "Motion"). The Court, having considered the parties' briefing and relevant law, hereby GRANTS the motion.

It is therefore ORDERED that Defendant Ethan Van Sciver is hereby dismissed from this lawsuit because the Court lacks personal jurisdiction under Fed. R. Proc. 12(b)(2) and because the First Amended Complaint, Doc. No. 6, fails to state a claim against him upon which relief can be granted under Rule 12(b)(6).

SIGNED on this ____ day of _____, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE