# VIRGINIA STATE BAR

## *CERTIFICATE OF GOOD STANDING*

THIS IS TO CERTIFY THAT **SCOTT WILLIAM HOUTTEMAN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. HOUTTEMAN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **MARCH 3, 2004,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued June 3, 2021

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER