## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

JOHN T. LAMONT and
PRESTON POULTER,

Plaintiffs,

v.

DEAN ASSAF A/K/A DA TALKS,
VICTORIA KUNDERT
A/K/A VIKKIVERSE,
AND ETHAN VAN SCIVER.
Defendants.

Civil Action No. 3:21-CV-1176-K

### DECLARATION OF ALI ASSAF

I, Ali Assaf, declare as follows:

1. The following exhibits are true and correct copies of the public record.

2. **Exhibit 1** is a true and correct copy of Plaintiff Lamont's Kickstarter campaign for "The Demonatrix" comic book .

3. **Exhibit 2** is a true and correct copy of the update to Plaintiff Lamont's Kickstarter campaign for "The Demonatrix" comic book dated March 16, 2001.

4. **Exhibit 3** is a true and correct copy of Kickstarter's "Prohibited Items" obtained directly from the Kickstarter website.

5. **Exhibit 4** is a true and correct copy of Plaintiff Poulter's Kickstarter campaign for White Lily: the Trade Paperback - 164 Full Color Pages from the Kickstarter website.

**Appn 1**

6. **Exhibit 5** is a true and correct copy of Plaintiff Poulter's Kickstarter campaign for Guinevere and the Divinity Factory #4: Mega-campaign! from the Kickstarter website.

7. **Exhibit 6** is a true and correct copy of Plaintiff Poulter's Kickstarter campaign for Guinevere and the Divinity Factory #5 / Trade Paperback from the Kickstarter website on August 17, 2021.

8. **Exhibit 7** is a true and correct copy of tweets published by Plaintiff Poulter during the North Texas RPG Con in Irvine, Texas from June 3, 2021 through June 6, 2021.

9. **Exhibit 8** is a true and correct copy of tweets published by Plaintiff Poulter during the Albuquerque Comic Con in Albuquerque, New Mexico from June 25, 2021 through June 27th, 2021.

10. **Exhibit 9** is a true and correct copy of tweets published by Plaintiff Poulter during Anime Matsuri in Houston, Texas from July 8, 2021 through July 11, 2021.

11.    I declare under penalty of perjury that the foregoing is true and correct.


Dated this 18th day of August 2021 at Manteca, CA USA.


_/Ali Assaf/_
Ali Assaf

EXHIBIT 1 – Plaintiff Lamont's Kickstarter Campaign for "The Demonatrix #1"





**Lovely Adult Variant Cover**

A full nude adult variant cover from fellow Daz3D artist. Bringing their photo-realistic renders to grace your cover.



**UnHolyOska Variant Cover**

Daz3D artist UnHolyOska, who's unique character styles provides this re-imagining of Emmy Riley reading from her summoning book.



**UnHolyOska Seduction Variant Cover**

UnHolyOska unique character style features Lolita attempting to seduce Emmy and damn her soul for eternity.



Emanuele Taglietti Inspired Cover

This cover is inspired by the art of Emanuele Taglietti, who was notorious for drawing covers for adult comics in the 1970's. This image is a re-imagining of Cimiteria, #15.



Main Retail Cover:

The main retail cover features Lolita in full demon form staring into your soul with glowing purple eyes.



Interior Pages:

Beautiful covers aside, we all know the interiors are where it's at. Here are some sampling of the interior story pages. All panels were created and rendered in Daz3d using the built in nVidia Iray render engine.



Summoning Spells



A Night at The Club



A Girl Possessed



A Sudden Stop



**About the Author**

John Lamont is a screenwriter and Daz3D artist. John spent several years in Los Angeles working in independent cinema as a screenwriter, producer, and assistant director before moving to Florida. He first entered the comic scene with his Daz3D webcomic series Blood Feud currently running on Deviant Art and Comic Fury.

**Risks and challenges**

All art pages are done. The only thing left is handle some back office business, order prints, and mail them out. I expect fulfillment of print books within 90 days, and an extra 30 days for metal covers.

Learn about accountability on Kickstarter

Questions about this project? Check out the FAQ

Report this project to Kickstarter

Arts    Comics & Illustration    Design & Tech    Film    Food & Craft    Games    Music    Publishing

**ABOUT**
About us
Our charter
Stats
Press
Jobs

**SUPPORT**
Help Center
Our Rules
Creator Resources
Patrons
Brand assets

**MORE FROM KICKSTARTER**
Newsletters
Kickstarter Magazine
The Creative Independent
Mobile apps
Research

Kickstarter, PBC © 2021

English ▾    $ US Dollar (USD)

Trust & Safety    Terms of Use    Privacy Policy    Cookie Policy    Accessibility Statement    CA Notice of Consent

**Appn 7**

EXHIBIT 2 – Plaintiff Lamont's Kickstarter Campaign Update  for "The Demonatrix #1"





Arts    Comics & Illustration    Design & Tech    Film    Food & Craft    Games    Music    Publishing

**ABOUT**

About us
Our charter
Stats
Press
Jobs

**SUPPORT**

Help Center
Our Rules
Creator Resources
Patrons
Brand assets

**MORE FROM KICKSTARTER**

Newsletters
Kickstarter Magazine
The Creative Independent
Mobile apps
Research

Kickstarter, PBC © 2021                                    English ▾        $ US Dollar (USD) ▾

Trust & Safety    Terms of Use    Privacy Policy    Cookie Policy    Accessibility Statement    CA Notice of Consent

**Appn 9**

EXHIBIT 3 – Kisckstarter's Term s of Servvice (Emphasis Added)



Discover  Start a project                          **KICKSTARTER**                          Search Q   Log in

# Prohibited Items

We prohibit projects that are illegal, heavily regulated, or potentially dangerous for backers, as well as rewards that the creator did not make.

✖ Any item claiming to diagnose, cure, treat, or prevent an illness or condition (whether via a device, app, book, nutritional supplement, or other means).

✖ Contests, coupons, gambling, and raffles.

✖ Energy food and drinks.

✖ Offering a genetically modified organism as a reward.

✖ Live animals. Projects cannot include live animals as a reward.

✖ Offering alcohol as a reward.

✖ Offering financial, money-processing, or credit services; financial intermediaries or cash-equivalent instruments; travel services (e.g., vacation packages); phone services (e.g., prepaid phone services, 900 numbers); and business marketing services.

✖ Political fundraising.

✖ Pornographic material.

✖ Projects that promote discrimination, bigotry, or intolerance towards marginalized groups

✖ Projects that share things that already exist, or repackage a previously-created product, without adding anything new or aiming to iterate on the idea in any way.

✖ Resale. All rewards must have been produced or designed by the project or one of its creators — no reselling things from elsewhere.

✖ Drugs, nicotine, tobacco, vaporizers and related paraphernalia.

✖ Weapons, replicas of weapons, and weapon accessories.

If your project involves something illegal, heavily regulated, or potentially dangerous for backers and it is not on this list, please contact us before starting your project.

Arts   Comics & Illustration   Design & Tech   Film   Food & Craft   Games   Music   Publishing

| ABOUT | SUPPORT | MORE FROM KICKSTARTER |
|---|---|---|
| About us | Help Center | Newsletters |
| Our charter | Our Rules | Kickstarter Magazine |
| Stats | Creator Resources | The Creative Independent |
| Press | Patrons | Mobile apps |
| Jobs | Brand assets | Research |

Kickstarter, PBC © 2021

English ▾   $ US Dollar (USD) ▾

Trust & Safety   Terms of Use   Privacy Policy   Cookie Policy   Accessibility Statement   CA Notice of Consent

**EXHIBIT 4 – Plaintiff Poulter's Kickstarter Cmapign for While Lily**





RISKS



Get these 5 White Lily images as both 11x17" paper prints AND 2x5x3.5" metal trading cards WITH a 2021 White Lily Wall Calendar as it's own tier for $50 or as an add-on for $40. Did I mention FREE SHIPPING?



## I just got the White Widow #5 and I Make Boys Cry #1 Covers in from Absolute

I commissioned special covers for these new books by Absolute Comics and I'm offering them as part of this campaign. Select either a trade dress version or a completely virgin cover as a stand alone main perk or as add-ons.



## White Lily Story

White Lily tells the the story of the two deadliest female fighter pilots who ever lived: Lydia "Lilya" Litvyak (callsign "White Lily") and Katya Budanova. Together, these two women fought for the Soviet Union during the second World War where they each shot down five enemy planes to become the only two "Ace" female fighter pilots in world history.

### Read the first two issues free!

I set out to tell their life in five issues; each of the series has been successfully funded and fulfilled here on Kickstarter. This campaign offers the previously created 5 comics in one combined 168 page trade paperback that tells the complete story. The book contains a cover gallery showing all the beautiful cover images that have been made for the story over the years, as well as my reflections on it as the writer and creator.

In addition, in time for the holidays, I am offering a poker deck of 52 cards plus 2 jokers that feature the White Lily Artwork.



*Different artwork for each rank*

Also, I created a wall calendar that not only features the cover artwork for White Lily, but also, dates related to the story.



In addition to the typical calendar holidays being noted it will also mark the important dates to the story and the characters. This will help you imagine the lives of the characters as they start the Battles of Stalingrad and Kursk. Of course, we also celebrate the days that Katya and Lilya were declared heroes by the Russian government.

**Appn 13**

## Add-ons available

Kickstarter is rolling out functionality to add products to your main pledge within the Kickstarter interface itself. I am offering a variety of products for you including:

- The Comic Book Certification Service (CBCS) to grade and slab your comic book.
- The variant covers of Guinevere and the Divinity Factory

## Risks and challenges

All five of these issues have previously been fulfilled. The only risk to your not receiving your book lies in not filling out your survey.

Learn about accountability on Kickstarter

Questions about this project? Check out the FAQ

Report this project to Kickstarter

Arts   Comics & Illustration   Design & Tech   Film   Food & Craft   Games   Music   Publishing

**ABOUT**
About us
Our charter
Stats
Press
Jobs

**SUPPORT**
Help Center
Our Rules
Creator Resources
Patrons
Brand assets

**MORE FROM KICKSTARTER**
Newsletters
Kickstarter Magazine
The Creative Independent
Mobile apps
Research

Kickstarter, PBC © 2021

English ▾   $ US Dollar (USD) ▾

Trust & Safety   Terms of Use   Privacy Policy   Cookie Policy   Accessibility Statement   CA Notice of Consent

**Appn 14**

**EXHIBIT 5** - Plaintiff Poulter's Kickstarter campaign for Guinevere and the Divinity Factory #4: Mega-campaign!





## A Lost Soul in Search of Redemption

Guinevere and the Divinity Factory explores a lot of tropes of the Roaring 20's: unrestrained flapper parties, Lovecraftian monsters, futurism, art deco design elements, planned societies, and, of course, ladies of questionable morality.

In the first issue, which you can DOWNLOAD FOR FREE, we find Guinevere, an addict healed through the power of magic, visiting the fantastic, palatial estate of The Great Wizard Gatsby™ so that she might learn magic from the powerful patron. He assigns her a quest which, over the course of the subsequent issues, bring her into conflict with sadistic demons and remorseless androids.

In issue #4, she must make a choice that determines the fate of her very soul.

## Beauty on Every Page

The Pocket Jacks Comics brands reflects a commitment to the slogan, 'Beauty of every page.' As you can see from the PDF of the first issue, I don't skimp on the budget for the interior pages. Every page of every issue is beautiful, and the **five interior splash pages** featured in issue #4 also sell as prints and metal trading cards on their own artistic merits.

## Risks and challenges

A prior version of this comic has already been fulfilled on Kickstarter. The only risk you face in not receiving your book lies in your responsibility to fill out your survey at the end.

**Learn about accountability on Kickstarter**

Questions about this project? **Check out the FAQ**

Report this project to Kickstarter



Arts    Comics & Illustration    Design & Tech    Film    Food & Craft    Games    Music    Publishing

**ABOUT**
About us
Our charter
Stats
Press
Jobs

**SUPPORT**
Help Center
Our Rules
Creator Resources
Patrons
Brand assets

**MORE FROM KICKSTARTER**
Newsletters
Kickstarter Magazine
The Creative Independent
Mobile apps
Research

Kickstarter, PBC © 2021

English ▾     $ US Dollar (USD) ▾

Trust & Safety    Terms of Use    Privacy Policy    Cookie Policy    Accessibility Statement    CA Notice of Consent

**Appn 16**

EXHIBIT 6  -  Plaintiff Poulter's Kickstarter campaign for Guinevere and the Divinity Factory #5 /Trade Paperback



## The Rewards

This campaign makes use of Kickstarter's new Add-On feature allowing you to build your
own reward packages. Start by selecting the main tier from the one's available below.

## Issue 5 Covers



Miss Sashi's cover of Guinevere #5



The main retail cover of issue 5



Canaan White cover of #5



Only 100 copies of Keith Garvey's cover will be issued.



RB White Virgin Nice Cover



The cover of the trade paperback



Get 1 of 20 of the Chains the Bind cover of Issue #5

Appn 21

Questions about this project? Check out the FAQ

Report this project to Kickstarter

WE ALSO RECOMMEND



**Scorpiana 3: Revelations!**

The third issue starring the most dangerous woman in comics, Scorpiana!

By Michael Shoemaker



**Detonator - Issues #1, #2, and #3!**

A new action-packed comic exploring PTSD, isolation, and misguided supervillainy - DETONATOR is coming soon.

By James Parriah



**Pixie Trix Comix Volume 2 & more!**

Help us fund the printing of Pixie Trix Comix Vol. 2, and the printing and creation of Ultraluminals #2 and Infernica Sinn #1

By Pixie Trix Comix



**The Hunt for Goatman - A Horror Comic**

In the final issue of the trilogy, a detective is tasked with leading the hunt for the Goatman who is on a warpath of destruction.

By Joseph Olivera

Arts    Comics & Illustration    Design & Tech    Film    Food & Craft    Games    Music    Publishing

**ABOUT**
About us
Our charter
Stats
Press
Jobs

**SUPPORT**
Help Center
Our Rules
Creator Resources
Patrons
Brand assets

**MORE FROM KICKSTARTER**
Newsletters
Kickstarter Magazine
The Creative Independent
Mobile apps
Research

Kickstarter, PBC © 2021

English ▾    $ US Dollar (USD) ▾



Trust & Safety    Terms of Use    Privacy Policy    Cookie Policy    Accessibility Statement    CA Notice of Consent

**EXHIBIT 7 - Tweets published by Plaintiff Poulter during the North Texas RPG Con in**

**Irvine, Texas from June 3, 2021 through June 6, 2021**





























**Pocket Jacks Comics**
@ComicsJacks

These White Lily TPB's move



**Pocket Jacks Comics**
@ComicsJacks

I can only imagine Saturday's volume



**Pocket Jacks Comics**
@ComicsJacks

3 prints of Viviax, 1 angel and Guinevere 2-4



**Pocket Jacks Comics**
@ComicsJacks

Guinevere enchants FTW







9. **EXHIBIT 8** - Tweets published by Plaintiff Poulter during the Albuquerque Comic Con in Albuquerque, New Mexico from June 25, 2021 through June 27th, 2021











Pocket Jacks Comics
@ComicsJacks

White Widow bringing in $100



Pocket Jacks Comics
@ComicsJacks

@Miss_Sashi metal print and regular



Pocket Jacks Comics
@ComicsJacks

Sold 6 prints in my last 2 sales



Pocket Jacks Comics
@ComicsJacks

Representation

**Appn 30**

**EXHIBIT 9 - Tweets published by Plaintiff Poulter during Anime Matsuri in Houston, Texas from July 8, 2021 through July 11, 2021.**































**Pocket Jacks Comics**
@ComicsJacks

Follow

Hey @EthanVanSciver

I want to laugh too. I was busy selling close to $1800 at #AnimeMatsuri

What drama did I miss? Make sure to frame your obsessive lie with a reference to my"growing sales" for all the worthless losers In your audience.



social kruption · 17 hours ago (edited)
EVS gang in the comments laughing at this clown. hahahah >:->

1

1 REPLY

8:30 PM - 11 Jul 2021

5 Retweets  8 Likes

5    5    8