# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and PRESTON POULTER, | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:21-CV-1176-K |
| v. | § § | Judge Kinkeade |
| DEAN ASSAF A/K/A DA TALKS, VICTORIA KUNDERT A/K/A VIKKIVERSE, AND ETHAN VAN SCIVER. Defendants. | § § § § § | |

## ORDER GRANTING DEFENDANT ALI ASSAF'S MOTION TO DISMISS

Before the Court is Defendant Ali Assaf's Motion to Dismiss (the "Motion"). The Court, having considered the parties' briefing and relevant law, hereby GRANTS the motion.

It is therefore ORDERED that Defendant Ali Assaf is hereby dismissed from this lawsuit because the Court lacks personal jurisdiction under Fed. R. Proc. 12(b)(2) and because the First Amended Complaint, Doc. No. 6, fails to state a claim against him upon which relief can be granted under Rule 12(b)(6).

SIGNED on this ____ day of _____, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE