

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Sun Sep 12 03:32:23 EDT 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start]  List At: ____  OR  [Jump] to record: ____   **Record 3 out of 4**

[TSDR] [ASSIGN Status] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

# COMICSGATE

| | |
|---|---|
| **Word Mark** | COMICSGATE |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Comic books |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88872841 |
| **Filing Date** | April 15, 2020 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Common Sense Press Inc DBA Pocket Jacks Comics CORPORATION TEXAS 12471 WOOD MANOR CIR DALLAS TEXAS 75234 |
| **Attorney of Record** | Francis John Ciaramella, Esquire |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

### Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sun Sep 12 03:32:23 EDT 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC]
[PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start]  List At:  [   ]  OR  [Jump]  to record: [   ]   **Record 2 out of 4**

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | COMICSGATE COMICS |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Comic books; Graphic novels. FIRST USE: 20190903. FIRST USE IN COMMERCE: 20190903 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.05.04 - Sun with rays but neither partially exposed nor with facial features<br>01.15.25 - Coal ; Dust ; Light rays ; Liquids, spilling ; Pouring liquids ; Sand ; Spilling liquids<br>26.01.03 - Circles, incomplete (more than semi-circles) ; Incomplete circles (more than semi-circles)<br>26.01.21 - Circles that are totally or partially shaded.<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 88919818 |
| **Filing Date** | May 17, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) ComicsGate Comics LLC AKA DarkGift Comics LIMITED LIABILITY COMPANY NEW JERSEY 731 Monmoyth Pkwy North Middletown NEW JERSEY 07748 |
| **Description of Mark** | The color(s) red, black, yellow, white is/are claimed as a feature of the mark. The mark consists of The mark is a red "C" ontop of a black "G" set on a yellow background, all with white highlights. There is a white and orange gleam burst at the top end of the "C". Inset in the center are the words "Comicsgate Comics" in White Font with black outline. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC]
[PREV DOC] [NEXT DOC] [LAST DOC]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sun Sep 12 03:32:23 EDT 2021

Please logout when you are done to release system resources allocated for you.

List At:    OR   Jump   to record:    **Record 4 out of 4**

( Use the "Back" button of the Internet Browser to return to TESS)

# COMICSGATE

| | |
|---|---|
| **Word Mark** | COMICSGATE |
| **Goods and Services** | IC A . US A . G & S: Comic Books conforming to the certification standards as indicated by a Certification Mark |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88925542 |
| **Filing Date** | May 20, 2020 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Common Sense Press Inc DBA Pocket Jacks Comics CORPORATION TEXAS 12471 WOOD MANOR CIR DALLAS TEXAS 75234 |
| **Attorney of Record** | Francis John Ciaramella, Esquire |
| **Type of Mark** | CERTIFICATION MARK |
| **Register** | PRINCIPAL |
| **Other Data** | The certification mark, as used or intended to be used by persons authorized by the certifier, certifies or is intended to certify that the services provided have met certain standards, tests of competency and/or completed training established by the certifier. |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Sun Sep 12 03:32:23 EDT 2021

Logout  Please logout when you are done to release system resources allocated for you.

Start   List At: __ OR Jump to record: __   **Record 1 out of 4**

( Use the "Back" button of the Internet Browser to return to TESS)

# COMICSGATE

| | |
|---|---|
| **Word Mark** | COMICSGATE |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Providing an on-line forum for social commentary and criticism among computer users, in particular comic book creators and their fans; Streaming of video material on the Internet; Electronic transmission and streaming of digital media content for others via global and local computer networks; Transmission of podcasts. FIRST USE: 20180712. FIRST USE IN COMMERCE: 20180712

IC 041. US 100 101 107. G & S: Entertainment services, namely, providing video podcasts in the field of comics and the comic book industry; Entertainment services, namely, providing webcasts in the field of comics and the comic book industry; Entertainment services, namely, the provision of continuing shows featuring comic and comic book creators delivered by the internet; Organizing, arranging, and conducting virtual telethons and crowdfunding events; Organizing, arranging, and conducting online and live comics and comic books related events; Providing information and news in the field of current events relating to comics and the comic book industry; Providing online non-downloadable comics; Providing online non-downloadable electronic publications in the nature of online videos, website and posts on social media platforms in the field of comics and the comic book industry; Providing online non-downloadable videos in the field of comics and the comic book industry; Provision of information in the field of leisure activities, namely, comics and comic books; Entertainment services, namely, providing podcasts in the field of comics and comic books. FIRST USE: 20180702. FIRST USE IN COMMERCE: 20180702 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90648096 |
| **Filing Date** | April 15, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Sciver, Ethan Van INDIVIDUAL UNITED STATES PO Box 607 Marlton NEW JERSEY 08053 |
| **Attorney of Record** | Scott Houtteman |
| **Prior Registrations** | 6102744 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMICS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

| Live/Dead Indicator | LIVE |
|---|---|

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |