**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**TTABVUE. Trademark Trial and Appeal Board Inquiry System**  v2.1

# Cancellation

**Number:** 92075375  **Filing Date:** 10/01/2020
**Status:** Suspended  **Status Date:** 08/02/2021
**General Contact Number:** 571-272-8500
**Interlocutory Attorney:** YONG OH (RICHARD) KIM
**Paralegal Name:** KELLY M YOUNG

### Defendant

**Name:** Ethan Van Sciver and Antonio J. Malpica
**Correspondence:** SCOTT HOUTTEMAN
HOUTTEMAN LAW LLC
PO BOX 370
MERRIFIELD, VA 22116-0370
UNITED STATES
scott@houtteman.com, AntonioJMalpica@gmail.com
Phone: 202-263-0808

**Serial #:** 88102778   **Application File**   **Assignment**   **Registration #:** 6102744
**Application Status:** Cancellation Pending
**Mark:** COMICS GATE

### Plaintiff

**Name:** Common Sense Press Inc DBA Pocket Jacks Comics
**Correspondence:** FRANCIS JOHN CIARAMELLA
FRANCIS JOHN CIARAMELLA, PLLC
110 FRONT STREET, SUITE 300
JUPITER, FL 33477
UNITED STATES
frank@fjcpllc.com
Phone: 561-295-7325

**Serial #:** 88872841   **Application File**   **Assignment**
**Application Status:** Report Completed Suspension Check - Case Still Suspended
**Mark:** COMICSGATE

**Serial #:** 88925542   **Application File**   **Assignment**
**Application Status:** Report Completed Suspension Check - Case Still Suspended
**Mark:** COMICSGATE

### Prosecution History

| # | Date | History Text | Due Date |
|---|------|--------------|----------|
| 22 | 08/19/2021 | D REPLY IN SUPPORT OF MOTION | |
| 21 | 08/18/2021 | D CERT OF SERVICE FOR ENTRY #18 | |
| 20 | 08/18/2021 | P OPP/RESP TO MOTION | |
| 19 | 08/06/2021 | SUSP PEND DISP OF OUTSTNDNG MOT | |
| 18 | 08/02/2021 | D MOT TO DISMISS: FRCP 12(B) | |
| 17 | 07/06/2021 | PROCEEDINGS RESUMED | |
| 16 | 12/10/2020 | D MOT TO COMPEL DISCOVERY | |
| 15 | 12/10/2020 | D OPP/RESP TO MOTION | |
| 14 | 11/09/2020 | ANSWER | |
| 13 | 04/15/2021 | D MOT TO JOIN/SUBSTITUTE PARTY | |
| 12 | 12/30/2020 | P OPP/RESP TO MOTION | |

**Prosecution History**

| # | Date | History Text | Due Date |
|---|---|---|---|
| 11 | 12/30/2020 | P OPP/RESP TO MOTION | |
| 10 | 12/30/2020 | P REPLY IN SUPPORT OF MOTION | |
| 9 | 12/30/2020 | P REPLY IN SUPPORT OF MOTION | |
| 8 | 12/10/2020 | D MOT TO DISMISS: FRCP 12(B) | |
| 7 | 12/10/2020 | D MOT TO COMPEL DISCOVERY | |
| 6 | 12/10/2020 | D OPP/RESP TO MOTION | |
| 5 | 12/04/2020 | P MOT FOR JGT ON PLEADINGS | |
| 4 | 11/09/2020 | ANSWER | |
| 3 | 10/02/2020 | INSTITUTED | |
| 2 | 10/02/2020 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | 11/11/2020 |
| 1 | 10/01/2020 | FILED AND FEE | |

Results as of 09/12/2021 03:05 PM      Search:

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY POLICY |