In the United States District Court
For the Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § § § | |
| Plaintiffs | § | No. 3:21-cv-1176-K-BN |
| v. | § § | |
| Dean Assaf et al. | § | |
| Defendants | § | |

**Order Denying Defendant Dean Assaf's Motion to Dismiss**
**[Doc. 26]**

After considering Defendant Dean Assaf's Motion to Dismiss (Doc. 26), the briefing, the arguments of counsel, and the relevant and admissible evidence, the Court has determined that:

\_\_\_\_ the motion should be and is hereby DENIED.

\_\_\_\_ the motion will be granted, but Plaintiffs are granted leave to file a motion to transfer this case to another district within 15 days of the date of this order.

IT IS SO ORDERED.

_____
JUDGE PRESIDING