# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and <br> PRESTON POULTER, | § <br> § <br> § | |
| Plaintiffs, | § | Civil Action No. 3:21-CV-1176-K |
| | § | |
| v. | § | Judge Kinkeade |
| | § | |
| DEAN ASSAF A/K/A DA TALKS, <br> VICTORIA KUNDERT <br> A/K/A VIKKIVERSE, <br> AND ETHAN VAN SCIVER. <br> Defendants. | § <br> § <br> § <br> § <br> § | |

# DEFENDANT ALI ASSAF'S
# REPLY BRIEF