## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New Mexico

Case Number: 3:21-CV-01176-K

Plaintiff:
**JOHN T. LAMONT & PRESTON POULTER**

vs.

Defendant:
**DEAN ASSA A/K/A DA TALK; VICTORIA KUNDERT A/K/A VIKKIVERSE, AND ETHEAN VAN SCIVER, et al**

For:
ERIC D. FEIN, ESQ.
THE FEIN LAW FIRM, P.C.
16800 N. DALLAS PARKWAY, SUITE 105
DALLAS, TX 75248

Received by Cal Process Servers on the 12th day of October, 2021 at 7:37 am to be served on **VICTORIA KUNDER A/K/A VIKKIVERSE, 7701 WARNER AVENUE, APT# G122, HUNTINGTON BEACH, CA 92647**.

I, Richard Steiber, do hereby affirm that on the **14th day of October, 2021 at 7:20 pm, I:**

**PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT**, with the date and hour of service endorsed thereon by me, to: **VICTORIA KUNDER A/K/A VIKKIVERSE** at the address of: **7701 WARNER AVENUE, APT# G122, HUNTINGTON BEACH, CA 92647**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**
  Routine Process Service   $75.00
  Total                     $75.00

## RETURN OF SERVICE For 3:21-CV-01176-K

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

_____
Richard Steiber
1852

_____10/19/2021_____
Date

**Cal Process Servers**
**14271 Jeffrey Road, #308**
**Irvine, CA 92620**
**(949) 295-8028**

Our Job Serial Number: RSC-2021001144

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

Case 3:21-cv-01176-K Document 14 Filed 06/28/21 Page 5 of 6 PageID 68
Case 3:21-cv-01176-K-BN Document 32 Filed 10/21/21 Page 3 of 3 PageID 368

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| JOHN T. LAMONT & PRESTON POULTER <br><br> *Plaintiff* <br><br> v. <br> DEAN ASSA A/K/A DA TALK; VICTORIA KUNDERT A/K/A VIKKIVERSE, AND ETHAN VAN SCIVER <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-CV-01176-K |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VICTORIA KUNDERT A/K/A VIKKIVERSE
5412 MARIPOSA DRIVE NW
ALBUQUERQUE, NEW MEXICO 87120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE MASTEN LAW FIRM, PLLC
2608 N. MAIN STREET, SUITE B-238
BELTON, TEXAS 76513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/28/2021

s/M. Robinson
*Signature of Clerk or Deputy Clerk*