In the United States District Court
For the Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § § § § § § § § | |
| Plaintiffs | | |
| | | No. 3:21-cv-1176-K-BN |
| v. | | |
| Dean Assaf et al. | | |
| Defendants | | |

---

**1.**          **Declaration of Preston Poulter in**
**Support of Clerk's Entry of Default**

---

Pursuant to 28 U.S.C. § 1746, Preston Poulter declares as follows:

I hereby certify that I am one of the named plaintiffs in the above cause. I have personal knowledge of the facts stated in this declaration, and they are true and correct.

I personally know Defendant Victoria Kundert. She is neither a minor nor an incompetent. To the best of my knowledge, she is not in active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on November 2 2, 2021.

Preston Poulter