In the United States District Court
For the Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter § § | | |
| Plaintiffs § | | |
| § | No. 3:21-cv-1176-K-BN | |
| v. § § | | |
| Dean Assaf et al. § | | |
| Defendants § | | |

**Clerk's Entry of Default**

On this _____ day of _____, 20 ____, it is appearing from the Court's docket and the declarations in support of default by Preston Poulter, plaintiff, that Defendant Victoria Kundert has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure

Now, therefore, the DEFAULT of Defendant Victoria Kundert is hereby entered.

Karen Mitchell, Clerk of Court


By:_____
Deputy Clerk