IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and PRESTON POULTER, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:21-cv-1176-K-BN |
| DEAN ASSAF a/k/a DA TALK, VICTORIA KUNDERT a/k/a VIKKIVERSE, and ETHAN VAN SCIVER, | § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Objections are OVERRULED.

The Court therefore GRANTS Defendant Ethan Van Sciver's motion to dismiss [Dkt. No. 19] to the extent that the claims against him are dismissed without prejudice

for lack of personal jurisdiction, and the Court DENIES the motion to dismiss filed by Defendant Ali "Dean" Assaf a/k/a "DA Talk" [Dkt. No. 26].

SO ORDERED.

Signed February 7th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE