In the United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter <br>     Plaintiffs <br><br> v. <br><br> Dean Assaf a/k/a DA Talk and <br> Victoria Kundert a/k/a Vikkiverse <br>     Defendants | § § § § § § § § § § | No. 3:21-cv-1176-K-BN |

## Default Judgment Against Defendant Victoria Kundert

After considering Plaintiffs' motion for default judgment against Defendant Victoria Kundert, the relevant and admissible evidence, and the Court's docket, the Court finds and orders as follows:

The Court FINDS that:

1. The Clerk of Court entered default against Victoria Kundert on November 29, 2021. Dkt. 34.

2. Defendant Victoria Kundert has been properly served in accordance with law but has failed to file an answer or otherwise appear or defend in this action.

IT IS THEREFORE ORDERED:

3. That Plaintiff Preston Poulter have and recover from Defendant Victoria Kundert:

    a. $100,000 in lost sales through Kickstarter;

   b. $14,000 in increased security costs in 2021;

   c. $1,500 in past therapy costs;

   d. $41,250 in future therapy costs;

   e. $100,000 in mental anguish damages;

   f. $100,000 in general damages for harm to his reputation; and

   g. $_____ in exemplary damages.

4. That Plaintiff John T. Lamont have and recover from Defendant Victoria Kundert:

   a. $30,000 in lost sales due to not attending conventions and meetings;

   b. $24,960 in therapy costs;

   c. $150,000 in mental anguish damages;

   d. $150,000 in general damages for harm to his reputation; and

   e. $_____ in exemplary damages.

IT IS SO ORDERED.

Dated:_____

                 _____
                 JUDGE PRESIDING