In the United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter<br>    Plaintiffs<br><br>v.<br><br>Dean Assaf a/k/a DA Talk and<br>Victoria Kundert a/k/a Vikkiverse<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:21-cv-1176-K-BN |

## Plaintiffs' Unopposed Motion to Extend Rule 26(f) Deadlines

Plaintiffs John T. Lamont and Preston Poulter, with Defendant Dean Assaf's agreement, move for a 30-day extension of the Rule 26(f) deadlines.

1.   On February 8, 2022, the Court issued its Order Requiring Motion for Default Judgment and Rule 26(f) Report. Dkt. 39 (the "Scheduling Order").

2.   The Scheduling Order required Assaf and Plaintiffs' counsel to conduct the Rule 26(f) conference by February 23, 2022, and to file the Rule 26(f) report by March 2, 2022.

3.   Plaintiffs' counsel and Assaf have communicated by email. Assaf indicated that he intends to retain counsel within the next 30 days and requested that the Rule 26(f) deadlines be extended. Plaintiffs are not opposed to the requested extension.

4.   This extension does not affect any other deadlines in the Scheduling Order and will not prejudice or delay the parties or the schedule in

this matter. The parties seek this extension in the interest of justice and not for the purpose of unreasonable delay.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant Assaf respectfully request that the Court extend the Rule 26(f) deadlines currently set for February 23 and March 2, 2022, by 30 days to **March 25 and April 1, 2022**, respectively. Plaintiffs request such other and further relief to which they may be justly entitled.

Respectfully submitted,

/s/ Jeremy Masten

Jeremy M. Masten
Texas Bar No. 24083454
jmasten@hcgllp.com
HAWASH CICACK & GASTON LLP
3401 Allen Parkway, Suite 200
Houston, Texas 77019
(254) 307-9185

M. Sameer Ahmed
THE AHMED FIRM PLLC
Texas Bar No. 24001631
sameer@theahmedfirm.com
8111 LBJ Freeway, Ste. 655
Dallas, Texas 75251
(972) 934-5858 - tel
(972) 934-5859 – fax

Counsel for Plaintiffs

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served on all parties through the Court's CM/ECF system, including those listed below, on March 2, 2022.

Dean Assaf
Aliassaf959@gmail.com
Pro se defendant

_____
Jeremy M. Masten