IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and PRESTON POULTER, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:21-cv-1176-K-BN |
| DEAN ASSAF a/k/a DA TALK, VICTORIA KUNDERT a/k/a VIKKIVERSE, and ETHAN VAN SCIVER, | § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION
TO EXTEND RULE 26(F) DEADLINES**

Finding good cause, the Court GRANTS the unopposed motion [Dkt. No. 41] to extend the parties' deadlines to conduct the conference required under Federal Rule of Civil Procedure 26(f), to **March 25, 2022**, and to file the Rule 26(f) report, to **April 1, 2022**, modifying the deadlines – but no other requirements – set out in the February 8, 2022 Order Requiring Motion for Default Judgment and Rule 26(f) Report [Dkt. No. 39].

SO ORDERED.

DATED: March 4, 2022

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE