In the United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § § § § | |
|     Plaintiffs | § | |
| v. | § § | No. 3:21-cv-1176-K-BN |
| Dean Assaf a/k/a DA Talk and Victoria Kundert a/k/a Vikkiverse | § § § | |
|     Defendants | § | |

## Plaintiffs' Appendix

PX 1, Poulter Declaration..................................................................................2

PX 2, Kundert Tweet .......................................................................................3

PX 3, Masten Declaration................................................................................4

PX 4, Sour Crystals email ...............................................................................5

# In the United States District Court
## Northern District of Texas
### Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter <br>     Plaintiffs <br><br> v. <br><br> Dean Assaf a/k/a DA Talk and <br> Victoria Kundert a/k/a Vikkiverse <br>     Defendants | § § § § § § § § § | No. 3:21-cv-1176-K-BN |

## Declaration of Preston Poulter

Preston Poulter, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The facts set out in this Declaration are based on my personal knowledge.

2. I am a named plaintiff in this matter. I have reviewed Plaintiffs' Response to Defendant Victoria Kundert's Motion to Vacate Default (Dkt. No. 45), including the exhibits attached to it. The document attached as PX 2 is a true and correct copy of a tweet published by Victoria Kundert on Twitter on or about August 13, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 11, 2022.

_____
Preston Poulter

2







In the United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter<br>    Plaintiffs<br><br>v.<br><br>Dean Assaf a/k/a DA Talk and<br>Victoria Kundert a/k/a Vikkiverse<br>    Defendants | § § § § § § § § § | No. 3:21-cv-1176-K-BN |

## Declaration of Jeremy M. Masten

Jeremy M. Masten, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The facts set out in this Declaration are based on my personal knowledge.

2. I am an attorney for the Plaintiffs in this matter. The document attached to Plaintiffs' Response to Defendant Victoria Kundert's Motion to Vacate Default (Dkt. No. 45) as PX 4 is a true and correct copy of an email I received on November 15, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2022.

Jeremy M. Masten

4

 Jeremy Masten <jeremy@themastenlawfirm.com>

## In the matter of Poulter v. Assaf
1 message

**sourcrystals** <sourcrystals@protonmail.com>  Mon, Nov 15, 2021 at 5:54 PM
Reply-To: sourcrystals <sourcrystals@protonmail.com>
To: "jeremy@themastenlawfirm.com" <jeremy@themastenlawfirm.com>, "sameer@theahmedfirm.com" <sameer@theahmedfirm.com>, "scott@houtteman.com" <scott@houtteman.com>, "tom@adairlaw.com" <tom@adairlaw.com>

I would like to inform all attorneys of record in this case that plaintiff, Preston Poulter, is aware that defendant Victoria C. Kundert no longer resides in California, yet has alleged that she was properly served there a month ago.

On April 16th, 2020, plaintiff published a conversation he had with the defendant on his YouTube channel. He asks her if she was on the east coast to which she answers yes, and that she was, "kind of glad I got out of California," after growing up there. As I am not a lawyer, I do not know what ethical obligations you may in this matter but wished to bring it to your attention.

Timestamp at 1 hour, 8 minutes.
https://www.youtube.com/watch?v=bo3qssrd57A

