IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and PRESTON POULTER, | § § § | |
| Plaintiffs, | § | Civil Action No. 3:21-CV-1176-K |
| v. | § § § | Judge Kinkeade |
| DEAN ASSAF A/K/A DA TALKS, VICTORIA KUNDERT A/K/A VIKKIVERSE Defendants. | § § § § § | |

## Defendant Ali Assaf's Rule 26 Initial Disclosures

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant Assaf makes the following initial disclosures to Plaintiffs in the above captioned matter. These disclosures are based on information presently known and reasonably available to Defendant Assaf and which Defendant Assaf reasonably believes they may use in support of their claims and defenses. Continuing investigation and discovery may cause Defendant Assaf to amend these initial disclosures by identifying other potential witnesses, documents and by disclosing other pertinent information.

Defendant Assaf therefore reserves the right to supplement these initial pleadings. Defendant Assaf objects to any disclosure of information or documents beyond that which is required by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Northern District of Texas, or other applicable law,

rule or order. By providing these initial disclosures, Defendant Assaf does not represent that they are identifying every document, tangible thing or witness possibly relevant to this action. In addition, these disclosures are made without Defendant Assaf in any way waiving their right to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden, confidentiality, or any other appropriate grounds. Furthermore, these disclosures are not an admission by Defendant Assaf regarding any matter. Each and every disclosure set forth below is subject to the above qualifications and limitations.

## DISCLOSURES

**(i)** **the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

The parties:

- Plaintiffs John T. Lamont and Preston Poulter, c/o Jeremy M. Masten, HAWASH CICACK & GASTON LLP, 3401 Allen Parkway, Suite 200, Houston, Texas 77019

- Defendant Dean Assaf a/k/a DA Talk, pro se, 1014 E. Alameda Street, Manteca, California 95336

Former parties:

- Ethan Van Sciver, c/o Scott Houtteman, 10560 Main Street, Suite 420, Fairfax, Virginia 22020

- Victoria Kundert, 101 East Main Street, Wallace, North Carolina 28466

**Custodians of Records:**

- YouTube, subsidiary of Google LLC, Corporation Service Company dba CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701

- Kickstarter, PBC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801

- Twitter Inc., 1355 Market Street, San Francisco, California 94103

- Kiwi Farms, 913 Beal Pkwy NW, Ste A-1017, Fort Walton Beach, Florida, 32547

- DeviantArt, subsidiary of Wix.com LTD, 40 Namal Tel-Aviv Street, Tel Aviv, 6350671 Israel

- Discord Inc., 444 De Haro Street Suite 200 San Francisco, CA 94107

**(ii)    a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;**

Various videos posted on YouTube and published on at least the following dates:

- May 18, 2020, March 5, 2021, March 11, 2021, March 17, 2021, June 23, 2021, and June 21, 2021 (Pocket Jacks Comics, Plaintiff Poulter's channel);

- December 9, 2016 (Queening Stools, Plaintiff Poulter's channel);

- March 1 and 2, 2021 (Pangea Public Access, Randall Hegg's channel);

- April 8, 2021 (Big Daddy's channel);

- February 28, 2021 and May 2, 2021 (DA Talks, Defendant Assaf's channel);

- March 1, 2021 and April 25, 2021 (VikkiVerse, Defendant Kundert's channel).

Plaintiffs' Twitter and other social media feeds.

Plaintiff Poulter's Discord server, Figures of Legends.

Plaintiff Poulter's website https://queeningstools.com.

Plaintiff Lamont's DevianArt account.

There may be additional documents whose relevance becomes known to Defendant Assaf during discovery or trial. Defendant Assaf therefore reserves the right to amend or supplement

these disclosures if and as appropriate, and further reserves the right to rely on any document identified by the Plaintiffs or produced in this case by any party or any third party.

**(iii)     a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not Applicable

**(iv)     for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Defendant is not aware of any responsive documents.

Respectfully submitted,

/s/ Ali Dean Assaf

Ali Dean Assaf
Aliassaf959@gmail.com
(415) 450-5212
1014 East Alameda Street
Manteca, California 95336

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served on all parties through the Court's CM/ECF system, including those listed below, on May 17, 2022.

| | |
|---|---|
| Counsel for the Plaintiffs:<br>Jeremy M. Masten<br>Texas Bar No. 24083454<br>HAWASH CICACK & GASTON LLP<br>3401 Allen Parkway, Suite 200<br>Houston, Texas 77019<br>jmasten@hcgllp.com<br>(254) 307-918<br><br>M. Sameer Ahmed<br>Texas Bar No. 24001631<br>THE AHMED FIRM PLLC<br>13601 Preston Road, Suite E770<br>Dallas, Texas 75240<br>sameer@theahmedfirm.com<br>(972) 934-5858 | /s/ Ali Dean Assaf<br>_____<br>Ali Dean Assaf<br>Pro Se Defendant |