# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and<br>PRESTON POULTER, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 3:21-CV-1176-K |
| | § | |
| v. | § | Judge Kinkeade |
| | § | |
| DEAN ASSAF A/K/A DA TALKS, | § | |
| VICTORIA KUNDERT | § | |
| A/K/A VIKKIVERSE | § | |
| Defendants. | § | |

**Defendant Ali Assaf's Rule 26 Initial Disclosures**