# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and PRESTON POULTER, § § § | |
| Plaintiffs, § | Civil Action No. 3:21-CV-1176-K |
| § | |
| v. § | Judge Kinkeade |
| § | |
| DEAN ASSAF A/K/A DA TALKS, VICTORIA KUNDERT A/K/A VIKKIVERSE, Defendants. § § § § § | |

# DEFENDANT VICTORIA KUNDERT'S
# <u>REPLY BRIEF</u>

## TABLE OF CONTENTS

Page

TABLE OF CONTENTS………………………………...……………………………..i

TABLE OF AUTHORITIES……………………………………………………….………..ii

I.  DEFENDANT KUNDERT'S KNOWLDEGE OF THE COMPLAINT
    DOES NOT SATISFY RULE 4'S REQUIREMENTS……...…….…………….……....1

II. PLAINTIFFS FAILED TO COMPLY WITH RULE 4..………….……….......…….……....2

III. PLAINTIFFS HAVE NOT SHOWN GOOD CAUSE FOR
     FAILURE TO EEFECT TIMELY SERVICE……………….…………….……….……..2

IV. CONSEQUENCES OF THE DEFAULT BEING VACATED..….…………….….…….4

V. CONCLUSION…………………………………………………………………….......5

---