IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter <br>     Plaintiffs <br><br> v. <br><br> Dean Assaf a/k/a DA Talk and Victoria Kundert a/k/a Vikkiverse <br>     Defendants | § § § § § § § § § § | No. 3:21-cv-1176-K-BN |

## Notice of Change of Address

Please be advised that Plaintiffs' counsel Jeremy M. Masten has changed law firm affiliations and addresses. Please direct all future notice to:

> Jeremy M. Masten
> THE MASTEN LAW FIRM PLLC
> P.O. Box 541411
> Houston, Texas 77254
> jeremy@themastenlawfirm.com
> (254) 307-9185

Respectfully submitted,

_____
Jeremy M. Masten
Texas Bar No. 24083454
jeremy@themastenlawfirm.com
P.O. Box 541411
Houston, Texas 77254
(254) 307-9185

        M. Sameer Ahmed
**THE AHMED FIRM PLLC**
Texas Bar No. 24001631
sameer@theahmedfirm.com
555 Republic Drive, Ste. 300
Plano, Texas 75074
(972) 934-5858 - tel
(972) 934-5859 – fax

Counsel for Plaintiffs

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served on all parties through the Court's CM/ECF system, including those listed below, on January 13, 2023.

| | |
|---|---|
| Dean Assaf<br>Aliassaf959@gmail.com | Pro se defendant |
| Victoria Kundert<br>vckundert@gmail.com | Pro se defendant |

_____
Jeremy M. Masten