IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and PRESTON POULTER, § § § | |
| Plaintiffs, § | Civil Action No. 3:21-CV-1176-K |
| § | |
| v. § | Judge Kinkeade |
| § | |
| DEAN ASSAF A/K/A DA TALKS, VICTORIA KUNDERT A/K/A VIKKIVERSE. Defendants. § § § § § | |

**ORDER GRANTING DEFENDANT VICTORIA KUNDERT'S MOTION TO DISMISS**

Before the Court is Defendant Victoria Kundert's Motion to Dismiss (the "Motion"). The Court, having considered the parties' briefing and relevant law, hereby GRANTS the motion.

It is therefore ORDERED that Defendant Victoria Kundert is hereby dismissed from this lawsuit because the Court lacks personal jurisdiction under Fed. R. Proc. 12(b)(2) and because of Plaintiffs failure to execute effective service upon Defendant Victoria Kundert under Federal Rule of Civil Procedure 4(a)(1)(B), 4(e)(2) and 4(m).

SIGNED on this ____ day of _____, 2021.

_____

ED KINKEADE
UNITED STATES DISTRICT JUDGE