# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and PRESTON POULTER, | § § § | |
| Plaintiffs, | § | Civil Action No. 3:21-CV-1176-K |
| v. | § § § | Judge Kinkeade |
| DEAN ASSAF A/K/A DA TALKS, VICTORIA KUNDERT A/K/A VIKKIVERSE, Defendants. | § § § § § | |

# DEFENDANT'S OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATIONS