IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and PRESTON POULTER, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:21-cv-1176-K-BN |
| DEAN ASSAF a/k/a DA TALK, VICTORIA KUNDERT a/k/a VIKKIVERSE, and ETHAN VAN SCIVER, | § § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff Objections [Dkt. No. 58] and Defendant's Objections [Dkt. No. 57] are OVERRULED.

Therefore, the Court GRANTS Defendant Victoria C. Kundert a/k/a VikkiVerse's motion to dismiss [Dkt. No. 53], and the claims against her are

DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

SO ORDERED.

Signed May 17th, 2023.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE