IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and PRESTON POULTER, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:21-cv-1176-K-BN |
| DEAN ASSAF a/k/a DA TALK, VICTORIA KUNDERT a/k/a VIKKIVERSE, and ETHAN VAN SCIVER, | § § § § § § | |
| Defendants. | § | |

**ORDER RETURNING CASE TO DISTRICT JUDGE FOR TRIAL**

United States District Judge Ed Kinkeade referred this case to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b). *See* Dkt. No. 21. The last pretrial management deadline set by the April 4, 2022 Initial Scheduling Order was May 8, 2023, the deadline to file motions for summary judgment or other dispositive motions. *See* Dkt. No. 44, ¶ 7. No such motions were filed. Nor did any party move to extend this deadline for good cause under Federal Rule of Civil Procedure 16(b)(4). This case is therefore RETURNED to Judge Kinkeade, and the pretrial management referral should TERMINATE. *See* Dkt. No. 44, ¶ 10.

SO ORDERED.

DATE: May 30, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE