IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and PRESTON POULTER,<br><br>   Plaintiffs,<br><br>v.<br><br>DEAN ASSAF a/k/a DA TALK, VICTORIA KUNDERT a/k/a VIKKIVERSE, and ETHAN VAN SCIVER,<br><br>   Defendants. | Civil Action No. 3:21-CV-01176-K |

## ORDER

The Court **APPOINTS** as mediator Paul D. Stickney, United States Magistrate Judge (Retired), Stickney Mediations, PLLC, 12720 Hillcrest Road, Suite 1045, Dallas, TX 75230, (682) 313-9656, JudgeStick@gmail.com, and hereby **ORDERS** the parties to (1) complete mediation with Judge Stickney no later than July 28, 2023, and (2) file a Mediation Report describing the status of settlement negotiations no later than August 4, 2023. The parties' obligation to file a Mediation Report is separate from any reporting requirements of the mediator.

The parties are reminded that the Court has experienced, competent, and hard-working magistrate judges who are available to try jury civil cases pursuant to 28 U.S.C. § 636(c). The parties may still consent to proceedings before a magistrate judge. The decision to consent to the reassignment of a case to a magistrate judge, or not to

1

consent, is entirely voluntary and without any adverse consequences if consent is not given. A district judge or magistrate judge will not be informed of any party's decision unless all parties have consented to the reassignment of the matter to a magistrate judge. A decision to consent to proceed before a magistrate judge should be communicated to the clerk of the district court using *Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge* form.

**SO ORDERED.**

Signed May 30th, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE