## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

JOHN T. LAMONT and PRESTON
POULTER,

    Plaintiffs,

v.

DEAN ASSAF a/k/a DA TALK,
VICTORIA KUNDERT a/k/a
VIKKIVERSE, and ETHAN VAN
SCIVER,

    Defendants.

Civil Action No. 3:21-CV-01176-K

## ORDER

  This case is currently set for jury trial on the Court's three-week docket beginning on September 11, 2023. Doc. No. 61. Plaintiffs Preston Poulter and John T. Lamont ("Plaintiffs") and Defendant Ali Assaf ("Defendant") are hereby **ORDERED** to attend a pretrial conference for this matter on August 15, 2023, at 10:00 a.m. (CDT), in Courtroom 1627, United States District Court for the Northern District of Texas, Dallas Division, located at 1100 Commerce Street, Dallas, Texas 75242. *Plaintiffs and Defendant are to attend the conference in person; Plaintiffs shall appear with their counsel.* The Court will not entertain requests to appear via Zoom, telephone, or by other electronic means.

Further, Defendant is **ORDERED** to file with the Court, by July 21, 2023, confirmation that (1) he received this Order; and (2) he will be physically present at the date, time, and location outlined above.

**SO ORDERED.**

Signed July 10th, 2023.

ED KINKEADE
UNITED STATES DISTRICT JUDGE