# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and PRESTON POULTER, § § § | |
| Plaintiffs, § | Civil Action No. 3:21-CV-1176-K |
| § | |
| v. § | Judge Kinkeade |
| § | |
| DEAN ASSAF A/K/A DA TALKS, VICTORIA KUNDERT A/K/A VIKKIVERSE, AND ETHAN VAN SCIVER. Defendants. § § § § § | |

## DEFENDANT ALI ASSAF'S CONFIRMATION

Defendant Ali Assaf confirms that he received this Court's Order [Dkt. 64] regarding the pretrial conference. He will be physically present at the date, time, and location outlined.

Date:  July 11, 2023                         Respectfully submitted,

   /Ali Assaf/
_____
Ali Assaf
Aliassaf959@gmail.com
(415) 450-5212
1014 East Alameda Street
Manteca,       California       95336

**DEFENDANT'S CONFIRMATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record for Plaintiffs are being served with a copy of this document, via the Court's CM/ECF system on July 10, 2023

/Ali Assaf/
_____