IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and<br>  PRESTON POULTER,<br><br>             Plaintiffs,<br><br>        v.<br><br>DEAN ASSAF A/K/A DA TALK;<br>VICTORIA KUNDERT A/K/A<br>VIKKIVERSE, AND ETHAN VAN<br>SCIVER,<br><br>             Defendants. | Civil Action No. 3:21-CV-1176-K |

**[Proposed] ORDER**

The Court, having reviewed the Motion to Dismiss, Dkt No. ____, and the associated memoranda, hereby GRANTS the motion of Defendant Ali Assaf to

dismiss this lawsuit because the Court lacks subject matter jurisdiction, under FED. R. CIV. PROC. 12(b)(1); and

dismiss this lawsuit because there is left no triable issue after the FED. R. CIV. PROC. 16 pretrial conference.

So ORDERED and SIGNED at Dallas Texas, on this ____ day of _____, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1