# EXHIBIT 6

## Plaintiff Poulter's Crowdfunding Campaigns and Revenue[1]
## 2015-2019

| TITLE | PLTF.* | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|---|
| White Lily Comic Book**[2] | KS | 0 | 20 | 16000 | NO | 10/24 - 11/23/2015 | 30 |
| White Lily Issue #2 - WW II Comic Book Miniseries[3] | KS | 4,504 | 140 | 4,000 | YES | 04/24 - 05/24/2018 | 31 |
| White Lily #3 Deadliest Female Fighter Pilots WW2***[4] | IGG | 0 | 26 | 500 | NO | n/a - 01/01/2019 | n/a |
| Guinevere and The Divinity Factory #1[5] | IGG | 5,545 | 239 | 5,000 | YES | 12/10 - 01/07/2019 | 28 |
| Make 100: Limited Ed of Guinevere & the Divinity Factory #2[6] | KS | 5,474 | 208 | 500 | YES | 12/26 - 01/25/2019 | 30 |
| MAKE 100: Guinevere and the Divinity Factory #1 Sketch Cover[7] | KS | 1,473 | 90 | 480 | YES | 01/12 - 02/11/2019 | 30 |
| MAKE 100: White Lily #2, Sketch Cover Variant Comic Book[8] | KS | 485 | 29 | 480 | YES | 02/28 - 03/30/2019 | 30 |
| White Lily #3 - Story of Deadliest Female Combat Pilots Ever[9] | KS | 5,073 | 222 | 5,000 | YES | 05/09 - 06/08/2019 | 30 |
| White Lily #3 Relaunch - WW2 Female Fighter Pilots[10] | IGG | 793 | 34 | 500 | YES | 08/19 - 09/18/2019 | 30 |
| White Lily #4 - Love and Loss on the Eastern Front[11] | KS | 6,292 | 280 | 5,000 | YES | 10/07 - 11/06/2019 | 30 |

*KS = Kickstarter, IGG = Indiegogo
** White Lily Comic Books raised $1,298 from 20 backers and failed to reach its funding goal. The numbers are not included in the totals below.
*** White Lily #3 Deadliest Female Fighter Pilots WW2 raised $353 from 26 backers and failed to reach its funding goal. The numbers are not included in the totals below.

## Plaintiff Poulter's Crowdfunding Campaigns and Revenue
## 2020

---

[1] Data collected from publicly available information from the crowdfunding platforms Kickstarter ( https://www.kickstarter.com/ ) and Indiegogo ( https://www.indiegogo.com/ ) as well as two public web-sites that collect campaign data from crowdfunding websites, BackerTracker from Backerkit (https://www.backerkit.com/backertracker ) and KickTrack (https://www.kicktraq.com/ ).
[2] https://www.kickstarter.com/projects/pocketjacks/white-lily-comic-book/description,
https://www.kicktraq.com/projects/254514360/white-lily-comic-book/
[3] https://www.kickstarter.com/projects/pocketjacks/white-lily-issue-2-ww-ii-comic-book-miniseries/description,
https://www.backerkit.com/projects/pocketjacks/white-lily-issue-2-ww-ii-comic-book-miniseries
[4] https://www.indiegogo.com/projects/white-lily-3-deadliest-female-fighter-pilots-ww2#/
[5] https://www.kickstarter.com/projects/pocketjacks/guinevere-and-the-divinity-factory-1/description,
https://www.backerkit.com/projects/pocketjacks/guinevere-and-the-divinity-factory-1
[6] https://www.indiegogo.com/projects/guinevere-and-the-divinity-factory-comic-book#/,
https://www.backerkit.com/projects/guinevere-and-the-divinity-factory-comic-book
[7] https://www.kickstarter.com/projects/pocketjacks/make-100-limited-ed-of-guinevere-and-the-divinity-factory-2/description,
https://www.backerkit.com/projects/pocketjacks/make-100-limited-ed-of-guinevere-and-the-divinity-factory-2
[8] https://www.kickstarter.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-1-sket/description,
https://www.backerkit.com/projects/pocketjacks/make-100-white-lily-2-sketch-cover-variant-comic-b
[9] https://www.kickstarter.com/projects/pocketjacks/make-100-white-lily-2-sketch-cover-variant-comic-b/description,
https://www.backerkit.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-1-sket
[10] https://www.kickstarter.com/projects/pocketjacks/white-lily-3-story-of-deadliest-female-combat-pilo/description,
https://www.backerkit.com/projects/pocketjacks/make-100-white-lily-2-sketch-cover-variant-comic-b
[11] https://www.kickstarter.com/projects/pocketjacks/white-lily-4-love-and-loss-on-the-eastern-front/description,
https://www.backerkit.com/projects/pocketjacks/white-lily-4-love-and-loss-on-the-eastern-front

1

| TITLE | PLTF* | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|---|
| White Lily #4 Virgin Cover - 1 of 100[12] | IGG | 1,110 | 33 | 500 | YES | 12/03 - 02/01/2020 | 60 |
| Guinevere and the Divinity Factory #2 - Magic Meets Sci-Fi[13] | KS | 6,220 | 237 | 5,000 | YES | 02/07 - 03/28/2020 | 30 |
| Make 100: White Lily #5 - Double sized limited edition[14] | KS | 3,819 | 124 | 3,000 | YES | 05/01 - 05/08/2020 | 7 |
| White Widow #4 and Guinevere #2[15] | KS | 2,910 | 62 | 500 | YES | 04/13 - 05/13/2020 | 30 |
| White Lily #5 Comic Main Issue : 40 Page Beautiful Color[16] | KS | 6,799 | 240 | 5,000 | YES | 06/05 - 06/26/2020 | 21 |
| Make 100: Guinevere and the Divinity Factory #3 Adult Cover[17] | KS | 4,381 | 177 | 2,500 | YES | 07/22 - 08/05/2020 | 14 |
| Guinevere and the Divinity Factory #3: Mega-campaign![18] | KS | 11,409 | 282 | 5,000 | YES | 10/01 - 10/22/2022 | 21 |
| White Lily: the Trade Paperback - 164 Full Color Pages[19] | KS | 5,424 | 135 | 5,000 | YES | 11/11 - 12/06/2020 | 26 |

* KS = Kickstarter, IGG = Indiegogo

---

[12] https://www.indiegogo.com/projects/white-lily-4-virgin-cover-1-of-100#/,
https://www.backerkit.com/projects/white-lily-4-virgin-cover-1-of-100
[13] https://www.kickstarter.com/projects/pocketjacks/guinevere-and-the-divinity-factory-2-magic-meets-sci-fi/description,
https://www.backerkit.com/projects/pocketjacks/guinevere-and-the-divinity-factory-2-magic-meets-sci-fi
[14] https://www.kickstarter.com/projects/pocketjacks/white-lily-5-the-story-concludes-in-a-double-sized-ending/description,
https://www.backerkit.com/projects/pocketjacks/white-lily-5-the-story-concludes-in-a-double-sized-ending
[15] https://www.indiegogo.com/projects/white-widow-4-and-guinevere-2#/,
https://www.backerkit.com/projects/white-widow-4-and-guinevere-2
[16] https://www.kickstarter.com/projects/pocketjacks/white-lily-5-comic-main-issue-40-page-beautiful-color/description, ,
https://www.backerkit.com/projects/pocketjacks/white-lily-5-comic-main-issue-40-page-beautiful-color
[17] https://www.kickstarter.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-3-adult-cover/description,
https://www.backerkit.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-3-adult-cover
[18] https://www.kickstarter.com/projects/pocketjacks/guinevere-and-the-divinity-factory-3-mega-campaign/description,
https://www.backerkit.com/projects/pocketjacks/guinevere-and-the-divinity-factory-3-mega-campaign
[19] https://www.kickstarter.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-5/description,
https://www.backerkit.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-5

## Plaintiff Poulter's Crowdfunding Campaigns and Revenue
## 2021

| TITLE | PLTF | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|---|
| Guinevere and the Divinity Factory #3 & #4[20] | IGG | 963 | 31 | 500 | YES | 11/20 - 01/19/2021 | 60 |
| Make 100: Guinevere and the Divinity Factory #4[21] | KS | 3,691 | 142 | 2,500 | YES | 02/05 - 02/18/2021 | 14 |
| Guinevere and the Divinity Factory #4: Mega-campaign![22] | KS | 10,171 | 315 | 5,000 | YES | 04/06 - 04/29/2021 | 21 |
| Make 100: Guinevere and the Divinity Factory #5[23] | KS | 8,175 | 253 | 2,500 | YES | 06/22 - 07/08/2021 | 17 |
| Guinevere and the Divinity Factory #5 / Trade Paperback[24] | KS | 14,081 | 325 | 5,000 | YES | 08/05 - 08/26/2021 | 21 |
| Primal Chaos #1 by first time comic creator Larry Holder*[25] | KS | 2,601 | 96 | 2,000 | YES | 09/30 - 10/14/2021 | 15 |
| Make 100: Lords of Iron #1 Naughty / Nice Cover[26] | KS | 3,930 | 121 | 3,500 | YES | 11/02 - 11/11/2021 | 10 |

* The IP *Primal Chaos* is owned by first time comic creator Larry Holder. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below.

---

[20] https://www.indiegogo.com/projects/guinevere-and-the-divinity-factory-3-4#/,
https://www.backerkit.com/projects/guinevere-and-the-divinity-factory-3-4
[21] https://www.kickstarter.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-4/description,
https://www.backerkit.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-4
[22] https://www.kickstarter.com/projects/pocketjacks/guinevere-and-the-divinity-factory-4-mega-campaign/description,
https://www.backerkit.com/projects/pocketjacks/guinevere-and-the-divinity-factory-4-mega-campaign
[23] https://www.kickstarter.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-5/description,
https://www.backerkit.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-5
[24] https://www.kickstarter.com/projects/pocketjacks/guinevere-and-the-divinity-factory-5-value-campaign/description,
https://www.backerkit.com/projects/pocketjacks/guinevere-and-the-divinity-factory-5-value-campaign
[25] https://www.kickstarter.com/projects/pocketjacks/primal-chaos-1-by-first-time-comic-creator-larry-holder/description,
https://www.backerkit.com/projects/pocketjacks/primal-chaos-1-by-first-time-comic-creator-larry-holder
[26] https://www.kickstarter.com/projects/pocketjacks/make-100-lords-of-iron-1-naughty-nice-cover/description,
https://www.backerkit.com/projects/pocketjacks/make-100-lords-of-iron-1-naughty-nice-cover

## Plaintiff Poulter's Crowdfunding Campaigns and Revenue
## 2022

| TITLE | PLTF | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|---|
| Of Time and Space: The Lunar Rise #1*[27] | KS | 2,972 | 113 | 500 | YES | 12/08 - 01/01/2022 | 25 |
| Make 100: Palace of the Golden Princess #1[28] | KS | 8,453 | 300 | 2,500 | YES | 01/20 - 02/03/2022 | 14 |
| Lords of Iron #1 Value Campaign[29] | KS | 5,094 | 158 | 5,000 | YES | 02/17 - 03/10/2022 | 17 |
| Palace of the Golden Princess #1[30] | KS | 5,655 | 153 | 5,000 | YES | 06/23 - 07/21/2022 | 29 |
| Palace of the Golden Princess #2[31] | KS | 10,000 | 292 | 5,000 | YES | 09/14 - 10/06/2022 | 21 |
| Make 100: Lords of LA #1, Marilyn Cover**[32] | KS | 2,010 | 46 | 500 | YES | 11/25 - 12/09/2022 | 14 |

* The IP *Primal Chaos* is owned by comic creator Larry Holder[33]. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below
** * The IP *Lords of LA* is owned by comic creator Frank Zanca[34]. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below
*** The IP *African Superhero: Son of Solar* is owned by comic creator Molby Mogare Jean[35]. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below.
****The IP *Angel of Darkness* is owned by Plaintiff John Lamont. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below

---

[27] https://www.kickstarter.com/projects/pocketjacks/value-campaign-lords-of-iron-1/description, https://www.backerkit.com/projects/pocketjacks/value-campaign-lords-of-iron-1
[28] https://www.kickstarter.com/projects/pocketjacks/make-100-palace-of-the-golden-princess-1/description, https://www.backerkit.com/projects/pocketjacks/make-100-palace-of-the-golden-princess-1
[29] https://www.kickstarter.com/projects/pocketjacks/lords-of-iron-1-value-campaign/description, https://www.backerkit.com/projects/pocketjacks/lords-of-iron-1-value-campaign
[30] https://www.kickstarter.com/projects/pocketjacks/palace-of-the-golden-princess/description, https://www.backerkit.com/projects/pocketjacks/palace-of-the-golden-princess
[31] https://www.kickstarter.com/projects/pocketjacks/palace-of-the-golden-princess-2/description, https://www.backerkit.com/projects/pocketjacks/palace-of-the-golden-princess-2
[32] https://www.kickstarter.com/projects/pocketjacks/lords-of-la-1-marilyn-cover/description, https://www.backerkit.com/projects/pocketjacks/palace-of-the-golden-princess-2
[33] https://www.kickstarter.com/profile/pchaos2
[34] https://www.kickstarter.com/projects/1169263915/lords-of-la-graphic-novel-vampire-mob-the-1950s/description, https://www.kickstarter.com/profile/1169263915/about
[35] https://www.kickstarter.com/profile/molbymogarejean

# Plaintiff Poulter's Crowdfunding Campaigns and Revenue
## 2023

| TITLE | PLTF | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|---|
| African Superhero: Son Solar #1*[36] | KS | 723 | 27 | 500 | YES | 02/22 - 03/02/2023 | 9 |
| Marissa Pope: Naughty / Nice Sexy LE Comic Cover**[37] | KS | 5,849 | 118 | 500 | YES | 03/21 - 03/30/2023 | 7 |
| OSE Quest for the Ruby Heart Adventure Path #1[38] | KS | 3,067 | 81 | 500 | YES | 05/19 - 06/08/2023 | 26 |

* The IP *African Superhero: Son of Solar* is owned by comic creator Molby Mogare Jean[39]. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below.

**The IP *Angel of Darkness* is owned by Plaintiff John Lamont. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below.

---

[36] https://www.kickstarter.com/projects/pocketjacks/african-superhero-son-solar-1/description, https://www.backerkit.com/projects/pocketjacks/african-superhero-son-solar-1
[37] https://www.kickstarter.com/projects/pocketjacks/marissa-pope-naughty-nice-sexy-le-comic-cover/description, https://www.backerkit.com/projects/pocketjacks/marissa-pope-naughty-nice-sexy-le-comic-cover
[38] https://www.kickstarter.com/projects/pocketjacks/ose-quest-for-the-ruby-heart-adventure-path-1?ref=profile_created, https://www.backerkit.com/projects/pocketjacks/ose-quest-for-the-ruby-heart-adventure-path-1
[39] https://www.kickstarter.com/profile/molbymogarejean

## Plaintiff Poulter's Crowdfunding Revenue
## Totals

| YEAR | TOTAL | PROJECTS | AVERAGE | BACKERS | Avg. BACKERS |
|------|-------|----------|---------|---------|--------------|
| 2017 | $4,120 | 1 | $4,120 | 103 | 103 |
| 2018 | $5,803 | 2 | $2,903 | 448 | 228 |
| 2019 | $27,065 | 8 | $3,007 | 896 | 99 |
| 2020 | $42,072 | 8 | $5,259 | 1,288 | 161 |
| 2021 | $41,011 | 6 | $6,835 | 1,156 | 192 |
| 2022 | $29,202 | 4 | $7,301 | 903 | 226 |
| 2023 | $8,916 | 2 | $4,459 | 199 | 100 |



PRESTON POULTER'S CROWDFUND REVENUE