# EXHIBIT 7

## Plaintiff John Lamont's Kickstarter Campaigns and Revenue[1]

| TITLE | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|
| The Demonatrix #1 (Canceled)[2] | 0 | 4* | 1500* | NO | 03/15/ - 03/16/2021 | 1 |
| Angel of Darkness #1[3] | 4,266 | 141 | 3,500 | YES | 10/01 - 11/01/2021 | 32 |
| Spirit of The Dragon #1 Make 100[4] | 8,514 | 204 | 3,500 | YES | 01/01 - 02/01/2022 | 26 |
| Angel of Darkness 2 #Make100[5] | 12,225 | 235 | 3,500 | YES | 05/03 - 06/21/2022 | 22 |
| Spirit of The Dragon #2[6] | 14,499 | 267 | 3,500 | YES | 09/05 - 09/26/2022 | 22 |
| Angel of Darkness #3 - #Make100[7] | 11,310 | 265 | 3,500 | YES | 0/09 - 01/30/2023 | 22 |
| Spirit of The Dragon #3[8] | 13,785 | 261 | 3,500 | YES | 205/29 - 06/19/2023 | 22 |

* The Demonarix #1 raised $26 from 4 backers before being canceled by Lamont. These numbers are not included in the totals below

| Year | Total Raised | Projects | Average | Backers | Avg. Backers |
|---|---|---|---|---|---|
| 2021 | $4,266 | 1 | $4,266 | 141 | 141 |
| 2022 | $35,238 | 3 | $11,746 | 706 | 236 |
| 2023 | $25,095 | 2 | $12,548 | 526 | 263 |

---

[1] Data collected from publicly available information from Kickstarter ( https://www.kickstarter.com/ ), a crowdfunding Platform, as well as two public websites that collect campaign data from crowdfunding websites, BackerTracker from Backerkit (https://www.backerkit.com/backertracker ) and KickTrack (https://www.kicktraq.com/ ).
[2] https://www.kickstarter.com/projects/jtl2/the-demonatrix-1?ref=profile_created, https://www.kicktraq.com/projects/jtl2/the-demonatrix-1/
[3] https://www.kickstarter.com/projects/jtl2/angel-of-darkness-1?ref=profile_created, https://www.backerkit.com/projects/jtl2/angel-of-darkness-1
[4] https://www.kickstarter.com/projects/jtl2/spirit-of-the-dragon-1?ref=profile_created, https://www.backerkit.com/projects/jtl2/spirit-of-the-dragon-1
[5] https://www.kickstarter.com/projects/jtl2/angel-of-darkness-2?ref=profile_created, https://www.backerkit.com/projects/jtl2/angel-of-darkness-2
[6] https://www.kickstarter.com/projects/jtl2/spirit-of-the-dragon-2?ref=profile_created, https://www.backerkit.com/projects/jtl2/angel-of-darkness-2
[7] https://www.kickstarter.com/projects/jtl2/angel-of-darkness-3?ref=profile_created, https://www.backerkit.com/projects/jtl2/angel-of-darkness-2
[8] https://www.kickstarter.com/projects/jtl2/spirit-of-the-dragon-3?ref=profile_created, https://www.backerkit.com/projects/jtl2/spirit-of-the-dragon-3