In the United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | No. 3:21-cv-1176-K-BN |
| | § | |
| Dean Assaf a/k/a DA Talk and Victoria Kundert a/k/a Vikkiverse | § | |
| Defendants | § | |

---

## Plaintiffs' Appendix

Pursuant to Local Civil Rule 7.1(i), Plaintiffs submit the following materials in support of their Response to Defendant Ali Assaf's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or Rule 16 [Dkt. 66].

| Tab | Description | Page |
|---|---|---|
| 1 | Letter of April 27, 2021 | 4 |
| 2 | Letter of May 10, 2021 | 8 |
| 3 | Declaration of Preston Poulter | 13 |
| 4 | Assaf's Calculations of Poulter's Crowdfunding and Campaigns | 17 |
| 5 | Declaration of John Lamont | 24 |
| 6 | Assaf's Calculations of Lamont's Crowdfunding and Campaigns | 29 |
| 7 | Plaintiffs' Initial Disclosures | 31 |

| Tab | Description | Page |
|-----|------------|------|
| 8 | Plaintiffs' Supplemental Disclosures | 37 |
| 9 | Deposition of Victoria Kundert | 43 |

Respectfully submitted,

*/s/ Jeremy M. Masten*
Jeremy M. Masten
Texas Bar No. 24083454
jeremy@themastenlawfirm.com
P.O. Box 541411
Houston, Texas 77254
(254) 307-9185

M. Sameer Ahmed
THE AHMED FIRM PLLC
Texas Bar No. 24001631
sameer@theahmedfirm.com
555 Republic Drive, Suite 300
Plano, Texas 75074
(972) 934-5858 - tel
(972) 934-5859 – fax

Counsel for Plaintiffs

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served on all parties through the Court's CM/ECF system, including those listed below, on July 26, 2023.

Dean Assaf
Aliassaf959@gmail.com
Pro se defendant

_/s/ Jeremy M. Masten_____
Jeremy M. Masten

Plaintiffs' Appendix 003

# Tab 1



# THE FEIN LAW FIRM, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
**16800 North Dallas Parkway, Suite 105**
**Dallas, Texas 75248**
**Telephone 214-522-9596 ♦ Facsimile 214-522-9599**

April 27, 2021

**ERIC D. FEIN**
Member of Texas, Illinois,
California & New York Bars

**VICKIE S. BRANDT**
Member of Texas Bar

OF COUNSEL:
**HILDA HAHN MORALES**
Member of Texas Bar

*Via Certified Mail, RRR 7020 0090 0001 1329 0103*
*and First Class Mail*
Dean Assaf a/k/a "DA Talk"
1014 E Alameda Street
Manteca, California 95336

USPS TRACKING # **9114 9999 5638 5041 3067 65**
& CUSTOMER      For Tracking or inquiries go to USPS.com
RECEIPT         or call 1-800-222-1811.

Re:    Cease and Desist

Dear Mr. Assaf:

Please be advised that this firm represents John T. Lamont with regard to defamatory statements made by You to third parties beginning on or about March 1, 2021.

Following the publication of Mr. Lamont's 3D comic on March 1, 2021, you began what could only be described as a deliberate campaign to publicly humiliate, embarrass, ostracize and damage Mr. Lamont's reputation on a national basis. Once the comic series was posted in a CGDG stream, Defendants DA Talks and @VIkkiVerse made statements regarding the comic, its content, and attributed directly and through innuendo defamatory statements about the author, John T. Lamont.

In a GDG stream, you along with VikkiVerse accused Mr. Lamont of sharing and participating "lolicon"[1] in Preston Poulter's discord server. You accused Mr. Lamont of discussing the ethics and morality of cartoon child pornography and participating in child pornography. You repeatedly accused Mr. Lamont of being a pedophile and of his artistic work being a pedophilic comic.

Optical Illusion Studios released #TheDemonatrix, a Daz3d comic series that premiered on March 1, 2021 and was written and illustrated by Plaintiff John T. Lamont. The storyline is a fictional. Mr. Lamont is not a pedophile, does not and has never participated in child pornography, and is an author and illustrator of animated fiction.

Beginning on March 1, 2021 you blatantly and maliciously accused John T. Lamont of being a pedophile, of sharing "Lolicon"[2] with others on the internet,

---

[1] A Japanese term derived from the English phrase "Lolita complex," **lolicon** describes a fascination with cartoons of very young-looking girls engaged in varying degrees of erotic behavior. (The word can be used to describe both the genre and its aficionados.

**DALLAS OFFICE**
16800 N. Dallas Parkway
Suite 105
Dallas, Texas 75248
(214) 522-9596 Telephone
(214) 522-9599 Facsimile

**CHICAGO OFFICE**
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312) 782-3484 Telephone
(312) 782-4279 Facsimile

2

Plaintiffs' Appendix 005

Case 3:21-cv-01176-K  Document 69  Filed 07/26/23  Page 6 of 164  PageID 742
Letter to Dean Assaf a/k/a "DA Talk"
April 27, 2021
Page 2

and that John T. Lamont was a diseased person who should be ostracized from society and/or be shot.

Among other statements, you made the following defamatory statements about Mr. Lamont on a public platform to VikkiVerse:

"3D depictions of little girls having sex shows the guy is a pediophilic."

"The guy is making f_____ be pedophilic comics."

"Loli in 3D renders it to be pedophilic".

"He is a diseased minded f_____ person who should be ostracized from society."

"John Lamont is a pedophile."

"John Lamont is attracted to drawings of children."

"John Lamont is a pedophile. They should be shot."

Again on April 12, 2021 you made statements to "Big Daddy" on a public platform. In your statements, you repeated your prior defamatory statements that accused Mr. Lamont of being a "pedophile" and "his comic is a pedophile comic." You further stated that he should "be shamed" and "not normalized."

You made the statements knowingly, with malice, and with the intent that your "audience" would listen to the statements and give credence to the veracity of your statements. Your statements are not privileged and are untrue.

Your statements damage Mr. Lamont's reputation and have exposed him to public hatred, contempt and ridicule. You have impeached his honesty, integrity, virtue, and reputation and exposed him to public hatred, and ridicule. Mr. Lamont has been further damaged and suffered financial injury because your defamatory statements are impacting revenue from his comics. The defamatory statements that accuse Mr. Lamont amount to an accusation of criminal conduct, deviant sexual behavior and are damaging to Mr. Lamont in his profession. Such statements constitute defamation per se under the law. They include: charging a person with the consequences of a crime; a statement that a person is involved in sexual misconduct; and a statement that injures a person in his office, business, profession, or occupation.

Demand is hereby made for you to immediately remove your defamatory statements regarding Mr. Lamont from your postings, servers and all social media outlets by May 4, 2021. Request is hereby made that retraction of your defamatory statements be made or corrections and/or clarification be made to alleviate the defamatory nature and import of your statements

Should you refuse to remove the defamatory comments and statements and postings and refuse to make a retraction, clarification or correction, our client has authorized this firm to move forward with all legal remedies, including filing a lawsuit. Based upon the type of defamatory

Plaintiffs' Appendix 006

Letter to Dean Assaf a/k/a "DA Talk"
April 27, 2021
Page 3

_____

statements you have made, if a lawsuit is filed, actual damages will be presumed. Because you have injured Mr. Lamont's reputation, he will be entitled to recover general damages, including damages for loss of reputation and mental anguish, in addition to the special damages for the financial harm to his business enterprise you have caused.

You should give this matter your immediate attention.

Very truly yours,

Eric D. Fein

EDF/tyh

# Tab 2



# THE FEIN LAW FIRM, P.C.

### ATTORNEYS AND COUNSELORS AT LAW
**16800 North Dallas Parkway, Suite 105**
**Dallas, Texas 75248**
**Telephone 214-522-9596 ♦ Facsimile 214-522-9599**

May 10, 2021

*Via Certified Mail,* **7020 0090 0001 1329 0011**
*and First Class Mail*
Mr. Dean Assaf a/k/a "DA Talks"
1014 E. Alameda Street
Manteca, California 95336

> USPS TRACKING #
> & CUSTOMER
> RECEIPT
>
> **9114 9999 5638 5041 3067 96**
> For Tracking or inquiries go to USPS.com
> or call 1-800-222-1811.

Re:  Cease and Desist

Dear Mr. Assaf:

Please be advised that this firm represents Preston Poulter with regard to defamatory statements made by you to third parties in April, 2021.

On March 1, 2021 John Lamont's 3D comic series was released and posted in a CGDG stream. You and Vikki Verse made statements regarding the comic, its content, and attributed directly and through innuendo defamatory statements about John Lamont.

On April 25, 2021, you and Vikki Verse were joined by Ethan Van Sciver on your YouTube channel. Ethan Van Sciver stated that he wanted to obtain the Comicsgate trademark and would protect the trademark by preventing Preston Poulter from publishing child pornography. In discussing the trademark dispute, Ethan Van Sciver said  "In order to have a trademark you have to protect it. I will not allow it to be put on child pornography by Preston Poulter." You endorsed, agreed, adopted, and re-published Ethan Van Sciver's defamatory statements. In addition, you stated that Preston wanted to censor people and called him a "f**king asshole". On April 26, 2021 on your YouTube channel, Ethan Van Sciver repeated his accusation that Preston Poulter was a child pornographer. He stated "I don't want Preston to make child pornography and put Comicsgate on the label." You again endorsed, agreed, adopted, and re-published Ethan Van Sciver's defamatory remarks.

Contrary to your representations, Preston Poulter is a publisher, producer, writer and illustrator of gothic and fantasy comics that are primarily released through the internet and dedicated list serves. Mr. Poulter has never participated in child pornography, does not condone child pornography and has not published child pornography. He is an author and illustrator of animated <u>fiction.</u>

Your allegation is that Preston Poulter engaged in illegal behavior by calling Mr. Poulter a child pornographer.

Your April, 2021 statements damage Mr. Poulter's reputation and have exposed him to public hatred, contempt and ridicule. You have impeached his

ERIC D. FEIN
Member of Texas, Illinois,
California & New York Bars

VICKIE S. BRANDT
Member of Texas Bar

OF COUNSEL:
HILDA HAHN MORALES
Member of Texas Bar

DALLAS OFFICE
16800 N. Dallas Parkway
Suite 105
Dallas, Texas 75248
(214) 522-9596 Telephone
(214) 522-9599 Facsimile

CHICAGO OFFICE
150 North Wacker Street
Suite 3000
Chicago, Illinois 60606
(312) 782-3484 Telephone
(312) 782-4279 Facsimile

Dean Assaf a/k/a DA Talks
May 10. 2021
Page 2

Re:  Cease and Desist

---

honesty, integrity, and reputation and exposed him to public hatred, and ridicule.  Mr. Poulter has been further damaged and suffered financial injury because as the defamatory statements were and are designed to impact Mr. Poulter's business revenue and to impact the trademark case. You should be aware that defamatory statements accusing Mr. Poulter of criminal conduct and that damage Mr. Poulter in his profession constitute defamation per se.  The law presumes certain categories of statements are defamatory per se, including statements that (1) unambiguously charge a crime, dishonesty, fraud, rascality, or general depravity or (2) that are falsehoods that injure one in his office, business, profession, or occupation.

Request is hereby made that you make a retraction and/or corrections and/or clarification to alleviate the defamatory nature and import of your statements.

Your refusal to make retractions, clarifications or corrections will result in our client obtaining all legal remedies available to him including punitive/exemplary damages.  Based upon the type of defamatory statements you have made, if a lawsuit is filed, actual damages will be presumed.  Because you have injured Mr. Lamont's reputation, he will be entitled to recover general damages, including damages for loss of reputation and mental anguish, in addition to the special damages for the financial harm to his business enterprise you have caused.

You should give this matter your immediate attention.

Very truly yours,

Eric D. Fein

cc:  Client

Plaintiffs' Appendix 010

THE FEIN LAW FIRM, P.C.
16800 Dallas Parkway
Suite 105
Dallas Texas 75248



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dean Assaf f/k/a "DA-TAlk"
1014 E. Alameda Street
Manteca, California 95336

9590 9402 5156 9122 9933 38

2. Article Number (Transfer from service label)

7020 0090 0001 1329 0011

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 0090 0001 1329 0011

Dean Assaf f/k/a "DA Talk"
1014 E. Alameda Street
Manteca, California 95336

UNITED STATES POSTAGE
PITNEY BOWES
02 1P             $ 006.960
0001770731
MAILED FROM ZIP CODE 75248   MAY 10 2021

Plaintiffs' Appendix 011

THE FEIN LAW FIRM, P.C.
16800 Dallas Parkway
Suite 105
Dallas Texas 75248



USPS TRACKING #

9114 9999 5638 5041 3067 96

Lab400-26 May 2014
7690-17-000-1695

Dean Assaf f/k/a "DA Talk"
1014 E. Alameda Street
Manteca, California 95336



02 1P
0001707731
MAILED FROM ZIP CODE 75248
$ 000.51⁰
MAY 10 2021
PITNEY BOWES

Plaintiffs' Appendix 012

Tab 3

Plaintiffs' Appendix 013

In the United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § § | |
| Plaintiffs | § § | |
| v. | § § | No. 3:21-cv-1176-K-BN |
| Dean Assaf a/k/a DA Talk and Victoria Kundert a/k/a Vikkiverse | § § § | |
| Defendants | § | |

---

## Declaration of Preston Poulter

---

Preston Poulter, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The facts set out in this Declaration are based on my personal knowledge.

2.      I am a named plaintiff in this matter.

3.      Defendants' defamatory remarks and conduct damaged my comic business, which has a focus on revenue generation on the crowd-funding site Kickstarter. During my most recent campaign on Kickstarter, former customers refused to support me citing my association with a "pedophile." The overall performance suffered a 20% drop in the average funding contributions from the last major campaign in November of 2020.

4.      My income stream has been negatively impacted by Defendants'

defamatory remarks and conduct. I project $25,000 in lost revenue this year and at least $75,000.00 over the next three (3) years.

5.      I typically attend comic book conventions/gatherings to generate additional sales and exposure. I have already been cautioned about going and have fears for my safety due to the personal attacks.  Allowing $400.00 per diem (10 hrs. per day) for additional security at these events would cost me at least $14,000.00 through the rest of 2021.

6.      I have experienced and am experiencing significant stress, lack of sleep, vexation, anxiety and worry which have prompted me to seek psychological evaluation and treatment that has already cost me $1,500.00. Preliminary estimates call for weekly therapy over the span of many years with no guarantee of recovery. Allowing $275.00 per qualify therapist hour puts my mental health costs at $41,250.00 for the next 36 months.

7.      I will incur additional and heightened expenses for public relations to overcome and repair the damages to my reputation and business due to the defamatory statements in an amount to be determined through an expert witness.

8.      I have experienced pain and mental anguish this year and have been prevented from being able to conduct daily life functions. I will continue to suffer pain and mental anguish for a long time into the future, especially since the defamatory remarks have been disseminated into a large part of the community of comic book professionals and enthusiasts. I seek in excess of $100,000.00 in mental anguish damages for the devastating and

continue to suffer pain and mental anguish for a long time into the future, especially since the defamatory remarks have been disseminated into a large part of the community of comic book professionals and enthusiasts. I seek in excess of $100,000.00 in mental anguish damages for the devastating and reprehensible unfounded accusations of Defendants.

9.      Damages to my reputation also exceed $100,000.00.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2022.

_____

Preston Poulter

# Tab 4

# EXHIBIT 6

## Plaintiff Poulter's Crowdfunding Campaigns and Revenue[1]
## 2015–2019

| TITLE | PLTF.* | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|---|
| White Lily Comic Book**[2] | KS | 0 | 20 | 16000 | NO | 10/24 - 11/23/2015 | 30 |
| White Lily Issue #2 - WW II Comic Book Miniseries[3] | KS | 4,504 | 140 | 4,000 | YES | 04/24 - 05/24/2018 | 31 |
| White Lily #3 Deadliest Female Fighter Pilots WW2***[4] | IGG | 0 | 26 | 500 | NO | n/a - 01/01/2019 | n/a |
| Guinevere and The Divinity Factory #1[5] | IGG | 5,545 | 239 | 5,000 | YES | 12/10 - 01/07/2019 | 28 |
| Make 100: Limited Ed of Guinevere & the Divinity Factory #2[6] | KS | 5,474 | 208 | 500 | YES | 12/26 - 01/25/2019 | 30 |
| MAKE 100: Guinevere and the Divinity Factory #1 Sketch Cover[7] | KS | 1,473 | 90 | 480 | YES | 01/12 - 02/11/2019 | 30 |
| MAKE 100: White Lily #2, Sketch Cover Variant Comic Book[8] | KS | 485 | 29 | 480 | YES | 02/28 - 03/30/2019 | 30 |
| White Lily #3 - Story of Deadliest Female Combat Pilots Ever[9] | KS | 5,073 | 222 | 5,000 | YES | 05/09 - 06/08/2019 | 30 |
| White Lily #3 Relaunch - WW2 Female Fighter Pilots[10] | IGG | 793 | 34 | 500 | YES | 08/19 - 09/18/2019 | 30 |
| White Lily #4 - Love and Loss on the Eastern Front[11] | KS | 6,292 | 280 | 5,000 | YES | 10/07 - 11/06/2019 | 30 |

*KS = Kickstarter, IGG = Indiegogo
** White Lily Comic Books raised $1,298 from 20 backers and failed to reach its funding goal. The numbers are not included in the totals below.
*** White Lily #3 Deadliest Female Fighter Pilots WW2 raised $353 from 26 backers and failed to reach its funding goal. The numbers are not included in the totals below.

## Plaintiff Poulter's Crowdfunding Campaigns and Revenue
## 2020

---

[1] Data collected from publicly available information from the crowdfunding platforms Kickstarter ( https://www.kickstarter.com/ ) and Indiegogo ( https://www.indiegogo.com/ ) as well as two public web-sites that collect campaign data from crowdfunding websites, BackerTracker from Backerkit (https://www.backerkit.com/backertracker) and KickTrack (https://www.kicktraq.com/ ).
[2] https://www.kickstarter.com/projects/pocketjacks/white-lily-comic-book/description, https://www.kicktraq.com/projects/254514360/white-lily-comic-book/
[3] https://www.kickstarter.com/projects/pocketjacks/white-lily-issue-2-ww-ii-comic-book-miniseries/description, https://www.backerkit.com/projects/pocketjacks/white-lily-issue-2-ww-ii-comic-book-miniseries
[4] https://www.indiegogo.com/projects/white-lily-3-deadliest-female-fighter-pilots-ww2#/
[5] https://www.indiegogo.com/projects/pocketjacks/quinevere-and-the-divinity-factory-1/description, https://www.backerkit.com/projects/pocketjacks/quinevere-and-the-divinity-factory-1
[6] https://www.indiegogo.com/projects/guinevere-and-the-divinity-factory-comic-book#/, https://www.backerkit.com/projects/guinevere-and-the-divinity-factory-comic-book
[7] https://www.kickstarter.com/projects/pocketjacks/make-100-limited-ed-of-guinevere-and-the-divinity-factory-2/description, https://www.backerkit.com/projects/pocketjacks/make-100-limited-ed-of-guinevere-and-the-divinity-factory-2
[8] https://www.kickstarter.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-1-sket/description, https://www.backerkit.com/projects/pocketjacks/make-100-white-lily-2-sketch-cover-variant-comic-b
[9] https://www.kickstarter.com/projects/pocketjacks/make-100-white-lily-2-sketch-cover-variant-comic-b/description, https://www.backerkit.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-1-sket
[10] https://www.kickstarter.com/projects/pocketjacks/white-lily-3-story-of-deadliest-female-combat-pilo/description, https://www.backerkit.com/projects/pocketjacks/make-100-white-lily-2-sketch-cover-variant-comic-b
[11] https://www.kickstarter.com/projects/pocketjacks/white-lily-4-love-and-loss-on-the-eastern-front/description, https://www.backerkit.com/projects/pocketjacks/white-lily-4-love-and-loss-on-the-eastern-front

Plaintiffs' Appendix 018

| TITLE | PLTF* | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|---|
| White Lily #4 Virgin Cover - 1 of 100[12] | IGG | 1,110 | 33 | 500 | YES | 12/03 - 02/01/2020 | 60 |
| Guinevere and the Divinity Factory #2 - Magic Meets Sci-Fi[13] | KS | 6,220 | 237 | 5,000 | YES | 02/07 - 03/28/2020 | 30 |
| Make 100: White Lily #5 - Double sized limited edition[14] | KS | 3,819 | 124 | 3,000 | YES | 05/01 - 05/08/2020 | 7 |
| White Widow #4 and Guinevere #2[15] | KS | 2,910 | 62 | 500 | YES | 04/13 - 05/13/2020 | 30 |
| White Lily #5 Comic Main Issue : 40 Page Beautiful Color[16] | KS | 6,799 | 240 | 5,000 | YES | 06/05 - 06/26/2020 | 21 |
| Make 100: Guinevere and the Divinity Factory #3 Adult Cover[17] | KS | 4,381 | 177 | 2,500 | YES | 07/22 - 08/05/2020 | 14 |
| Guinevere and the Divinity Factory #3: Mega-campaign![18] | KS | 11,409 | 282 | 5,000 | YES | 10/01 - 10/22/2022 | 21 |
| White Lily: the Trade Paperback - 164 Full Color Pages[19] | KS | 5,424 | 135 | 5,000 | YES | 11/11 - 12/06/2020 | 26 |

\* KS = Kickstarter, IGG = Indiegogo

---

[12] https://www.indiegogo.com/projects/white-lily-4-virgin-cover-1-of-100#/,
https://www.backerkit.com/projects/white-lily-4-virgin-cover-1-of-100
[13] https://www.kickstarter.com/projects/pocketjacks/guinevere-and-the-divinity-factory-2-magic-meets-sci-fi/description,
https://www.backerkit.com/projects/pocketjacks/guinevere-and-the-divinity-factory-2-magic-meets-sci-fi
[14] https://www.kickstarter.com/projects/pocketjacks/white-lily-5-the-story-concludes-in-a-double-sized-ending/description,
https://www.backerkit.com/projects/pocketjacks/white-lily-5-the-story-concludes-in-a-double-sized-ending
[15] https://www.indiegogo.com/projects/white-widow-4-and-guinevere-2#/,
https://www.backerkit.com/projects/white-widow-4-and-guinevere-2
[16] https://www.kickstarter.com/projects/pocketjacks/white-lily-5-comic-main-issue-40-page-beautiful-color/description, ,
https://www.backerkit.com/projects/pocketjacks/white-lily-5-comic-main-issue-40-page-beautiful-color
[17] https://www.kickstarter.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-3-adult-cover/description,
https://www.backerkit.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-3-adult-cover
[18] https://www.kickstarter.com/projects/pocketjacks/guinevere-and-the-divinity-factory-3-mega-campaign/description,
https://www.backerkit.com/projects/pocketjacks/guinevere-and-the-divinity-factory-3-mega-campaign
[19] https://www.kickstarter.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-5/description,
https://www.backerkit.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-5

Plaintiffs' Appendix 019

# Plaintiff Poulter's Crowdfunding Campaigns and Revenue
## 2021

| TITLE | PLTF | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|---|
| Guinevere and the Divinity Factory #3 & #4[20] | IGG | 963 | 31 | 500 | YES | 11/20 - 01/19/2021 | 60 |
| Make 100: Guinevere and the Divinity Factory #4[21] | KS | 3,691 | 142 | 2,500 | YES | 02/05 - 02/18/2021 | 14 |
| Guinevere and the Divinity Factory #4: Mega-campaign![22] | KS | 10,171 | 315 | 5,000 | YES | 04/06 - 04/29/2021 | 21 |
| Make 100: Guinevere and the Divinity Factory #5[23] | KS | 8,175 | 253 | 2,500 | YES | 06/22 - 07/08/2021 | 17 |
| Guinevere and the Divinity Factory #5 / Trade Paperback[24] | KS | 14,081 | 325 | 5,000 | YES | 08/05 - 08/26/2021 | 21 |
| Primal Chaos #1 by first time comic creator Larry Holder*[25] | KS | 2,601 | 96 | 2,000 | YES | 09/30 - 10/14/2021 | 15 |
| Make 100: Lords of Iron #1 Naughty / Nice Cover[26] | KS | 3,930 | 121 | 3,500 | YES | 11/02 - 11/11/2021 | 10 |

* The IP *Primal Chaos* is owned by first time comic creator Larry Holder. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below.

---

[20] https://www.indiegogo.com/projects/guinevere-and-the-divinity-factory-3-4#/,
https://www.backerkit.com/projects/guinevere-and-the-divinity-factory-3-4
[21] https://www.kickstarter.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-4/description,
https://www.backerkit.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-4
[22] https://www.kickstarter.com/projects/pocketjacks/guinevere-and-the-divinity-factory-4-mega-campaign/description,
https://www.backerkit.com/projects/pocketjacks/guinevere-and-the-divinity-factory-4-mega-campaign
[23] https://www.kickstarter.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-5/description,
https://www.backerkit.com/projects/pocketjacks/make-100-guinevere-and-the-divinity-factory-5
[24] https://www.kickstarter.com/projects/pocketjacks/guinevere-and-the-divinity-factory-5-value-campaign/description,
https://www.backerkit.com/projects/pocketjacks/guinevere-and-the-divinity-factory-5-value-campaign
[25] https://www.kickstarter.com/projects/pocketjacks/primal-chaos-1-by-first-time-comic-creator-larry-holder/description,
https://www.backerkit.com/projects/pocketjacks/primal-chaos-1-by-first-time-comic-creator-larry-holder
[26] https://www.kickstarter.com/projects/pocketjacks/make-100-lords-of-iron-1-naughty-nice-cover/description,
https://www.backerkit.com/projects/pocketjacks/make-100-lords-of-iron-1-naughty-nice-cover

Plaintiffs' Appendix 020

## Plaintiff Poulter's Crowdfunding Campaigns and Revenue 2022

| TITLE | PLTF | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|---|
| Of Time and Space: The Lunar Rise #1*[27] | KS | 2,972 | 113 | 500 | YES | 12/08 - 01/01/2022 | 25 |
| Make 100: Palace of the Golden Princess #1[28] | KS | 8,453 | 300 | 2,500 | YES | 01/20 - 02/03/2022 | 14 |
| Lords of Iron #1 Value Campaign[29] | KS | 5,094 | 158 | 5,000 | YES | 02/17 - 03/10/2022 | 17 |
| Palace of the Golden Princess #1[30] | KS | 5,655 | 153 | 5,000 | YES | 06/23 - 07/21/2022 | 29 |
| Palace of the Golden Princess #2[31] | KS | 10,000 | 292 | 5,000 | YES | 09/14 - 10/06/2022 | 21 |
| Make 100: Lords of LA #1, Marilyn Cover**[32] | KS | 2,010 | 46 | 500 | YES | 11/25 - 12/09/2022 | 14 |

\* The IP *Primal Chaos* is owned by comic creator Larry Holder[33]. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below

\*\* \* The IP *Lords of LA* is owned by comic creator Frank Zanca[34]. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below

\*\*\* The IP *African Superhero: Son of Solar* is owned by comic creator Molby Mogare Jean[35]. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below.

\*\*\*\*The IP *Angel of Darkness* is owned by Plaintiff John Lamont. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below

[27] https://www.kickstarter.com/projects/pocketjacks/value-campaign-lords-of-iron-1/description, https://www.backerkit.com/projects/pocketjacks/value-campaign-lords-of-iron-1
[28] https://www.kickstarter.com/projects/pocketjacks/make-100-palace-of-the-golden-princess-1/description, https://www.backerkit.com/projects/pocketjacks/make-100-palace-of-the-golden-princess-1
[29] https://www.kickstarter.com/projects/pocketjacks/lords-of-iron-1-value-campaign/description, https://www.backerkit.com/projects/pocketjacks/lords-of-iron-1-value-campaign
[30] https://www.kickstarter.com/projects/pocketjacks/palace-of-the-golden-princess/description, https://www.backerkit.com/projects/pocketjacks/palace-of-the-golden-princess
[31] https://www.kickstarter.com/projects/pocketjacks/palace-of-the-golden-princess-2/description, https://www.backerkit.com/projects/pocketjacks/palace-of-the-golden-princess-2
[32] https://www.kickstarter.com/projects/pocketjacks/lords-of-la-1-marilyn-cover/description, https://www.backerkit.com/projects/pocketjacks/palace-of-the-golden-princess-2
[33] https://www.kickstarter.com/profile/pchaos2
[34] https://www.kickstarter.com/projects/1169263915/lords-of-la-graphic-novel-vampire-mob-the-1950s/description, https://www.kickstarter.com/profile/1169263915/about
[35] https://www.kickstarter.com/profile/molbymogarejean

Plaintiffs' Appendix 021

# Plaintiff Poulter's Crowdfunding Campaigns and Revenue 2023

| TITLE | PLTF | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|---|
| African Superhero: Son Solar #1*[36] | KS | 723 | 27 | 500 | YES | 02/22 – 03/02/2023 | 9 |
| Marissa Pope: Naughty / Nice Sexy LE Comic Cover**[37] | KS | 5,849 | 118 | 500 | YES | 03/21 – 03/30/2023 | 7 |
| OSE Quest for the Ruby Heart Adventure Path #1[38] | KS | 3,067 | 81 | 500 | YES | 05/19 – 06/08/2023 | 26 |

\* The IP *African Superhero: Son of Solar* is owned by comic creator Molby Mogare Jean[39]. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below.

\*\*The IP *Angel of Darkness* is owned by Plaintiff John Lamont. This campaign, hosted by Poulter on Kickstarter, is not his Intellectual Property and is not included in the totals below.

---

[36] https://www.kickstarter.com/projects/pocketjacks/african-superhero-son-solar-1/description, https://www.backerkit.com/projects/pocketjacks/african-superhero-son-solar-1

[37] https://www.kickstarter.com/projects/pocketjacks/marissa-pope-naughty-nice-sexy-le-comic-cover/description, https://www.backerkit.com/projects/pocketjacks/marissa-pope-naughty-nice-sexy-le-comic-cover

[38] https://www.kickstarter.com/projects/pocketjacks/ose-quest-for-the-ruby-heart-adventure-path-1?ref=profile_created, https://www.backerkit.com/projects/pocketjacks/ose-quest-for-the-ruby-heart-adventure-path-1

[39] https://www.kickstarter.com/profile/molbymogarejean

Plaintiffs' Appendix 022

## Plaintiff Poulter's Crowdfunding Revenue Totals

| YEAR | TOTAL | PROJECTS | AVERAGE | BACKERS | Avg. BACKERS |
|------|-------|----------|---------|---------|--------------|
| 2017 | $4,120 | 1 | $4,120 | 103 | 103 |
| 2018 | $5,803 | 2 | $2,903 | 448 | 228 |
| 2019 | $27,065 | 8 | $3,007 | 896 | 99 |
| 2020 | $42,072 | 8 | $5,259 | 1,288 | 161 |
| 2021 | $41,011 | 6 | $6,835 | 1,156 | 192 |
| 2022 | $29,202 | 4 | $7,301 | 903 | 226 |
| 2023 | $8,916 | 2 | $4,459 | 199 | 100 |

### PRESTON POULTER'S CROWDFUND REVENUE



6

# Tab 5

Plaintiffs' Appendix 024

In the United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § § | |
| Plaintiffs | § | |
| | § | |
| v. | § | No. 3:21-cv-1176-K-BN |
| | § | |
| Dean Assaf a/k/a DA Talk and | § | |
| Victoria Kundert a/k/a Vikkiverse | § | |
| Defendants | § | |

---

## Declaration of John T. Lamont

---

John T. Lamont, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.     I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The facts set out in this Declaration are based on my personal knowledge.

2.     I am a named plaintiff in this matter.

3.     I launched my first comic, The Demonatrix on March 1, 2021 with projected sales of $5,000.00.  On the same day the comic was launched, Defendants Ali "Dean" Assaf and Victoria Kundert began an intense campaign of denigration and vilification of me calling me a pedophile. Comic book sales immediately stalled. Some prospective customers refused to support the campaign citing allegations of being a pedophile.  Poor sales forced the campaign's cancellation.

4.     ~~Despite having previously approved The Demonatrix for their platform, Kickstarter rejected it upon re-submission by me. Kickstarter declined to approve my next book project "Angel of Darkness." Defendants' defamatory statements have chilled all future sales opportunities for me because Kickstarter has shut me out with unprecedented demands.  As a result of the defamatory statements, Kickstarter has now also rejected my next comic book project "Angel of Darkness." Defendants' defamatory statements have chilled all future sales opportunities for me because Kickstarter has shut me down with unreasonable demands. Based upon my projections of 4-5 comics per year I will suffer in a loss of approximately $25,000.00 in annual sales and at least $75,000.00 for the next 3 years.~~

5.     As a result of the acts of Defendants' conduct, I have experienced significant stress, anxiety, sleeplessness, headaches, stomach pains and a racing heart. I have been unable to participate in the comic community without suffering from heart palpitations and anxiety.

6.     I have kept to myself for fear of his safety. I have isolated myself and stopped going out for fear of my life, I experienced anxiety attacks on those occasions when I did go into town as well as shortness of breath and accelerated heart rate. I suffered from many sleepless nights, and has resorted to involuntary stress eating, has gained a significant amount of weight, my cholesterol is high and my doctor has expressed concern for my overall health.  I have also been forced to keep to myself for fear that others who are not in the comic community will learn of the defamatory comments.

7.      I fear for my personal safety. After I was doxxed, I had to notify the local sheriff's department because I fear that I will be harmed and fears for the safety of my family members. In addition, it is typical for comic book authors to attend trade gatherings to promote additional and future sales. I am afraid to attend the upcoming show due to fears that I will be ostracized, assaulted and fears for my personal safety based upon the defamatory statements. This constitutes an expected loss of sales due to not attending conventions and meetings of approximately $5,000.00 to $10,000.00 per year

8.      I will incur additional and heightened expenses for public relations to overcome and repair the damages to my reputation and business due to the defamatory statements in an amount to be determined through an expert witness.

9.      I have had to pursue counseling and will have weekly visits for the foreseeable future. My therapist charges $160.00 per hour and my expected costs for therapy is approximately $24,960.00 for the next 3 years.

10.      I am experiencing symptoms of PTSD that come on suddenly such that I cannot function as I have in the past. I have experienced pain and mental anguish this year and have been prevented from being able to conduct daily life functions. I will continue to suffer pain and mental anguish for a long time into the future, especially since the defamatory remarks have been disseminated to a large part of the community of comic book professionals and enthusiasts. I seek in excess of $150,000.00 in mental anguish damages for the devastating and reprehensible unfounded accusations of Defendants.

11.     Damages to my reputation also exceed $150,000.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2022.


_____

John T. Lamont

# Tab 6

Plaintiffs' Appendix 029

# EXHIBIT 7

## Plaintiff John Lamont's Kickstarter Campaigns and Revenue[1]

| TITLE | TOTAL | BACKERS | GOAL | FUNDED | DATES | DAYS |
|---|---|---|---|---|---|---|
| The Demonatrix #1 (Canceled)[2] | 0 | 4* | 1500* | NO | 03/15/ - 03/16/2021 | 1 |
| Angel of Darkness #1[3] | 4,266 | 141 | 3,500 | YES | 10/01 - 11/01/2021 | 32 |
| Spirit of The Dragon #1 Make 100[4] | 8,514 | 204 | 3,500 | YES | 01/01 - 02/01/2022 | 26 |
| Angel of Darkness 2 #Make100[5] | 12,225 | 235 | 3,500 | YES | 05/03 - 06/21/2022 | 22 |
| Spirit of The Dragon #2[6] | 14,499 | 267 | 3,500 | YES | 09/05 - 09/26/2022 | 22 |
| Angel of Darkness #3 - #Make100[7] | 11,310 | 265 | 3,500 | YES | 0/09 - 01/30/2023 | 22 |
| Spirit of The Dragon #3[8] | 13,785 | 261 | 3,500 | YES | 205/29 - 06/19/2023 | 22 |

\* The Demonarix #1 raised $26 from 4 backers before being canceled by Lamont. These numbers are not included in the totals below

| Year | Total Raised | Projects | Average | Backers | Avg. Backers |
|---|---|---|---|---|---|
| 2021 | $4,266 | 1 | $4,266 | 141 | 141 |
| 2022 | $35,238 | 3 | $11,746 | 706 | 236 |
| 2023 | $25,095 | 2 | $12,548 | 526 | 263 |

---

[1] Data collected from publicly available information from Kickstarter ( https://www.kickstarter.com/ ), a crowdfunding Platform, as well as two public websites that collect campaign data from crowdfunding websites, BackerTracker from Backerkit (https://www.backerkit.com/backertracker ) and KickTrack (https://www.kicktraq.com/ ).
[2] https://www.kickstarter.com/projects/jtl2/the-demonatrix-1?ref=profile_created,
https://www.kicktraq.com/projects/jtl2/the-demonatrix-1/
[3] https://www.kickstarter.com/projects/jtl2/angel-of-darkness-1?ref=profile_created,
https://www.backerkit.com/projects/jtl2/angel-of-darkness-1
[4] https://www.kickstarter.com/projects/jtl2/spirit-of-the-dragon-1?ref=profile_created,
https://www.backerkit.com/projects/jtl2/spirit-of-the-dragon-1
[5] https://www.kickstarter.com/projects/jtl2/angel-of-darkness-2?ref=profile_created,
https://www.backerkit.com/projects/jtl2/angel-of-darkness-2
[6] https://www.kickstarter.com/projects/jtl2/spirit-of-the-dragon-2?ref=profile_created,
https://www.backerkit.com/projects/jtl2/spirit-of-the-dragon-2
[7] https://www.kickstarter.com/projects/jtl2/angel-of-darkness-3?ref=profile_created,
https://www.backerkit.com/projects/jtl2/angel-of-darkness-2
[8] https://www.kickstarter.com/projects/jtl2/spirit-of-the-dragon-3?ref=profile_created,
https://www.backerkit.com/projects/jtl2/spirit-of-the-dragon-3

Plaintiffs' Appendix 030

# Tab 7

In the United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | No. 3:21-cv-1176-K-BN |
| | § | |
| Dean Assaf a/k/a DA Talk and Victoria Kundert a/k/a Vikkiverse | § | |
| Defendants | § | |

---

## Plaintiffs' Rule 26 Initial Disclosures

---

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs make the following disclosures:

**(i)   the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

The parties:

- Plaintiffs John T. Lamont and Preston Poulter, c/o Jeremy M. Masten, HAWASH CICACK & GASTON LLP, 3401 Allen Parkway, Suite 200, Houston, Texas 77019

- Defendant Dean Assaf a/k/a DA Talk, pro se, 1014 E. Alameda Street, Manteca, California 95336

Former parties:

- Ethan Van Sciver, c/o Scott Houtteman, 10560 Main Street, Suite 420, Fairfax, Virginia 22020

- Victoria Kundert, 101 East Main Street, Wallace, North Carolina 28466

Custodians of Records:

- YouTube, subsidiary of Google LLC, Corporation Service Company dba CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701

- Kickstarter, PBC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801

- Twitter Inc., 1355 Market Street, San Francisco, California 94103

- KiwiFarms.net

**(ii)   a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;**

Various videos posted on YouTube and published on at least the following dates:

- February 28 and May 2, 2021 (Defendant Assaf's channel);

- March 1 and April 25, 2021 (Kundert's channel);

- March 1 and 2, 2021 (K-Log's channel);

- April 8, 2021 (Bid Daddy's channel);

- June 6, 2021 (Spectre Report);

Defendants' Twitter and other social media feeds.

Plaintiffs' various comic books and campaigns.

**(iii)** **a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and**

Preston Poulter:

- $100,000 in lost sales through Kickstarter;

- $14,000 in increased security costs in 2021;

- $1,500 in past therapy costs;

- $41,250 in future therapy costs;

- $100,000 in mental anguish damages; and

- $100,000 in general damages for harm to his reputation.

John T. Lamont:

- $30,000 in lost sales due to not attending conventions and meetings;

- $24,960 in therapy costs;

- $150,000 in mental anguish damages; and

- $150,000 in general damages for harm to his reputation.

Exemplary damages in an amount to be determined by the jury.

**(iv)** **for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Plaintiffs are not aware of any responsive documents.

Respectfully submitted,


*/s/ Jeremy M. Masten*
Jeremy M. Masten
Texas Bar No. 24083454
jmasten@hcgllp.com
HAWASH CICACK & GASTON LLP
3401 Allen Parkway, Suite 200
Houston, Texas 77019
(254) 307-9185

M. Sameer Ahmed
THE AHMED FIRM PLLC
Texas Bar No. 24001631
sameer@theahmedfirm.com
13601 Preston Road, Suite E770
Dallas, Texas 75240
(972) 934-5858 - tel
(972) 934-5859 – fax

Counsel for Plaintiffs

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served on all parties through the Court's CM/ECF system, including those listed below, on April 18, 2022.

Dean Assaf
Aliassaf959@gmail.com
Pro se defendant

_____
Jeremy M. Masten

Plaintiffs' Appendix 036

Tab 8

In the United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | No. 3:21-cv-1176-K-BN |
| | § | |
| Dean Assaf a/k/a DA Talk and Victoria Kundert a/k/a Vikkiverse | § | |
| Defendants | § | |

---

## Plaintiffs' Rule 26 Supplemental Initial Disclosures

---

Pursuant to Fed. R. Civ. P. 26(a)(1) and 26(e), Plaintiffs make the following disclosures:

**(i)   the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

The parties:

- Plaintiffs John T. Lamont and Preston Poulter, c/o Jeremy M. Masten, P.O. Box 541411, Houston, Texas 77254;

- Defendant Dean Assaf a/k/a DA Talk, pro se, 1014 E. Alameda Street, Manteca, California 95336

Former parties:

- Ethan Van Sciver, c/o Scott Houtteman, 10560 Main Street, Suite 420, Fairfax, Virginia 22020

- Victoria Kundert, 101 East Main Street, Wallace, North Carolina 28466

Other Witnesses:

- Jeffrey C. Siegel, Ph.D., ABPP, Forensic and Clinical Psychology, 17330 Preston Rd., Ste. 110B, Dallas, Texas 75252; (972) 960-1472. Provided counseling and therapy services to Preston Poulter.

- Richard M. Santoro, 5006 Wellington Avenue, Box 2701, Ventnor City, New Jersey 08406. Security consultant.

- Michael Dattolo, Web Presence, LLC, d/b/a NetReputation.com, 1100 N Tuttle Ave, Ste 12 Sarasota, Florida 34237. Internet reputation management vendor.

Custodians of Records:

- YouTube, subsidiary of Google LLC, Corporation Service Company dba CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701

- Kickstarter, PBC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801

- Twitter Inc., 1355 Market Street, San Francisco, California 94103

- KiwiFarms.net

**(ii)    a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;**

Various videos posted on YouTube and published on at least the following dates:

- February 28 and May 2, 2021 (Defendant Assaf's channel);

- March 1 and April 25, 2021 (Kundert's channel);

- March 1 and 2, 2021 (K-Log's channel);

- April 8, 2021 (Bid Daddy's channel); and

- June 6, 2021 (Spectre Report).

A video posted on Poulter's channel on March 10, 2023.

Defendants' Twitter and other social media feeds.

Plaintiffs' various comic books and campaigns.

Deposition of Victoria Kundert in *John T. Lamont and Preston Poulter v. Ethan Van Sciver et al.*, No. BUR-L-000689-22, General Court of Justice, Superior Court Division, Burlington County, New Jersey.

These documents are in Plaintiffs' possession, custody, or control, and will be produced upon request and in accordance with Fed. R. Civ. P. 26(a)(3).

**(iii)** **a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and**

Preston Poulter:

- $100,000 in lost sales through Kickstarter;

- $14,000 in increased security costs in 2021;

- $1,500 in past therapy costs;

- $41,250 in future therapy costs;

- $100,000 in mental anguish damages; and

- $100,000 in general damages for harm to his reputation.

John T. Lamont:

- $30,000 in lost sales due to not attending conventions and meetings;

- $24,960 in therapy costs;

- $150,000 in mental anguish damages; and

- $150,000 in general damages for harm to his reputation.

Exemplary damages in an amount to be determined by the jury.

**(iv)   for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Plaintiffs are not aware of any responsive documents.

Respectfully submitted,

Jeremy M. Masten
Texas Bar No. 24083454
jeremy@themastenlawfirm.com
P.O. Box 541411
Houston, Texas 77254
(254) 307-9185

M. Sameer Ahmed
THE AHMED FIRM PLLC
Texas Bar No. 24001631
sameer@theahmedfirm.com
555 Republic Drive, Suite 300
Plano, Texas 75074
(972) 934-5858 - tel
(972) 934-5859 – fax

Counsel for Plaintiffs

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served on all parties through the Court's CM/ECF system, including those listed below, on July 10, 2023.

Dean Assaf
Aliassaf959@gmail.com
Pro se defendant

_____
Jeremy M. Masten

# Tab 9

Plaintiffs' Appendix 043

```
                                             Page 1

 1   STATE OF NEW JERSEY          IN THE GENERAL COURT OF JUSTICE
                                          SUPERIOR COURT DIVISION
 2   COUNTY OF BURLINGTON            DOCKET NO. BUR-L-000689-22
 3   JOHN T. LAMONT AND PRESTON   )
     POULTER,                     )
 4                                )      D-E-P-O-S-I-T-I-O-N
              PLAINTIFFS,         )
 5                                )            OF
     VS.                          )
 6                                )    VICTORIA CAMILLE KUNDERT
     ETHAN VAN SCIVER; JOHN DOES  )
 7   AND XYZ CORP 1-10 (SAID NAMES )
     BEING PERSONS, AND/OR ENTITIES)
 8   WHICH ARE FICTITIOUS AND     )
     PRESENTLY UNKNOWN),          )
 9                                )
              DEFENDANTS.         )
10
       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
11   ON MARCH 14, 2023, AT THE DUPLIN COUNTY COURTHOUSE, 2ND FLOOR
     LIBRARY, LOCATED AT 112 DUPLIN STREET, KENANSVILLE, NORTH
12   CAROLINA.
13   APPEARANCES OF COUNSEL:
14
     FOR THE PLAINTIFF:  MR. CHRISTOPHER T. KAROUNOS
15                       THE KAROUNOS LAW FIRM, LLC
                         17 CHAMBERLAIN AVENUE
16                       ELMWOOD PARK, NEW JERSEY 07407
17
     FOR THE PLAINTIFF:  MR. JEREMY M. MASTEN
18                       HAWASH CICACK & GASTON LLP
                         3401 ALLEN PARKWAY, SUITE 200
19                       HOUSTON, TEXAS 77019
20
21   _ _____
22
23
24
25
```

Page 2

1     FOR THE DEFENDANT:  MR. SCOTT HOUTTEMAN

                         HOUTTEMAN LAW LLC

2                        12017 LEE JACKSON MEMORIAL HIGHWAY

                         FAIRFAX, VIRGINIA  22033

3

4     ALSO PRESENT:      MR. PRESTON POULTER

                         MR. JOHN T. LAMONT

5

6     COURT REPORTER:    AIMEE C. RIGSBY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1          STIPULATIONS:  PRIOR TO THE GIVING OF ANY TESTIMONY

2     BY THE WITNESS, IT WAS EXPRESSLY STIPULATED AND AGREED BETWEEN

3     THE PARTIES TO THIS ACTION, THROUGH THEIR RESPECTIVE COUNSEL,

4     THAT:

5          1.  BY NOTICE AND/OR CONSENT, THE DEPOSITION OF

6     VICTORIA CAMILLE KUNDERT WAS TAKEN ON THE 14TH DAY OF MARCH,

7     2023, BEGINNING AT 10:08 A.M., AT THE DUPLIN COUNTY

8     COURTHOUSE, 2ND FLOOR LIBRARY, LOCATED AT 112 DUPLIN STREET,

9     KENANSVILLE, NORTH CAROLINA, BEFORE AIMEE C. RIGSBY, A COURT

10    REPORTER AND NOTARY PUBLIC IN AND FOR THE COUNTY OF PITT.

11         2.  READING AND SIGNING OF THE TRANSCRIPT OF

12    TESTIMONY BY THE WITNESS IS NOT WAIVED.

13     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

14

                       EXAMINATION OF THE WITNESS

15

      BY MR. SCOTT HOUTTEMAN                    PAGES  5 - 53

16

      BY MR. JEREMY MASTEN                      PAGES 53 - 83

17

      BY MR. SCOTT HOUTTEMAN                    PAGES 83 - 86

18

19

20

21

22

23

24

25

Plaintiffs' Appendix 046

Page 4

1                          INDEX OF EXHIBIT

2

3    EXHIBIT [1] – NOTICE OF DEPOSITION                    PAGE   5

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

                VICTORIA CAMILLE KUNDERT, BEING BY ME FIRST DULY

AFFIRMED TO SPEAK THE TRUTH, DEPOSES AND SAYS:

                ON EXAMINATION CONDUCTED BY MR. SCOTT HOUTTEMAN:

1        Q.   All right.  My name is Scott Houtteman, and I am an

2    attorney for Ethan Van Sciver.  And let's start with Exhibit

3    [1].  The one and only exhibit.  Do you recognize that

4    exhibit?

5        A.   Yes.

6        Q.   Tell us what it is.

7        A.   This is the notice of deposition.

8        Q.   And are you here in response to that notice of

9    deposition?

10       A.   Yes, I am.

11       Q.   All right.  Hold on a second.  Can you please state

12   your name for the record?

13       A.   Victoria Camille Kundert.

14       Q.   And this deposition is for a person at the

15   VikkiVerse YouTube channel.  What is your job title at the

16   VikkiVerse YouTube channel?

17       A.   I own the channel.  It's my YouTube channel.

18       Q.   I note that DA Talks also appears on that YouTube

19   channel.  What is -- who is that?

20       A.   He is my co-host.

21       Q.   Did you review the topics listed in the notice on

22   Schedule A?

Page 6

1          A.    Yes.

2          Q.    And are you designated -- are you the designated

3     witness for all of the topics?

4          A.    Yes.

5          Q.    All right.  I also note --

6                MR. KAROUNOS:  This is Chris Karounos.  I want to

7     know for the record the witness voice is a little bit soft,

8     while I'm sure the court reporter's able to hear her, and she

9     is the most important person in the room, --

10               MS. KUNDERT:  I'll speak up.

11               MR. KAROUNOS:  -- if you can get a little closer to

12    you perhaps, or if there's a microphone.  I don't want to have

13    you like yell.  Yell if you need to.  We won't be offended.

14    But we need to be just able to hear you.

15         Q.    I'll try to move it a little bit closer.  That

16    should help.

17               MR. KAROUNOS:  You're very loud.  So if it goes

18    closer to her, we're not going to have a problem hearing you

19    at all.

20         Q.    Okay.  I'm going to put the tripod on the table, so

21    let's go off the record.

22               COURT REPORTER'S NOTE:  An off-the-record break was

23    taken from 10:11 a.m. until 10:13 a.m.

24               MR. HOUTTEMAN:  Okay.  So back on the record.  Would

25    opposing counsel like to enter their appearances for the

Plaintiffs' Appendix 049

1    purposes of the official record?

2            MR. KAROUNOS:  Yeah, the court reporter has

3    everybody's -- those -- all those in attendance.  But this is

4    Christopher Karounos, primary counsel for -- Jersey counsel

5    for the plaintiffs.  And just before the deposition begins

6    Jeremy Masten counsel is also here as well as both plaintiffs.

7    So, just so the record is clear.  Before the questioning

8    begins, I do note that this deposition notice was sent at

9    10:43 p.m. on Friday, March 3rd, by the rules of Court, the

10   ten day requirement which really would be -- deemed received

11   would be on Monday.  We are making accommodations for the

12   deposition to occur, even though also under Rule 1:5 the

13   deposition is supposed to be taking place at a location that

14   is mutually convenient for all.  However, the witness is

15   there.  Mr. Houtteman is there.  So we are making the

16   accommodation.  Given the time that's involved if there was

17   requirement for follow up for the deposition, plaintiffs do

18   reserve the right to have a deposition via Zoom, obviously,

19   not expecting people to travel for issues that were not

20   covered due to the time constraints.

21           MR. HOUTTEMAN:  Also, are you going to designate

22   which attorney is going to be handling any cross-examinations?

23           MR. KAROUNOS:  There is no requirement for that.

24   Mr. Masten, I believe, will be handling most of it.  If there

25   are issues or follow-up that need to be done, we will confer

Page 8

1    and either I will let him know or I'll finish anything that

2    needs to be followed up.

3            MR. HOUTTEMAN:  Well, I am only going to let one

4    attorney cross-examine, as is customary.  You both -- you are

5    not going to have any tag-team.

6            MR. KAROUNOS:  Well, since this isn't your client,

7    you don't have a right to allow anything.  And given that Mr.

8    Masten will be primarily asking the questions, that I believe

9    he will be the one primarily asking the questions, there is

10   nothing in the rules that prohibit both of us from asking

11   questions if necessary.  So unless you can point me to a rule

12   that I'm missing.  I am being candid in that fact that he will

13   be handling the primary questioning, but I'm certainly not

14   going to preclude myself from addressing any issues that need

15   to be raised at the end of the deposition if necessary.  It

16   may not -- may not need be.

17           MR. HOUTTEMAN:  Well, no problem.  I will just make

18   an objection.  You know I'm not going to stop you from asking

19   your questions.  But it will just be subject to my objection.

20   And, you know, if The Court feels that there is nothing wrong

21   with it, then the questioning will be allowed.  And it's just,

22   you know, fair notice that if you want to guarantee that the

23   questioning is on the record, then just have one attorney make

24   all the questions.  All right.

25           MR. KAROUNOS:  Yes, sir.  I'm not worried about that

Page 9

1     but thank you for bringing it up.

2              MR. HOUTTEMAN:  All right.

3              ON CONTINUED EXAMINATION CONDUCTED BY MR. SCOTT

4     HOUTTEMAN:

5         Q.    So let's go on with the questioning.  In response to

6     this deposition you also provided some files, right?

7         A.    Yes.

8         Q.    Okay.  Let's review those files.  I'm going to --

9     there is fifty-five of them.  So I don't want to go into any

10    of them in any great detail.  But I want you to identify them,

11    at least give us the title and what's in them.  So first,

12    let's look at -- and you can handle this computer yourself.

13        A.    Sure.

14        Q.    So you've provided your files into three subfolders,

15    correct?

16        A.    Yes.

17        Q.    What are the names of the three subfolders?

18        A.    Chat downloads, DED Live, and Lifetime analytics.

19        Q.    And just, generally, what is in each of the folders?

20        A.    The first folder are some downloads of actual chats

21    from YouTube.  And this -- so that's the chat downloads

22    folder.  The DED live folder is analytics relating to the

23    livestream that took place on April 24th, I think -- or the

24    25th.  And the lifetime analytics is the lifetime analytics of

25    my channel since its inception.

Page 10

1       Q.   All right.  Go ahead and open the top folder, and

2    let's just go through briefly the title of each of the files

3    and what they contain.

4       A.   Sure.  That actually has three, three subfolders in

5    it.  One folder is 2020-04 through 06, which is the date

6    designation.  So that's April through June of 2020, and those

7    are the livestream chats from that time period.  The -- those

8    are Talkin' Ribbit Coin with Ethan Van Sciver.

9       Q.   Well, let me just interrupt.  Why don't you just

10   list how many folders --

11      A.   Sure.  There is four.

12      Q.   -- are in there.

13      A.   Yeah, there is three folders.  So the second folder

14   is 2020-07-09 which July through September of 2020.  And then

15   the third folder is 2021-03 through 05.  So that's March

16   through May --

17      Q.   So these are the livestreams --

18      A.   -- of 2021.

19      Q.   -- these are the chats from the livestreams that you

20   had in the months of March through May of 2021, correct?

21      A.   Yes.

22      Q.   All right.  And I think we can quickly go through

23   the other two folders.  I imagine it's the same thing but just

24   different time periods?

25      A.   Yes, just different time periods.

Page 11

1       Q.   So let's just --

2            MR. KAROUNOS:  Counsel, I hate to interrupt.  I have

3       to give, not an objection but a statement.  I don't have these

4       documents if they were not part of the email and link that you

5       sent last night.  And if you just received them they were not

6       uploaded yet.  I'm okay getting them down the road.  But,

7       however, since you're not sharing your screen, we cannot see

8       anything that you are referencing.  So I just want to note

9       that for the record there may be a follow-up on these items

10      that were not produced.

11           MR. HOUTTEMAN:  Well --

12           MR. KAROUNOS:  You can question her on them, of

13      course.

14           MR. HOUTTEMAN:  Well, first of all, I think you got

15      these.  You asked me for a link to the video, remember?  I

16      included these --

17           MR. KAROUNOS:  I have the video, yes.

18           MR. HOUTTEMAN:  Yeah.  I included these files in

19      that same link.

20           MR. KAROUNOS:  Okay.  The sum total may not have

21      downloaded then.  And since I'm in the car I cannot confirm.

22      But if that was in the link, I will take Counsel's

23      representation.  And either way, you are absolutely able to

24      continue.  I just wanted to note you are not sharing the

25      screen so I can't see what you're referencing.  And if I am

Plaintiffs' Appendix 054

Page 12

1    incorrect, I apologize for the interruption.

2            MR. HOUTTEMAN:  It's all right.  I'm not going to be

3    discussing them in any detail.  I'm just going to be

4    authenticating them to this witness since she's the one that

5    provided them.  And later on, just get in touch with me.

6    There are 55 total files.  And if you don't have all 55, I'll

7    see that you get them.  But you won't be prejudice because I'm

8    not going to be talking about them.  They're just going to be

9    part of a discovery record that either party can use.  All

10   right?

11           MR. KAROUNOS:  Understood and no objection.

12           ON CONTINUED EXAMINATION CONDUCTED BY MR. HOUTTEMAN:

13       Q.   All right.  So let's just quickly go through the

14   other two subfolders which cover -- what time periods do they

15   cover and how many chats --

16       A.   Sure.

17       Q.   -- are in them?

18       A.   There is 04 through 06 of 2020.  And there are four

19   different livestreams.

20       Q.   Okay.  That's the one that I think you just talked

21   about.

22       A.   That's the earliest one.  That's the -- from the

23   very beginning of my channel.  And then there is 2020 July

24   through September, and there are six videos -- chats.

25       Q.   So those are -- just to be clear, those are the sets

Page 13

1    of chats from each of the six --

2         A.   Yes.

3         Q.   -- videos?

4         A.   Yes.

5         Q.   So those contain all of the chats that happened

6    during your livestream for each of those six livestreams?

7         A.   Yes.

8         Q.   All right.  What's the last one?

9         A.   And the last one is the March through May of 2021.

10   And it has five files.

11        Q.   So it sounds to me like what you did was provide all

12   of the chats for all of the history of your channel up and to

13   the April 25th livestream?

14        A.   No, it is not all of the chats from every

15   livestream.  It is just a sampling from different time

16   periods.

17        Q.   Okay.  So it's a --

18        A.   So it's the beginning, sort of the middle, and then,

19   when this incident happened.

20        Q.   So it's an arbitrary sampling from among the

21   livestreams that were all before the April 25th, 2021,

22   livestream, correct?

23        A.   The third folder has after, as well.  A couple that

24   were after.  When it was after, sorry.

25        Q.   Okay.  So we can look at the dates and determine

Page 14

1    exactly what those dates are.

2         A.   Yeah, they're all dated.

3         Q.   Okay.  Well, let's go on.  Like I say, there is

4    55, so go back up and describe for the record what folder you

5    are going to be looking in now.

6         A.   That is the DED Live, which was the livestream that

7    took place on the 25th.  And it has the live viewers, a report

8    from YouTube regarding the live viewers on the livestream.

9    The chat download, and then a breakdown of the views.  There

10   is a folder called 90 days, which has all of the stats for the

11   first 90 days after the video was uploaded.  A folder called

12   lifetime, which has the stats regarding the lifetime of the

13   video since it went up until the 1st of March of this year.

14   An upload to filing, which was when another folder upload to

15   filing which has all the stats of the video from the time that

16   it was uploaded or livestreamed until the filing of this

17   lawsuit -- or the original lawsuit in Texas.

18        Q.   Okay.  And once again, for more detail a person can

19   just open up the --

20        A.   Yeah.  The 90 day folder has eight files in it.  The

21   lifetime folder has ten files in it.  And the upload to filing

22   folder has nine files in it.

23        Q.   Okay.  Well, let's go back and briefly describe the

24   nature of each of those files.

25        A.   Sure.  Those are the analytics that you can download

Page 15

1    from YouTube.  YouTube gives you analytics on your videos.

2    Who watches it.  Where it came from.  The source of the video.

3    Where they live.  Whether or not they are subscribers.  So all

4    of that information is available.

5         Q.   So, you said that, for example, you had ten folders

6    in one of the --

7         A.   Uh-huh.

8         Q.   Can you just -- I'm sorry, ten files in one of the

9    folders?

10        A.   Sure.

11        Q.   Can you just go through and --

12        A.   Yes.

13        Q.   -- and tell us what each of the ten are?

14        A.   So that's the -- like the lifetime of the video.  So

15   that would be things like audience retention -- how long

16   people actually watched the video.  What --

17        Q.   Well, let me watch it for a second.  I want to know

18   just what each file is.  So you are saying one file is just

19   about audience --

20        A.   Retention.

21        Q.   -- retention.  Okay.

22        A.   Yes.

23        Q.   So go though and like that describe all ten files.

24        A.   Sure.  The next one is the cities that YouTube says

25   that it was watched in.  There is a file that is content --

Plaintiffs' Appendix 058

Page 16

1      Q.   Just, if you can help us out by reading what's in

2   the file.  So when someone is looking at the file --

3      A.   Sure.

4      Q.   -- they'll know what file you are talking about.

5      A.   Yeah.

6      Q.   So just go ahead.

7      A.   So then the dates.  So the dates the video was

8   watched and how many people watched it.  The geography, what

9   country people watched the video from.  The geography of the

10  states, what states people watched them from.  Whether or not

11  they were subscribers.  Which is a subscription, you know,

12  scribe -- subscription status folder.  How old the viewers

13  are, and viewer gender.

14     Q.   All right.  So looking at that description, someone

15  will be able to identify each of the files that you provided

16  in that subdirectory.

17     A.   Yes.

18     Q.   So now can you go to the next subdirectory and do

19  the same thing, say, you know, this file is entitled and it

20  does this?

21     A.   Yeah.  The 90 days folder, it's the cities that the

22  video was watched in.  Content, which is how much of the

23  content they watched.  Date, when the video was watched, and

24  how many viewers.  Geography, which would be the cities -- or

25  I'm sorry -- the countries that it's watched in.  Geography by

Page 17

```
1      states.  The traffic source -- whether it came from YouTube,

2      or Twitter, or a search, that kind of thing.  Viewer age and

3      viewer gender.

4           Q.   All right.  So let's go to the next subdirectory.

5      Once again, I'm just relying on you to systematically go

6      through these --

7           A.   Yeah.

8           Q.   -- so you can describe what you are doing.

9           A.   So upload to filing.  That's the same thing.  It's

10     the cities that it was watched in.  The content of the video.

11     Dates, so the dates that they were watched and how many

12     viewers watched it.  Geography, which is actually the country.

13     Geography by states.  The subscription status of the viewer.

14     The traffic source.  The viewer age and the viewer gender.

15          Q.   I counted nine folders?

16          A.   Yes, there is nine files.

17          Q.   All right.  Are there anymore?

18          A.   No.  Then there is the -- in the main folder it is

19     the chat download from that livestream, as well as the live

20     viewers with that livestream.  How many people actually

21     watched it.

22          Q.   Well, I'm not quite sure what you're saying.  So

23     there is one more folder in the --

24          A.   No, those are just the other files in that folder.

25          Q.   Oh, okay.
```

```
                                                        Page 18
 1          A.    Yeah.

 2          Q.    So have you labeled -- have you mentioned --

 3          A.    That's everything -- everything in that folder; yes,

 4     sir.

 5          Q.    All right.  So have you covered all 55 folders?

 6          A.    I believe so.

 7          Q.    All right.  So then --

 8          A.    Well, the lifetime analytics folder.  That has the

 9     cities, content date, geography by country, geography by

10     state.  Subscriber by content.  Subscription status.  The

11     traffic source.  Viewer age and viewer gender.

12          Q.    Okay.

13          A.    Of my channel over its entire lifetime.

14          Q.    Okay.  And once again, these are all in Excel

15     spreadsheets, correct?

16          A.    These are all in Excel spreadsheets, yes, sir.

17          Q.    All right.  And is that all of the files that you

18     pro --

19          A.    Yes.

20          Q.    -- provided?

21          A.    Yes, it is.

22          Q.    All right.  Let's go on.  Okay.  Now we're referring

23     back to your VikkiVerse YouTube channel.  Generally speaking,

24     what subject matter do you discuss on your channel?

25          A.    Generally, we talk about ComicsGate.
```

```
                                                    Page 19
 1          Q.   And what is ComicsGate?

 2          A.   ComicsGate is a small community of indie comic

 3     creators.

 4          Q.   All right.  We'll maybe have a chance to elaborate

 5     more on that later.

 6          A.   Sure.

 7          Q.   Is crime a topic you generally cover?

 8          A.   No.

 9          Q.   Does your channel offer significant content for

10     someone interested in the topic of child pornography crime?

11          A.   No.

12          Q.   Is pedophilia a topic you generally cover?

13          A.   No.

14          Q.   Does your channel offer significant content for

15     someone interested in the topic of pedophilia?

16          A.   No.

17          Q.   Has anyone in your audience ever expressed to you an

18     interest in the topic of child pornography?

19          A.   No.

20          Q.   Has anyone in your audience ever expressed an

21     interest in the topic of pedophilia?

22          A.   No.

23          Q.   So is it fair to say that the bulk of your audience

24     is interested in ComicsGate?

25          A.   Yes.
```

Page 20

1          MR. KAROUNOS:  Objection to form.  You may answer.

2      A.   Yes.

3      Q.   All right.  One of the parties to this litigation is

4  Ethan Van Sciver.  Is it fair to say that leading up to the

5  April 25th, '21, livestream that essentially all of your

6  audience knows who Ethan Van Sciver is?

7          MR. KAROUNOS:  Objection to form.  You may answer.

8      A.   Yes.

9      Q.   Another party to this lawsuit is Preston Poulter.

10 Generally speaking, is Preston Poulter discussed on your

11 channel?

12     A.   I'm sorry.  I'm not sure I understand "generally

13 speaking."

14     Q.   Well, has Preston Poulter been discussed on your

15 channel?

16     A.   Yes.

17     Q.   Has he been discussed multiple times on your

18 channel?

19     A.   Yes.

20     Q.   Can you give us an exact number of times he's been

21 discussed on your channel?

22     A.   I do not have an exact, no.

23     Q.   And is that because it has been a lot?

24     A.   It has not, no, been a lot.

25     Q.   Well, if you just give a range, you know, your best

Page 21

1    guess, how many videos would Preston Poulter have been

2    discussed in?  And we're most, in particularly interested in

3    leading up to the April 25th, 2021, livestream.

4         A.    Maybe --

5              MR. KAROUNOS:  Objection to form.  I'll also note

6    that this witness was not given any instructions at the

7    beginning of this deposition, at least on the record.  But I

8    will put on the objection that the witness is not to guess

9    about anything.  An estimate based on knowledge is, of

10   course, okay.  But best guess is a just a little bit too close

11   to the line.

12        Q.    Okay.  Don't guess.  Give an estimate based on your

13   personal knowledge.  Was Preston Poulter discussed on your

14   livestream before the April 25th, 2021, livestream?

15        A.    Yes.

16        Q.    And was he discussed more than once?

17        A.    Yes.

18        Q.    Is it fair to say that your audience would know who

19   Preston Poulter is?

20        A.    Yes.

21              MR. KAROUNOS:  My apology.  I was muted.  Just note

22   my late objection to form.  Obviously, you can answer.

23        Q.    And, at this time, what profession was Preston

24   Poulter known for?  What did Preston Poulter do for a living?

25        A.    He's an indie comic creator.  He's a writer.

Page 22

1      Q.   And, once again, as of April 25th, 2021, just

2    previous to that, wasn't there a former enterprise he was

3    involved in he found quite embarrassing?

4              MR. KAROUNOS:   Objection to form.  You may answer.

5      A.   He had done amateur porn -- pornography.

6      Q.   Now is Preston Poulter known as a photographer?

7      A.   No.

8      Q.   Is there any reason someone would be interested --

9    I'm sorry.  Strike that.  Is there any reason your audience

10   would think that Preston Poulter was interested in viewing

11   photographs of actual people?

12             MR. KAROUNOS:   Objection to form.  You may answer.

13     A.   I'm not sure I understand the question.

14     Q.   Well, you said that Preston Poulter was known as a

15   person that creates comic books.  And you said that he had a

16   brief career or a career in amateur pornography.  I'm asking

17   you is there any reason to believe that he was particularly

18   interested in viewing photographs?

19             MR. KAROUNOS:   Objection to form.  You may answer.

20     A.   No.

21     Q.   Okay.  Was John Lamont discussed on your channel

22   leading up to?

23     A.   Yes.

24     Q.   And what was the context of the discussion of John

25   Lamont?

Page 23

```
 1         A.   We had done a follow-up livestream about a video

 2    that Dean had done.

 3         Q.   Okay, once again, Dean is your co-host.

 4         A.   Dean Assaf, my co-host.

 5         Q.   Okay.  And someone following your channel who knew

 6    who John T. Lamont is, what would they know about him?  What

 7    was the most important thing about John Lamont?

 8              MR. KAROUNOS:  Objection to form.  You may answer.

 9         A.   That John Lamont had a comic book that he was

10    producing.

11         Q.   And do you remember the name of that comic book?

12         A.   The Demonatrix.

13         Q.   So leading up to the April 25th, 2021, livestream,

14    the Demonatrix comic came to your attention, correct?

15         A.   Yes.

16         Q.   Do you recall the first time that you became aware

17    of the Demonatrix comic?

18         A.   No.

19         Q.   Do you remember what -- what livestream source you

20    first encountered the images of the Demonatrix comic?

21         A.   It wasn't a livestream.  The first time I saw images

22    from the interior of the comic book on John Lamont's

23    Deviantart page.

24         Q.   Are you aware of the term Discord?

25         A.   Yes.
```

Page 24

1          Q.    Does Preston Poulter have a Discord?

2          A.    Yes.

3          Q.    Do you know the name of his Discord?

4          A.    I believe it's the Figures of Legend.

5          Q.    And did you see any images in that Discord of the

6     Demonatrix comic?

7          A.    Yes.

8          Q.    And can you tell roughly what time that was?

9     Keeping in mind that April 25th, 2021, was the video.

10         A.    It would have been early in 2021.  So, let's see,

11    January.

12         Q.    All right.  Now did you or your co-host then discuss

13    this image on either of your YouTube channels?

14         A.    Yes.

15         Q.    And who was the first to discuss the Demonatrix

16    comic on a YouTube channel?

17         A.    Dean.

18         Q.    And can you identify the YouTube channel?

19         A.    It's DATalks.

20         Q.    And roughly -- once again, best memory -- what

21    approximate date was that?

22         A.    Mid -- mid-February.

23         Q.    And if someone is interested in the exact date, they

24    can go to the DATalks records.

25         A.    Yes.

Page 25

1        Q.    Correct?  Those are publicly available?

2        A.    Yes, they are.

3        Q.    Now at a point in time did your co-host, Dean Assaf,

4    receive correspondence from Preston Poulter or correspondence

5    on behalf of Preston Poulter?

6        A.    Yes.

7        Q.    And what was that correspondence?

8        A.    It was a cease and desist letter.

9        Q.    And did that cease and desist letter become the

10   subject of a livestream?

11       A.    Yes.  Well, a pre-recorded stream; yes.

12       Q.    Can you tell the difference between a pre-recorded

13   steam and a livestream?

14       A.    Sure.  You can pre-record videos and upload them to

15   your YouTube channel.  Or you can hook into YouTube and stream

16   them live.  And so it's people watching them as you're putting

17   out the product.

18       Q.    Okay.  Now I took a screenshot of a YouTube channel

19   and I wanted to show it to you to refresh your memory.

20       A.    Yes.

21       Q.    Now can you tell us, after looking at that, some

22   more details about the video that was produced after you

23   received that letter?

24       A.    Sure.  There were -- it was Dean, two other friends

25   of ours, and myself as he read the letter to us.  And then he

Plaintiffs' Appendix 068

Page 26

1    produced the video after and included screenshots.  And bits

2    from the original video that he had done that they were

3    writing the cease and desist about.

4        Q.   Okay.  And I'll point to it at the very bottom of

5    this.  What date was that?

6        A.   May 4th, 2021.  A little later than I thought.  He

7    didn't -- I believe he had gotten the cease and desist at

8    least two or three weeks prior to the video going up.

9        Q.   All right.  Now let's talk about your opinion of the

10   Demonatrix.  Was it a positive opinion or a negative opinion?

11       A.   I was not impressed by it.

12       Q.   And why weren't you --

13            MR. KAROUNOS:  I'm sorry.  I was muted.  So just

14   note my late objection.  You can still answer.

15       Q.   And why weren't you impressed?

16       A.   I did not like the 3D rendering art, but I also

17   thought that the subject matter itself was -- what's the best

18   word? -- disturbing.

19       Q.   And was it disturbing for a particular reason?

20       A.   The main character was underage, taken possession by

21   a demon, goes around doing -- killing people in lots of sexual

22   situations.

23       Q.   Now did you have any doubt that this was a fictional

24   character?

25       A.   No doubt.

Plaintiffs' Appendix 069

Page 27

1      Q.   Did you nevertheless use the word child pornography

2    in describing this -- these images?  If you remember.

3      A.   I believe we had called it Loli -- Lolicon.  Or at

4    least I did.

5      Q.   Okay.

6           MR. KAROUNOS:  What was that word?  Rali?

7      A.   Lolicon.

8      Q.   Can you spell that?

9      A.   L-o-l-i-c-o-n.

10     Q.   Thank you.

11          MR. KAROUNOS:  Thank you.

12     Q.   And can you define Lolicon?

13     A.   Lolicon -- the name Lolicon is derived from the

14   novel Lolita.  It is anime that is young girls in sexual

15   situations.  So the actual art itself, as well as the people

16   that enjoy Loli, are known as Lolicons.

17     Q.   All right, now, specifically with respect to the

18   Demonatrix, was this comic produced?

19     A.   In physical form?

20     Q.   Well, let's back up.  Was there a campaign at some

21   time to make this Demonatrix comic?

22     A.   Yes.

23     Q.   And did you comment on that campaign at some point

24   in your livestreams?

25     A.   Yes.

Page 28

1      Q.   And what sort of comments did you make?

2      A.   We had made note of one of the covers, which

3  depicted two very young girls in a sexual situation.  Or what

4  appeared to be, at least.

5      Q.   And once again, even though these are young girls in

6  sexual situations, there is no doubt that these are fictional

7  and not real, correct?

8      A.   Correct.

9      Q.   All right.  Now let's go with this background to the

10  actual livestream.  Now according to YouTube, the livestream

11  is one hour, eight minutes or thereabouts.  Does that sound

12  about right?

13      A.   Yes.

14      Q.   I think it may have been one hour, seven minutes,

15  and fifty-nine seconds, or something like that.  So you were

16  provided with a set of six excerpts that total about nine

17  minutes, correct?

18      A.   Yes.

19      Q.   And did you have a chance to review that?

20      A.   Yes.

21      Q.   Okay.  What I want to do now is play for you that

22  livestream, and we'll play it excerpt by excerpt.  So I'll let

23  you watch the whole excerpt, and then we're going to stop and

24  I'll ask some questions about that.  All right?

25      A.   Okay.

Page 29

1          Q.    Now as for the court reporter, I'll note we have

2    prepared a transcript of this ahead of time.  So I'll give you

3    a copy if you want.  So you can either go ahead and do a live

4    transcription and then compare it to our transcription.

5    However you want.  Okay.  So since you're not -- we're not

6    sharing the screen, why don't you narrate what you're seeing

7    so that we can keep everybody up to date on what you're

8    watching.

9          A.    Sure.  All right.  Just a title, April 25th.

10         Q.    We'll stop it so you can read the title.

11         A.    The title.

12         Q.    Yeah, go back and read the title.  Yeah, read every

13   title card.

14         A.    April 25th, 2021.  The YouTube channel VikkiVerse

15   livestreamed a one hour, eight minute video.  URL -- do you

16   want me to read the URL.

17         Q.    Well, just tell us -- tell the --

18         A.    It's the URL of the video.

19         Q.    That's the thing that you would type into your

20   browser, and your browser would point to the livestream video?

21         A.    Yes.

22         Q.    All right.  Continue.

23         A.    It's a livestream.  This is actually -- this URL

24   contains a time stamp, 2,793 seconds.

25         Q.    I didn't know that.  Thank you.

Page 30

1          A.    There are six excerpts.  The first one is 12:59 to

2     14:08.  The second is 16:18 to 17:09.  The third is 20:49

3     until 22:42.  The fourth is 30:12 to 32:11.  The fifth is

4     32:57 to 35:49.  And the sixth is 46:25 to 46:33.  Discussion

5     of ComicsGate TM dispute begins at 12:59.  Host Vikki and

6     DATalks introduce excerpt one of six.  Plaintiff, Preston

7     Poulter, pre-recorded argument.  Go ahead and --

8          Q.    No, actually, let's stop for a second.  Now I want

9     to at this point just briefly discuss the fact that this

10    livestream contained other topics.  So we're starting

11    somewhere in -- the livestream began -- correct me if I'm

12    wrong -- with the discussion of WarCampaign?

13         A.    Yes.

14         Q.    Okay.  And who is WarCampaign?

15         A.    WarCampaign was a fan group inside ComicsGate.

16         Q.    Okay.  And we don't need to go into any detail about

17    what's not in the video.  I just want the record to show what

18    is outside of the subject matter that's relevant to this

19    lawsuit.  Now the next topic was the pre-recorded statements

20    that we're about to record [sic].  And then after the pre-

21    recorded there was a section by someone named Liam Gray.

22         A.    Yes.

23         Q.    And that's spelled L-I-E-M -

24         A.    A-M.

25         Q.    L-I-A-M.

```
                                                    Page 31

 1        A.    Uh-huh.

 2        Q.    And is it G-R-A-Y?  Yeah.  And who is Liam Gray?

 3        A.    Liam Gray is an independent comic creator in

 4   Australia.

 5        Q.    All right.  And at that point, if I remember

 6   correctly, then Ethan Van Sciver joined the livestream,

 7   correct?

 8        A.    Yes.

 9        Q.    And, if you remember, was he scheduled or was this

10   something that just happened on the spur of the moment?

11        A.    It was spur of the moment.  He was in the chat.

12        Q.    All right.  And then, finally, there was a

13   discussion of -- I think his name was Tim Poole?

14        A.    No.  Adam Post.

15        Q.    Adam Post.  I'm glad -- so, they can't accuse me of

16   a leading question because I asked the wrong guy.  So who is

17   Adam Post?

18        A.    Adam Post was an indie comic creator in ComicsGate.

19        Q.    All right. --

20              MR. KAROUNOS:  Counsel, pardon the interruption.

21   But just so Mr. Masten is aware, the doctor just walked in, so

22   he's going to have to handle any objections for the time

23   being.

24        Q.    Okay.  And, once again, I object to two attorneys

25   handling the objections.  I think that only one should be
```

Plaintiffs' Appendix 074

Page 32

1    allowed.  But I'm not going to, you know, prevent anybody from

2    asking questions -- or from making objections.

3         So, Ms. Kundert, do you remember any other

4    significant topics that happened during this livestream?

5         A.   No, I believe that's it.

6         Q.   All right.  So let's now go back to the parts that I

7    think are relevant.  And let's see what you think after

8    viewing them.  So this is the first excerpt.  Let's play the

9    excerpt.  And then I'll ask you some questions after it's

10   over.  Go ahead.

11        EXCERPT:

12        MS. KUNDERT:  Next, will talk about, um, the TM.

13        MR. ASSAF:  Oh, yeah.

14        MS. KUNDERT:  Yeah, let's do it.  We had some big

15   news this week, let's see here.

16        MR. POULTER:  (prerecorded) Are we reading up on

17   trademark law?  Speaking of trademark law, let's talk about

18   ComicsGate.

19        I have, as you're probably aware, if not, Bleeding

20   Cool article.  I can't put a link in the info card.  So link

21   in the description, Bleeding Cool article.  The Federal

22   Government has recognized that I, Preston Poulter, DBA Pocket

23   Jacks Comics through my corporation Common Sense Press,

24   Incorporated, have been granted the trademark of ComicsGate in

25   regards to comic books.  I have also applied for a

Page 33

1    certification trademark, meaning I will be able to certify who

2    gets to call their comic books ComicsGate.  And those that I

3    deem worthy will get this logo to put on their books and that

4    way you know it's certified ComicsGate.

5        Q.   Okay.  Let's pause it.  So can you tell us what that

6    was?

7        A.   You took my coffee.  That was part of a pre-edited

8    video that we played during our livestream.  That particular

9    excerpt came from a video on Preston Poulter's YouTube

10   channel.

11       Q.   And do you remember the title of his YouTube

12   channel?  Is it like Pocket Jacks Comics?

13       A.   Yeah, it's Pocket Jacks Comics is his YouTube.

14       Q.   And does he not have a series that -- where he would

15   come in on ComicsGate?

16       A.   Yes.

17       Q.   Do you remember what his running title was for

18   those?

19       A.   Last Week in ComicsGate.

20       Q.   All right.  Let's go onto the next.

21       A.   This wasn't one of those videos that I excerpted.

22       Q.   Oh, it wasn't one of those videos.  Okay.

23       A.   No.

24       Q.   But he would be known -- well, let me ask you this

25   question.  Would the fact that he had a series of videos

Page 34

1    called Last Week in ComicsGate, would that mean that your

2    audience would know about Preston Poulter?

3         A.   Yes.

4         Q.   Well, and let's -- I'll look through logically.

5    Your main topic of discussion is ComicsGate, correct?

6         A.   Yes.

7         Q.   And so if your audience is interested in ComicsGate,

8    it's logical to assume that they would also be interested in

9    other livestreams that discuss ComicsGate, correct?

10        A.   Can you re-ask that?

11        Q.   Okay.  Your audience is interested in ComicsGate,

12   correct?

13        A.   Yes.

14        Q.   The reason that they will tune into your livestream

15   is because they know your livestream discusses ComicsGate,

16   correct?

17        A.   Yes.

18        Q.   So it's logical to assume that they will tune into

19   other livestreams that discuss ComicsGate, correct?

20        A.   Yes.

21        Q.   Okay.  Let's go on to the next video, and then you

22   can tell us what it is.

23        A.   So this is excerpt two of six.  At 16:18, Defendant,

24   Ethan Van Sciver's pre-recorded argument.

25             EXCERPT:

1          MR. VAN SCIVER:  (prerecorded)  So, ComicsGate is

2     trademarked -- and feel free.  As long as you abide by the

3     principles and rules, the standards that we all kind of

4     understand ComicsGate is, there's gonna be no problem.  If you

5     want to publish child pornography under the ComicsGate banner,

6     that's gonna to be a problem.  Or anything like that.  In that

7     instance I will come down and exercise my trademark and

8     protect the trademark.  But other than that, if you are a

9     creative person who wants to do something called ComicsGate

10    Comics and you want to do comics that are for the customers

11    and fun, cool, great.  There's going to be absolutely no

12    problem at all.  It belongs to everybody.  But I guess I'm

13    going to -- I'm going to --

14         Q.   Okay.  Now can you tell us what that excerpt was?

15         A.   That was an excerpt from one of Ethan Van Sciver's

16    livestreams.  It would have happened sometime in the week

17    before our livestream.

18         Q.   Now there is a particular feature of this excerpt

19    that I want to highlight for the record.  Let's back it up,

20    and I'm going to stop it at a certain point.  Okay.  So at

21    this point, you have departed from the video from Ethan Van

22    Sciver's livestream and you've inserted a new video, correct?

23         A.   Yes.

24         Q.   Can you describe what you inserted?

25         A.   It is -- yeah.  It is the ComicsGate -- certified

Plaintiffs' Appendix 078

Page 36

1    ComicsGate trademark that Preston Poulter had created on the

2    cover of John Lamont's Demonatrix.

3          Q.   And then the video zooms out.  And what does it show

4    after it zooms out?

5          A.   It shows the full cover.  Well, it shows the -- I

6    guess -- redacted cover because they were unable to show the

7    whole -- I was unable to show the whole bit on YouTube.

8          Q.   And let's be specific, the redactions are for

9    nudity, correct?

10         A.   Yes.

11         Q.   Now I want you to listen what Ethan is saying when

12   you cut away from the original video and insert the new video.

13              EXCERPT:  -- the standards we all kind of understand

14   ComicsGate is, there's going to be no problem.  If you want to

15   publish your child pornography --

16         Q.   So he just said, "If you want to publish child

17   pornography."  Correct?

18         A.   Yes.

19         Q.   And you inserted the Demonatrix comic over that

20   portion of his pre-recorded statements, correct?

21         A.   Yes.

22         Q.   And is that because you had no doubt that he was

23   referring to the Demonatrix when he was talking about child

24   pornography?

25         A.   Yes.

Page 37

1          Q.   And that's because of your previous history

2     discussing the Demonatrix, correct?

3          A.   Yes.

4          Q.   And would you say that at the time before this

5     video -- and remember, this is April of 2021 -- was the

6     Demonatrix a significant topic in the ComicsGate community?

7          A.   Um --

8          Q.   Well, you don't have to speculate.  Let's just

9     review what had happened.  So your co-host had his own YouTube

10    channel.  And he, as you said, discussed in this video once

11    when he was discussing the Discord.  And you also said they

12    had a second video when he received the cease and desist

13    letter.

14         A.   Uh-huh.

15         Q.   Right.  And is it reasonable to believe that Ethan

16    Van Sciver had heard of this?

17         A.   Yes.

18         Q.   And, in fact, you know through one way or another

19    that Ethan had heard of the Demonatrix, correct?

20         A.   Yes.

21         Q.   All right.  So for those reasons, is it fair to say

22    that you had no doubt that when Ethan Van Sciver said, "I

23    don't want to put my trademark on child pornography," that he

24    was referring to the Demonatrix?

25              MR. JEREMY MASTEN:  Objection to form.  You may

Page 38

1    answer.

2         A.    Yes, he was referring to the Demonatrix.

3         Q.    All right.  I note that he did not say Preston

4    Poulter in that sentence that you added, the Demonatrix.  But,

5    nevertheless -- well, let me ask you this.  Were there any

6    other trademark topics that had anything to do with child

7    pornography?

8         A.    No.

9         Q.    So when Ethan Van Sciver was discussing his

10   trademark and he mentioned child pornography, there is really

11   only one topic that he could have been referring to?

12        A.    Yes.

13        Q.    And later on when Ethan Van Sciver participated,

14   were you correct that that's what he was talking about?  Did

15   his -- well, let me strike that question.  Ethan Van Sciver

16   later showed up on the livestream.  And after talking with

17   him, was there any doubt that you were correct that that's

18   what he was referring to in that prerecorded statement?

19        A.    I had no doubt.

20        Q.    All right.  Let's go through, then, to the next --

21   here, I'm going to cut out the sound so our poor court

22   reporter doesn't have to keep recording the same thing over

23   and over again.  Yeah, thanks.  And then let's go to the next

24   excerpt.  We played it all the way to the end.  Remember the

25   DND comes up?  Okay.  So pause it and then turn the speaker on

Page 39

1     and let's listen to the next.

2               EXCERPT:

3               MS. KUNDERT:  And Preston is litigious as fuck.

4          Q.   Sorry.  We'll go back.

5          A.   Excerpt three of six at 20:49, the host discusses

6     Plaintiff, Preston Poulter and the TM on the Demonatrix.

7               EXCERPT:  And Preston is litigious as fuck.  He

8     admits it.  He's proud of it.  Uh, they -- I remember Auby

9     (Mr. Poulter's ex-wife, Auby Anne Meletio) had said something

10    on a stream somewhere along the way that he likes to file for

11    copyright against, you know, copyrights and trademarks and

12    things like that, so -- I guess it's one of his, his hobbies.

13              But, yeah, I'd like to see Ethan get it.  I mean,

14    Jesus Christ, once he decided to slap the ComicsGate TM on

15    that Demonatrix loli porn comic of Lamont's.

16              MR. ASSAF:  It's fucking gross.

17              MS. KUNDERT:  Just gross.  I mean, I can't -- I

18    think, and I mean Ethan's in the chat, he can correct me if

19    I'm wrong -- that, you know, that may have been part of why

20    when Romano said, "Hey, I've got this lawyer here who's

21    already filed this paperwork, are you finally willing to do

22    it?" -- that he may have said yeah.  You know who wants, who

23    wants what they've been building up for three years to be

24    suddenly attached to that grossness?

25         Q.   All right.  So, once again, you are referring to a

Page 40

1    specific Demonatrix comic, correct?

2          A.    Yes.

3          Q.    That's all on this.  Let's listen to the next

4    excerpt.

5          A.    Okay.  Excerpt four of six, at 30:12, Defendant,

6    Ethan Van Sciver has joined the discussion live.  Another

7    artist.

8                EXCERPT:

9                MS. KUNDERT:  But anyway, TMs, Trademarks --

10               MR. ASSAF:  Yeah, --

11               MS. KUNDERT:  -- Copyrights.

12               MR. ASSAF:  -- want to hear your side of things.

13               MR. VAN SCIVER:  Well, I mean you know my side of

14   things, you know, fortunately, I, you know, I talk about

15   almost everything pretty openly on my channel.  But I mean,

16   you know my side of things is that it's pretty demonstrable

17   that ComicsGate has been used in commerce by me and me alone,

18   up until Preston decided that he would try to spite trademark,

19   the term.

20               I don't care.  I just, you know, Preston's whole

21   thing was, if I take ComicsGate, if I take the word ComicsGate

22   away, then what will they do?  I mean, nothing.  We'll just

23   keep doing what we're doing.  And, you know, 'cause it's not

24   really the -- the movement and people selling their comics and

25   it doesn't really hinge on a word.  It kind of hinges on

1   everybody wanting to continue to do this.  So it's weird.  The

2   whole thing is weird.

3           But in the meantime, I did get notified by a

4   gentleman who was very concerned about this.  He said,

5   obviously, and I was told this by another trademark attorney,

6   that -- you know look -- you know, you have been using

7   ComicsGate in commerce.  You have what's known as the common

8   law trademark to the word ComicsGate.  I mean, you don't need

9   to register it.  It doesn't need to happen.  You are -- you

10  are the trademark owner of it.  You can demonstrate that

11  you've been making money with it.

12          So I was quite happy with that.  Preston's clown

13  show didn't really bother me.  But then the attorneys just

14  said, you know, what?  We're going to officially register it

15  for you if you want to participate.  So I said, sure.

16          I am under the impression that it's going to be

17  pretty much a walk in the park, you know.  And -- and not only

18  that, what Preston did was actually illegal.  It's, Vicki,

19  it's literally fraud.  You're going to love this.  He does not

20  have -- he does not have a claim -- have a claim to the term

21  comicsgate.  And so what he did was fraudulent.  And I could

22  sue him for it if I wanted to.

23      A.   That was the end of that excerpt.

24      Q.   All right.  So is there any doubt in your mind when

25  he talked about -- I think he used the word spite trademark?

Page 42

1    Is there any doubt what he was talking about the action of

2    Preston's was spite trademarking?

3          A.    No doubt.

4          Q.    And what was the action?

5          A.    Preston filing the ComicsGate trademark back in

6    early -- I want to say it was March.

7          Q.    Well, we can look up that.

8          A.    March of 2020, I think.

9          Q.    All right.  That's all on this excerpt.  I think we

10   can go to the next excerpt.

11         A.    Excerpt five of six, jumping ahead to 32:57 seconds.

12               EXCERPT:

13               MR. VAN SCIVER:  All of this seems like a weird gay

14   trap anyway.  It's like wow I can trick Ethan into claiming

15   ComicsGate.  And then, you know, I can say Ethan thinks he

16   owns ComicsGate.

17               You know, I get it.  This isn't 2017 anymore.  It

18   isn't 2018.  It's pretty stupid.  I've got the word comicsgate

19   on my baseball cap.  I intend to continue to put ComicsGate on

20   merchandise as I want, as I wish.  You know, I don't think

21   anybody's going to be attitudinal about it.  I just don't

22   think anybody is going to get very upset and think that I'm,

23   you know co-opting a movement.  All of those accusations have

24   already been made and put into play, and they amount up to

25   nothing.  So, I just -- I don't want Preston to make child

Plaintiffs' Appendix 085

```
                                                           Page 43

 1      pornography and put ComicsGate on the label.

 2              MR. ASSAF:  Yeah, that was -- that was pretty

 3      fucking gross -- gross move.

 4              MS. KUNDERT:  Yeah.

 5              MR. VAN SCIVER:  Especially right now.  You know, at

 6      this point one of his pals, Slick Jimmy, outed as an actual,

 7      you know, child pornographer, pedophile.  You know, it's like

 8      this -- now is not a good time for that bullshit.  So, yeah,

 9      let's --

10              MR. ASSAF:  What if you -- well, that's actually

11      interesting you bring that up.  What did you think, if you

12      knew at all, about him trying to push Slick Jimmy off on you

13      and ComicsGate?

14              MR. VAN SCIVER:  Oh, well, it's typical.  You know,

15      I -- Slick Jimmy of lethal -- Little Girl Lethal, I think,

16      appeared on one of my livestreams or two of my livestreams in

17      2018, when basically my livestream was an open door to anyone

18      who had a small press comic that they wanted funded.  You know

19      we had --

20              MR. ASSAF:  Well, for anybody but Preston.

21              MR. VAN SCIVER:  Well, you know, what?  Here's

22      the -- here's the wonderful thing about that.  Preston would

23      have been on my show had he not been asking me in between

24      Christmas and New Year's when I wasn't livestreaming at all.

25      He badgered me every single day between December 26 and like
```

Plaintiffs' Appendix 086

Page 44

1    January 2nd.  "A, I going to be on your show?  Help me,

2    Obi-Wan Ken-Ethan.  You're my only hope".  You know, all these

3    weird gay messages that I wasn't livestreaming.  I was busy,

4    you know, being with my family and playing video games and

5    having a good holiday.  If he'd just waited like a fuckin'

6    normal person, he, you know, he might have ended up on the

7    show and history could have been different.  I'm kind of -- it

8    wasn't on.  I guess I'm kind of glad that things went the way

9    that they did.

10            MR. ASSAF:  Well, yeah, knowing who he is now.

11            MR. VAN SCIVER:  Yeah, there's just a lot of

12   weirdos.  There are just an awful lot of weirdos in the

13   comics.

14       Q.   All right.  A couple of questions about this to

15   clear up.  Ethan was saying this is not 2017/2018 anymore

16   where he thought there might be some problems with him

17   trademarking ComicsGate.  Do you understand what he was

18   worried about?

19       A.   Yes.

20       Q.   Explain that.

21       A.   Early ComicsGate, the movement was meant to be about

22   all of the creators under the umbrella of ComicsGate.  And the

23   fear was that if Ethan had gone and filed for the trademark,

24   that it would have created this schism because some creators

25   may have been upset at the idea of Ethan owning ComicsGate.

Page 45

1        Q.   Their position should be -- what?, that it was like

2    group owned?

3        A.   That it was not owned by anyone.

4        Q.   I see.  Also, you were around the ComicsGate

5    movement before Ethan Van Sciver, correct?

6        A.   Yes.

7        Q.   Who was the major character before Ethan Van Sciver?

8        A.   Richard C. Myer.

9        Q.   So it could have been that if there was some issue

10   of ownership, maybe Richard C. Myer could have claimed

11   ownership?

12       A.   Richard C. Myer never used the word ComicsGate as an

13   identifier --

14       Q.   All right.

15       A.   -- for himself.

16       Q.   Now there was another part where they talk about a

17   "actual" -- I think the word was child pornographer or actual

18   pedophile named Slick Jimmy, correct?

19       A.   Slick Jimmy, yes.

20       Q.   And what did your co-host mean, if you know, when he

21   said why did Preston try to push Slick Jimmy off on you, or

22   words to that effect?

23            MR. KAROUNOS:  Objection to form.  You may answer.

24       A.   Slick Jimmy was around ComicsGate at the beginning.

25   Didn't stay ComicsGate for very long.  But the narrative after

Plaintiffs' Appendix 088

Page 46

1    the news broke that Slick Jimmy had been arrested for child

2    pornography -- it was that he was embraced by ComicsGate,

3    hence ComicsGate was a movement full of pedophiles.

4         Q.   Now earlier you said that Preston Poulter had a

5    series of videos on his YouTube channel called Last Week in

6    ComicsGate; was Slick Jimmy, if you recall, a subject that

7    came up in Preston Poulter's videos?

8         A.   Yes.

9         Q.   And what do you remember about that?

10        A.   He did a video after Slick Jimmy had been arrested.

11        Q.   And in that video, did he try to connect Slick Jimmy

12   to ComicsGate?

13        A.   Yes.

14        Q.   And was this video before the January -- or, I'm

15   sorry, before the April 25th, 2021, video?

16        A.   Yes.

17        Q.   All right.  Let's just review the final excerpt.

18   It's a short one.

19        A.   Sure.  Excerpt six of six, 46:25.  The final mention

20   of TM.

21             EXCERPT:

22             MR. VAN SCIVER:  In order to have a trademark, you do

23   have to protect it.  So I will protect it in that way.  I will

24   not allow it to be put on child pornography by Preston

25   Poulter.

Page 47

1       A.    That was the end.

2       Q.    All right.  Now in viewing this, do you think that

3    this is a complete context of the child pornography remarks by

4    Ethan Van Sciver?

5       A.    Yes.

6       Q.    Can you recall any other portions of a livestream

7    that would be needed to put pornography comments in context?

8       A.    Just the actual images of the comic book cover.

9       Q.    Okay.  Well, the images are going to be in the

10   official record even though they are not, obviously, going to

11   show up in the transcript.

12            Now is there any way to know the identity of each

13   and every person that use your livestreams?

14       A.    No.

15       Q.    What are the techniques that you use to understand

16   who your audience is?

17       A.    The chat.

18       Q.    All right.

19       A.    And comments left on the videos.

20       Q.    All right.  How about -- you also have an appearance

21   on Twitter.  Does that -- do you have any interaction with

22   your audience via Twitter?

23       A.    Yes.

24       Q.    So basically, various social media outlets.  Let me

25   do one final thing before we leave, and I want to show you one

Page 48

1    of the chats.  Let's go to the chat of this DED Live -- of the

2    livestream that we just saw the excerpts.  And what I want you

3    to do is look at the people in the chat.  That file won't

4    open, so let me -- I have got a better way to opening it.

5    Hold on one second.  Here we go.  So I'm showing you your own

6    spreadsheet.  And I want you to look at the column that shows

7    you who is in the chat.

8         A.   Okay.

9         Q.   And when you come across a name you recognize, I'd

10   like you to state the name for the record, and tell us what

11   you know about that particular person.

12        A.   Oh, goodness.

13        Q.   And we'll do like five of them.  So --

14        A.   Okay.

15        Q.   -- obviously you're not going to go through every

16   single person you know in your chats.

17        A.   Sure.  I could probably go through and tell you who

18   most of these people are.  Just start off at the beginning.

19   John Luke Connery  He is --

20        Q.   And what are his interests, as far as you know?

21        A.   He -- ComicsGate.

22        Q.   All right.

23        A.   HOThead Studios, the same.

24        Q.   So, once again, you know who these people are

25   through the chats?

Page 49

1      A.    Through the chats, yes.  Interacting with them in

2   other chats of other livestreams and the comments on Twitter.

3      Q.    Okay.  So that's two.  Let's go through.

4      A.    Sure.  We have Matthew Syler who is a ComicsGate

5   creator.  Buck Rodgers who is this guy named Cheech.  That was

6   one of his names.  And he wasn't a creator at all, just sort

7   of a fan.  WellReadComics, he is a ComicsGate YouTuber.  Does

8   a review show.  So then, like, Ketracel White, -- not around

9   very much anymore.  I haven't seen -- seen much of them at

10  all.  They came in, I believe, through Dean's -- Dean's

11  channel.  They were one of his fans.  Not really ComicsGate,

12  but hung around for the livestreams.  BigDaddy, he's in the

13  ComicsGate ecosystem, but he's not pro-ComicsGate.

14      Q.    What about -- was there a Mr. Dongs?  I see him.

15      A.    Yeah.  Mr. Dongs, he's probably one of the most

16  well-known people in the chats of ComicsGate.

17      Q.    He has his own YouTube channel also?

18      A.    Yes.

19      Q.    Okay.

20      A.    Well, you have to have a YouTube account in order to

21  come onto a YouTube stream in a chat.

22      Q.    I see one of the persons in the chat goes by --

23      A.    ComicArtistProSecrets, that is Ethan.

24      Q.    All right.  And, during the livestream, you said

25  Ethan was in the chat, so you're literally seeing his name

Page 50

1    show up in the --

2         A.   Yes, it shows up.  Yes.

3         Q.   Okay.  So based on your knowledge of your audience,

4    is there any doubt that when Ethan said child pornography,

5    that your audience knew he was talking about the Demonatrix?

6         A.   I believe that they knew that he was talking about

7    the Demonatrix because we had brought it up before.  So it was

8    something -- it was an ongoing -- and we had been talking

9    about it.

10        Q.   Through all of your contact with your audience, has

11   a single person expressed to you the thought that Preston

12   Poulter might be a child pornographer?

13        A.   No.

14        Q.   Through all of your interactions with your audience,

15   has a single person said that John Lamont might be a child

16   pornographer?

17        A.   No.

18        Q.   Through all of your comments, did a single person

19   say that Preston Poulter was a comic book creator?

20        A.   Yes.

21        Q.   And through all of your comments, did a single

22   person say that John Lamont was a comic book artist?

23        A.   No.

24        Q.   No one said he was a comic book artist.  Maybe you

25   should describe the unique nature of John Lamont's creating of

Page 51

1    images?

2         A.    For the Demonatrix, it was done in something called

3    DAZ 3D.   That's D-A-Z, which is literally 3D renderings from

4    models.   John Lamont is a writer, not an artist; but he had

5    done these 3D models for Demonatrix.

6         Q.    And, to your knowledge, when your audience heard

7    John Lamont being mentioned, did any of them know that he did

8    this sort of art?   This computer art?

9              MR. KAROUNOS:   Objection to form.   Objection to

10   form.   You may answer.

11        A.    Can you ask that again?

12        Q.    Okay.   When you mention John Lamont, do you anyone

13   in your chat saying or indicating that they knew John Lamont

14   made these computer graphics?

15        A.    No.

16        Q.    No.   So would you say that John Lamont was less well

17   known than Ethan Van Sciver in your audience?

18             MR. KAROUNOS:   Objection to form.   You may answer.

19        A.    Yes, John Lamont was not as well known.

20        Q.    I noticed that Ethan Van Sciver didn't mention the

21   name of John Lamont.   Would you say that it's fair to say

22   Ethan Van Sciver knows Preston Poulter much better than John

23   Lamont?

24        A.    Yes.

25        Q.    All right.

Page 52

```
 1              MR. KAROUNOS:  The witness is trailing off again,
 2       just for record.
 3          A.   I'm sorry.  Yes.
 4              MR. KAROUNOS:  I'm having trouble hearing again.
 5          A.   I'm sorry.
 6              MR. KAROUNOS:  Thank you.
 7          Q.   Well, what I propose now is a break.  And I am going
 8       to go and see if there are any more questions.  There won't be
 9       much but I want to go off the record for a time period.  Once
10       we go off the record, we'll decide how long we should take our
11       break for, and then I'll do some final questionings.  And then
12       if there's any cross-examination we can do that.  All right,
13       let's go off the record.
14              COURT REPORTER'S NOTE:  An off-the-record break was
15       taken from 11:22 a.m. until 11:46 a.m.
16              ON CONTINUED EXAMINATION CONDUCTED BY MR. SCOTT W.
17       HOUTTEMAN:
18          Q.   Back on the record, just a few more questions.  Did
19       you work with Preston Poulter prior to the April 25th video?
20          A.   Yes.
21          Q.   What did you do with him?
22          A.   We had done some livestreams.  I did readings on his
23       writer streams.  And I was a judge for his ComicsGate TM
24       contest or his Figures of Legend ComicsGate trademark contest.
25          Q.   So he held a contest, and he appointed you judge?
```

Page 53

1          A.   Yes.

2          Q.   How many judges were there?

3          A.   Three.

4          Q.   And after you finished your work, were there any

5     complaints about your judging?

6          A.   No.

7          Q.   Did you do -- I noticed that on your livestream you

8     have certain people with a wrench, can you explain what those

9     people are?

10          A.   Those are YouTube chat moderators.

11          Q.   And did you do anything like that with Preston?

12          A.   I was a mod in his Discord.  A moderator in his

13     Discord.

14          Q.   And what are the duties of a moderator in his

15     Discord?

16          A.   They were never laid out, but normally mods will get

17     rid of anything that violates the terms of service of the --

18     the platform.  So, like, anything that Discord wouldn't allow,

19     a mod would have to go in and delete and get rid of it.

20          Q.   All right.  I have no further questions.

21               ON EXAMINATION CONDUCTED BY MR. JEREMY MASTEN:

22          Q.   Okay.  I know that Mr. Karounos was doing the

23     objecting but I will be asking the questions.  I don't -- I

24     don't expect that it will take long.  I know it's about a

25     quarter to 12 where y'all are.  But I -- I think we'll be done

Page 54

1    in plenty of time for us to have lunch.

2            Okay.  So Ms. Kundert, my name is Jeremy Masten.  I

3    represent Preston Poulter and John Lamont.  And I appreciate

4    you being here today.  The -- the only -- well, let me ask

5    this.  Sorry, before I get started.  Can you hear me okay?

6        A.    Yes.

7        Q.    Okay.  All right.  Now, I believe that the only

8    exhibit that's been marked was a notice of deposition to the

9    owner of the VikkiVerse YouTube channel.  Is that your

10   understanding?

11       A.    Yes.

12       Q.    Okay.  Now -- and in response to that, you produced

13   a bunch of documents that mostly look like they are Excel

14   spreadsheets.  You went over those earlier.

15       A.    Yes.

16       Q.    Okay.  Now since they are each Excel spreadsheets, I

17   just want to understand, how were they created?  You requested

18   them from YouTube, how were they created?

19       A.    You go into the YouTube studio, which is where you

20   have all of your contents.  It's a dashboard for your YouTube

21   channel, basically.  And you can look at all of your analytics

22   online on YouTube, and then you can also download them into an

23   Excel file.

24       Q.    Okay.  So, for the clarity of the record, the

25   YouTube Studio you're talking about, like, an online portal

Plaintiffs' Appendix 097

Page 55

1     not a physical building?

2          A.   It's -- it's an online portal, yes.

3          Q.   Okay.  And then you downloaded these various reports

4     and they -- the original is the Excel spreadsheet?

5          A.   Yes.

6          Q.   Okay.

7          A.   That is how they came from YouTube.

8          Q.   Okay.  And did you in any way alter them or

9     anything?

10         A.   No.

11         Q.   Okay.  Now, I was listening when you were talking

12    about everything that these reports show, and one thing that

13    wasn't clear to me -- do these reports show shares?

14         A.   Shares?  What do you mean?

15         Q.   Yeah, like, you know on YouTube when you're watching

16    a video there's a little button underneath that says share and

17    has sort of a curvy arrow?

18         A.   Right.

19         Q.   And it will, like, copy the link or post it on

20    whatever.  Is there a report that shows shares?

21         A.   No.

22         Q.   Okay.  And, sorry, but to be clear --

23         A.   How --

24         Q.   -- there is no report or you didn't pull the report?

25         A.   There -- there is a report that shows where the

Page 56

```
 1    traffic came from, and I believe that information is included
 2    in that report.  And that was downloaded.
 3         Q.   Okay.  And just so --
 4         A.   And it tells you whether -- here -- so --
 5         Q.   Do you know what that -- the report that you're
 6    talking about, the traffic report, do you know what that was
 7    called?
 8         A.   Yeah.
 9         Q.   Traffic source.
10         A.   Yeah, traffic source.
11         Q.   Got it.
12         A.   Yes, sir.
13         Q.   Okay.  All right.  Now -- now a moment ago you were
14    being asked about the audience for your show.  And I believe
15    you testified that there is no way for you to know everybody
16    who's in the audience.  Do you recall that?
17         A.   Yes.
18         Q.   Okay.  Now obviously people that are chatting or
19    commenting, you know they're in the audience, right?
20         A.   Yes.
21         Q.   But would you agree with me that a substantial
22    number of people watch videos and don't comment?
23         A.   Yes.
24         Q.   Okay.  And you know that there is -- there is not
25    really a way to know who all those people are, right?
```

Plaintiffs' Appendix 099

Page 57

1          A.    Right.

2          Q.    Okay, okay.  Now were you -- let me ask it this way.

3     You are not a lawyer, correct?

4          A.    Correct.

5          Q.    And you're not represented by anybody today, right?

6          A.    Correct.

7          Q.    Do you know whether or not you've been subpoenaed to

8     be here?

9          A.    No, I have not.

10         Q.    Okay.  So no, you know, constable or sheriff or

11    anybody showed up with papers and handed them to you to have

12    you appear today?

13         A.    No.

14         Q.    Okay.  Is anybody paying you to be here?

15         A.    No.

16         Q.    Has anybody promised you, you know, good publicity?

17         A.    No.

18         Q.    Now the notice was issued by Ethan Van Sciver's

19    lawyer, are you aware of that?

20         A.    Yes.

21         Q.    And you and Mr. Van Sciver have had some

22    conversations over the last few days, right, on Twitter?

23         A.    On Twitter, yes.

24         Q.    Okay.  And in fact, rather than show appreciation

25    for your cooperation, he called you, "Broke, miserable,

Page 58

1    sarcastic, and cruel," is that accurate?

2         A.   Yes.

3         Q.   And -- now he was a party to the Texas lawsuit,

4    right?

5         A.   Yes.

6         Q.   The one that you're a party to.

7         A.   Yes.

8         Q.   Okay.  Now I have heard -- I've seen some things

9    that at one point he offered to help you and Dean with the

10   defense, and you both declined, is that true?

11        A.   No.

12        Q.   Okay.  It -- it -- maybe I asked that in a weird

13   way.  Well, what -- can you expound on your answer a little

14   bit?

15        A.   Before Mr. Van Sciver's had contacted an attorney,

16   he had made mention of helping us, and then when he hired his

17   attorney, his attorney pointed out to him -- according to

18   Ethan -- that it would not be in his best interest.

19        Q.   Okay.  So when he offered to help you, what did you

20   think he meant?

21        A.   I assumed that he had meant helping us with

22   attorneys.  Basically using the same attorney that he was

23   using.

24        Q.   Understood.  Did he offer you any money or anything

25   like that?

Page 59

```
 1        A.    No.

 2        Q.    Why did you laugh?

 3        A.    We are not on the best of terms.

 4        Q.    Okay.  Even back then you were not on the best of

 5   terms?

 6        A.    No.

 7        Q.    Okay.  So why did you let him on your show?

 8        A.    Because we were discussing the trademark case in

 9   front of the US PTO, and he was a party to it, and he was in

10   our chat.

11        Q.    So you offered -- you gave him free publicity, but

12   he's not giving it to you back?

13        A.    I don't see it as publicity.

14        Q.    You don't think letting him on your show was

15   publicity for him?

16        A.    We had let him on -- we had had him on the show to

17   discuss the case that he was involved in.  Publicity wasn't a

18   concern, or anything we were thinking about at the time.

19        Q.    It was just a recorded conversation among friends,

20   and you didn't care whether anybody saw it all?

21        A.    He had been on -- he had been on our stream before,

22   so there was -- in a way it was not a recorded conversation

23   among friends.  It was mostly an interview about the trademark

24   case.

25        Q.    Now I want to -- I'm not trying to mince words with
```

Page 60

1   what you're saying.  But I want to make sure that I understand

2   what you're saying.

3          A.   Okay.

4          Q.   Now I'll grant you that you used the words trademark

5   and TM a lot in the conversation, but didn't you spend a lot

6   of time talking about child pornography and lolicon?

7          A.   A lot -- I am unclear what you mean about a lot of

8   time.

9          Q.   You mentioned it at least once, right?

10         A.   Right.

11         Q.   Okay.  You said that you put together the video in

12  such a way to suggest to anybody watching the Demonatrix Comic

13  book was Lolicon, right?

14         A.   I'm sorry, can you rephrase that?

15         Q.   Sure, sure.  And maybe I should ask you this first.

16  The video you were looking at earlier where there was -- there

17  was a -- I believe it was Excerpt two that was some pre-

18  recorded comments by Mr. Van Sciver -- and while he's talking

19  about not putting the ComicsGate banner on child pornography,

20  there is an image superimposed which is the cover of the

21  Demonatrix purposed comic book.  Do you know what I'm talking

22  about?

23         A.   Yes.

24         Q.   Okay.  Did you edit the video so that it did that?

25         A.   Yes.

Page 61

1      Q.   Okay.  And the reason that you put that video, when

2    he said those words, was to say, this is somebody putting the

3    ComicsGate banner on child pornography, right?

4      A.   Yes.

5      Q.   Okay.  Now I was a little confused --

6      A.   No --

7      Q.   -- by it.

8      A.   -- actually - I'm sorry.  Go ahead.

9      Q.   I'm sorry.  Go ahead.

10      A.   No, go ahead.  I apologize.

11      Q.   I was a little confused earlier, do you consider the

12    Demonatrix comic book child pornography?  Yes or no?

13      A.   I consider the Demonatrix Lolicon.

14      Q.   Okay.  Is Lolicon child pornography?

15      A.   Legally, no.

16      Q.   Okay.  Do you consider -- I mean, I -- I think that

17    we can agree that maybe it's distasteful, is that fair?

18      A.   Yes.

19      Q.   Okay.  Now my notes -- the record -- the transcript

20    of this deposition will show what it shows, but my notes show

21    that you define Loli or Lolicon as anime depicting young girls

22    in sexual situations.

23      A.   Yes.

24      Q.   Okay.  So is there a distinction in your mind

25    between child pornography and Lolicon?

Page 62

1      A.   Yes.

2      Q.   Because there's a lot of child pornography that's

3   not Lolicon, right?

4      A.   Yes.

5      Q.   Is there any Lolicon that's not child pornography as

6   you use those words?

7      A.   Lolicon is not child pornography, legally.

8      Q.   Okay.  So the distinction you're drawing is the

9   legal thing, and that's because it's a drawing rather than

10   people?

11      A.   Yes.

12      Q.   Okay.  Are you a comic book creator?

13      A.   No.

14      Q.   You're not a writer, or an illustrator or anything

15   like that?

16      A.   No.

17      Q.   Just somebody who is interested in the industry?

18      A.   Yes.

19      Q.   Okay.  Have you ever had aspirations to being a

20   writer or illustrator?

21      A.   No.

22      Q.   Okay.  All right.  Now when were you served with the

23   notice to be here today?

24      A.   It was sent to me on that Friday, a week and a half

25   ago, but it got kicked to my Spam folder.  I think I saw it on

```
                                                            Page 63
 1    Monday or Tuesday.

 2         Q.    Okay.  And so that would have been, what, are you

 3    talking about like the seventh or the eighth?

 4         A.    I believe so.

 5         Q.    Okay.  And did you have to reschedule anything to be

 6    here today?

 7         A.    No.

 8         Q.    Did you meet with anybody to prepare for today?

 9         A.    I met with Mr. Houtteman yesterday.

10         Q.    How long?

11         A.    Maybe forty-five minutes.

12         Q.    Where at?

13         A.    A coffee shop in Wallace.

14         Q.    And for those of us not in North Carolina, Wallace

15    is a town, a neighborhood?

16         A.    It's a town in North Carolina.  It's where I live.

17         Q.    Who paid for the coffee?

18         A.    Mr. Houtteman.

19         Q.    Okay.  What did y'all talk about for forty-five

20    minutes?

21         A.    We talked about the files that I was giving him,

22    where they came from.  He gave me a DVD to watch.  We talked

23    about Star Trek.

24         Q.    What was on the DVD?

25         A.    It was a deposition prep from Knowles Law.
```

Page 64

1        Q.   Do you still have that DVD?

2        A.   I gave it back to Mr. Houtteman.

3        Q.   Okay.  So he -- he gave you the DVD yesterday --

4        A.   Uh-huh.

5        Q.   And you watched it last night?

6        A.   This morning.

7        Q.   This morning, okay.  And then you gave it back to

8    him this morning?

9        A.   Well, yes.

10       Q.   Okay.  Before the -- before the deposition started

11   you came under oath, did you and he have any conversations?

12       A.   Yes.

13       Q.   Okay.  What did you talk about?

14       A.   Mostly the process here.  What would be going on.

15       Q.   Okay.  Tell me about that.

16       A.   Where we would be.  Saw the lovely law library here

17   in Duplin County.  Introduced me to the court reporter.  And I

18   helped him -- I provided an extension cord for his camera.

19   That's pretty much it.

20       Q.   Okay.  Did he give you any kind of preview on the

21   questions he was going to ask you?

22       A.   No.

23       Q.   Okay.  Are you a big Star Trek fan?

24       A.   Yes.

25       Q.   Okay.  It's the kind of thing that you could talk

Page 65

1    about for forty-five minutes?

2         A.   Oh, yeah.

3         Q.   Okay.  When you talked about the files, what did you

4    talk about?

5         A.   I just gave them to him.  He glanced over them once

6    he put them on his laptop.  I told him where I had gotten

7    them, what they -- what kind of information they contained,

8    and that was it.

9         Q.   Now I -- I asked you a minute ago about -- have you

10   had any conversations before you came under oath.  Have you

11   had any conversations since you came under oath?

12        A.   Yes.

13        Q.   Okay.  And I'm not talking about what the court

14   reporter has taken down.  Did you have a conversation during

15   that break we took 20 minutes ago?

16        A.   Yes.

17        Q.   What did you talk about?

18        A.   Cosplay and conventions.

19        Q.   Are you a cosplayer?

20        A.   No.

21        Q.   Okay.  Why were y'all talking about cosplay?

22        A.   The court reporter is a cosplayer.

23        Q.   Okay.  All right.  Now I want to ask you about a few

24   individuals, and -- and I want to know -- well, I'll ask you

25   about them as I go.  The first person I want to ask you about

Page 66

1    is Dean Assaf.  Do you know who he is?

2         A.    Yes.

3         Q.    Okay, he is -- I believe you said that he is the

4    co-host on your channel?

5         A.    He was the co-host on my channel.  We now stream on

6    our own channel.

7         Q.    Okay.  Have you and he had a falling out?

8         A.    Yes.

9         Q.    What happened?

10        A.    We had a relationship hiccup, would be a polite way

11   to put it.  We just had a personal disagreement.

12        Q.    What was the disagreement about?

13        A.    I'm unclear what that has to do with the topics that

14   were to be discussed today, but it was just a personal issue

15   between the two of us.

16        Q.    Now, ma'am, I will remind you that one of the

17   reasons that we're here today is because you and Mr. Van

18   Sciver and Mr. Assaf talked about things that Mr. Poulter and

19   Mr. Lamont would probably consider private.

20        A.    He had gotten upset about a tweet that I had posted,

21   and we had an argument about it.

22        Q.    Did the tweet have anything to do with Poulter or

23   Lamont?

24        A.    No.

25        Q.    About when was that?

Page 67

1          A.    Pardon?

2          Q.    About when was that?

3          A.    Five, six months ago.

4          Q.    Okay, okay.  Earlier you were talking about a guy

5     named Slick Jimmy, do you recall that?

6          A.    Yes.

7          Q.    Is that James Adams?

8          A.    I do not know his name.  I believe it is.

9          Q.    Okay.  Now in the excerpts you were looking at

10    earlier there was -- there were -- there was discussion of

11    Slick Jimmy, do you recall those?

12         A.    Yes.

13         Q.    Okay.  Now is he -- did he actually get charged and

14    convicted of sex with a minor or something like that?

15         A.    No.  As far as I am aware, he was charged with being

16    in possession of child pornography.

17         Q.    Possession of child pornography, okay.  And we've

18    kind of been throwing that phrase around.  Do you mean like,

19    with the caveat whether you know because I don't know if you

20    know what he had in his possession, but do you understand that

21    it was -- was legally child pornography?

22         A.    Well, -- yes.

23         Q.    As opposed to drawings or something like that, it

24    was actually kids?

25         A.    Yes, they said it would have been legal pornography.

Page 68

1      Q.   Okay.  Now I -- I do want to make sure that I

2    understand your testimony.  As we've been talking about, you

3    know, legal and illegal child pornography, I'm not an expert

4    in the laws of child pornography.  Do you have unusual or, you

5    know, expertise in the laws of child pornography?

6      A.   No.

7      Q.   Okay.  All right.  Now do you recall in the excerpt

8    that I believe Dean and Ethan were referring to Slick Jimmy as

9    one of Preston Poulter's "pals."  Do you recall that?

10     A.   I believe it was Ethan who had called him that, not

11   Dean.

12     Q.   Okay.  So Ethan said that Slick Jimmy was one of

13   Preston's pals?

14     A.   Yes.

15     Q.   Okay.  Now you testified that Slick Jimmy -- I think

16   you testified, so let me make sure.  Slick Jimmy was never

17   like a guest on Ethan's show -- let me strike -- was never a

18   guest on Preston's show, right?

19     A.   Not that I know of.

20     Q.   Okay.  I mean, Preston did a show about him but it

21   was after the arrest, right?

22     A.   Right.

23     Q.   Okay.  Now Slick Jimmy was on Ethan's show, right?

24     A.   Yes.

25     Q.   Twice?

Page 69

```
 1          A.   I don't know.
 2          Q.   Okay.  Do you know is -- is Slick Jimmy, like, is he
 3     in prison or -- do you know?
 4          A.   I have no idea.
 5          Q.   Okay.  Are you and Slick Jimmy friends?
 6          A.   No.
 7          Q.   Okay.  Ever been friends?
 8          A.   No.
 9          Q.   Okay.  All right.  Do you know a person named Dave
10     Sims?
11          A.   Yes.
12          Q.   Who is Dave Sims?
13          A.   Dave Sims is a comic book creator -- comic book
14     artist, creator, writer.
15          Q.   Okay.  Are you friends with Dave Sims?
16          A.   No.
17          Q.   Do you know whether or not Ethan Van Sciver is
18     friends with Dave Sims?
19          A.   I have no idea.
20          Q.   Have you ever heard anything about Dave Sims having
21     a relationship with a 14-year-old girl?
22          A.   Yes.
23          Q.   Okay.  What have you heard?
24          A.   Mr. Sims had met a young woman.  She was fourteen.
25     He continued being friends with her.  And then, when she was
```

Page 70

1    legal, they had a sexual relationship.

2         Q.    So he waited -- I mean, every state is different --

3         A.    I want to say, like, I think she was, twenty or

4    twenty-one when they hooked up.

5         Q.    And so he had, like, a six or seven -- at least a

6    six or seven year relationship with her?

7         A.    Yes, as far as I am aware.

8         Q.    Okay.  There is a name that I've seen, and I'm not

9    totally sure who this is.  I'm hoping you can help me out.  Big

10   Daddy.

11        A.    Uh-huh.

12        Q.    Do you know who that is?

13        A.    Yes.

14        Q.    Okay.  Who is that?

15        A.    He is a YouTuber.  That's his channel is Big Daddy.

16   He goes by Big Daddy.

17        Q.    Do you and he kind of appear on each other's shows?

18        A.    I have been on his stream in the past.

19        Q.    Okay, okay.  I wanted to ask you about Liam Grey.

20        A.    Okay.

21        Q.    I think you said that he is a comic book creator in

22   Australia?

23        A.    Yes.

24        Q.    Okay.  Is he still alive?

25        A.    Yes.

Page 71

1      Q.    Do you know whether or not he has attempted suicide?

2      A.    You'll have to clarify that question.

3      Q.    Do you -- do you know whether or not he has tried to

4  kill himself?

5      A.    He had suicidal ideation and was admitted to and

6  involuntarily committed for a very short period of time.

7  Late -- late last year.

8      Q.    Do you know the context surrounding that?

9      A.    Yes, I think.

10     Q.    Tell us that.

11     A.    He is easy -- Liam has been easy to pick on for

12 ComicsGate, and John Delarosa in particular would -- most of

13 his livestreams just became him mocking Liam.  And --

14     Q.    Who is John Delarosa?

15     A.    John Delarosa is another comic creator.  He is

16 located in California.  An indie comic creator.

17     Q.    Does he produce comics under the ComicsGate brand?

18     A.    John Delarosa published a comic book under Preston

19 Poulter's ComicsGate trademark.

20     Q.    Now, I'm glad that you drew that distinction because

21 let me ask this first, first and foremost.  Do you have any

22 training or education or background in trademark law?

23     A.    No.

24     Q.    Okay.  So when you say he published it under Preston

25 Poulter's trademark versus Ethan Van Sciver's, you're not

Page 72

```
 1    trying to draw any legal conclusions about who legally owns

 2    the trademark, are you?

 3         A.   No.

 4         Q.   Okay.  Now maybe you have your own opinion, and I'm

 5    not trying to discount that.  I'm just saying you're not like

 6    a trademark judge, right, making this decision?  Is that fair?

 7         A.   Right.

 8         Q.   Okay.  So are you saying that John Delarosa is --

 9    I'm sorry.  Let me back up.  Would it be fair to say that in

10    the ComicsGate universe there are sort of two camps, there's a

11    Poulter camp and Van Sciver camp, is that fair?

12         A.   No.

13         Q.   Okay.  Explain to me the ComicsGate universe.  Are

14    there sides, multiple sides?

15         A.   There are multiple lunch tables in the ComicsGate

16    ecosystem.

17         Q.   Okay.

18         A.   So there is no you are either Ethan or Poulter.  You

19    are either ComicsGate or you are not ComicsGate.

20         Q.   So help me understand why are Van Sciver and

21    Lamont -- sorry -- Van Sciver and Poulter fighting so hard

22    about this thing that it sounds like neither of them controls?

23         A.   You would have to ask them.

24         Q.   Would you agree with me that Van Sciver is a bully?

25         A.   Yes.
```

Page 73

1          Q.   Okay.  It sounds like he's bullied you as recently

2     as -- what? -- yesterday, day before?

3          A.   No.

4          Q.   March 11th?

5          A.   Ethan doesn't bully me.

6          Q.   Broke, miserable, sarcastic and cruel separated from

7     family and friends without a purpose in life and an atheist.

8          A.   Yeah.

9          Q.   Describing you?

10         A.   Right.

11         Q.   You quoted him -- maybe -- maybe this is -- maybe --

12    I just realized, I suggested he bullied you, maybe you gave it

13    back as good as you get, is that accurate?

14         A.   Yes.

15         Q.   Okay.  All right.  Now you and Dean, back when y'all

16    ran a show together, y'all made a lot of comments about John

17    Lamont and Preston Poulter, right?

18         A.   How are you defining a lot?

19         Q.   More than one.

20         A.   Certainly.

21         Q.   Okay.  You called -- you called Lamont pedophilic,

22    does that sound right?

23         A.   No.

24         Q.   You didn't call him pedophilic?

25         A.   I called the art from the Demonatrix pedophilic.

1        Q.    Okay.  Did you say that John Lamont should be

2    ostracized from society?

3        A.    I don't recall saying that.

4        Q.    Do you know if Dean said that?

5        A.    He may have.  I don't know.

6        Q.    Okay.  Did you ever suggest that John Lamont should

7    be shot for being a pedophile?

8        A.    No, I did not.

9        Q.    Okay.  But you know that Dean did, right?

10       A.    I don't believe that he did.

11       Q.    Okay.  But you agree with me that the videos are

12   what they are, right?

13       A.    Yes.

14       Q.    They're still up there.  People can still pull them

15   up and watching them if they want to today, right?

16       A.    Yes, nothing has changed.

17       Q.    And you don't have any plans to taken them down or

18   edit them or change them or anything, right?

19       A.    No.

20       Q.    Okay.  And -- and the video, as it is today, is the

21   same one that was originally published, hasn't been edited?

22       A.    Has not.  Nothing has been edited.

23       Q.    Okay.  Have you ever called Preston Poulter a

24   pedophile?

25       A.    No.

Page 75

1        Q.   Have you ever called him a child pornographer?

2        A.   No.

3        Q.   Do you consider the -- sorry.  Let me start here.

4   Do you consider somebody who draws Lolicon a child

5   pornographer?

6        A.   Legally, they are not a child pornographer.

7        Q.   Okay.  Do you consider them a pedophile?

8        A.   No.

9        Q.   Okay.  What about somebody who publishes Lolicon?

10       A.   Legally, they are not a child pornographer.

11       Q.   What about a pedophile?

12       A.   Legally, they are not a pedophile.

13       Q.   So if you ever said that, and I'm not saying you

14   did, the videos show what they show, but if you ever said

15   that, that was false, wasn't it?

16       A.   I'm sorry.  Can you rephrase that question?

17       Q.   Yeah.  If you ever said, "John Lamont draws Lolicon.

18   He is a pedophile and a child pornographer."  You agree with

19   me that that statement is false?

20       A.   I'm sorry.  You're going to have to -- you're going

21   to have to rephrase that one more time.

22       Q.   Sure.  If you ever said, "John Lamont is a

23   pedophile," you agree that that statement is false?

24       A.   It's still -- you're still giving me an if question

25   that -- I mean --

Page 76

1      Q.   So -- so --

2      A.   Go ahead.

3      Q.   My question for you.  A moment ago I asked if you

4   said that John Lamont is a pedophile, right?

5      A.   Right.

6      Q.   Yep.

7      A.   And -- go ahead.

8      Q.   And you and I agree that the videos show what they

9   show, the words come out of your mouth, the words come out of

10  Dean's mouth, that is what it is, right.

11     A.   Right.

12     Q.   Now if that video shows -- you know, I'll take the

13  "if" part out.  Would you agree with me that John Lamont is

14  not a pedophile?

15     A.   Yes, I would agree with that statement.

16     Q.   Would you agree with me that John Lamont is not a

17  child pornographer?

18     A.   Yes, I would agree with that statement.

19     Q.   Okay.  Same questions for Preston Poulter.  Preston

20  Poulter is not a pedophile?

21     A.   Correct.

22     Q.   Preston Poulter is not a child pornographer?

23     A.   Correct.

24     Q.   All right.  You and Preston, you said that you and

25  he worked together for a little bit on his channel and on his

Page 77

1    Discord, did I get that right?

2          A.    Yes.

3          Q.    Why don't y'all work together anymore?

4          A.    We had a falling out during the ComicsGate trademark

5    contest.

6          Q.    Tell me about that.

7          A.    Certainly.  There was three judges.  There was me,

8    Preston Poulter, and a gentleman by the name of Jonathan

9    Nolan, who went by the moniker zombienamacom.  During the

10   contest and the lead up up to it, it came to light that

11   Jonathan Nolan was a major con artist out of Australia.  It

12   was something to do with actually sending people to space.

13   Conned millions of dollars out of the Australian public.  And,

14   when Dean and I did a video about it, Preston got upset that

15   we didn't keep it in-house, and we went public.  And, other

16   than that, he had no -- he wasn't planning on doing anything

17   about Zombie.  He was going to continue to let him hang

18   around.

19         Q.    Okay.

20         A.    Which also led to a gentleman by the name of

21   MeckaMicCheese whose real name I do not know.  Who is working

22   with Zombie to take over the ComicsGate trademark Wiki, which

23   they successfully did and Preston had chosen to do nothing

24   about that as well.  And then continued to insist that I

25   continue to work with MeckaMicCheese as a mod in Preston's

Page 78

```
 1    Discord, and be on streams with him, and I refused.
 2         Q.   Okay.  I don't quite want to characterize it as a
 3    job necessarily, but it sounds like you quit rather than he
 4    fired you?
 5         A.   Yes, I quit.  My very last day in that Discord was
 6    when we did the judging for his contest.
 7         Q.   Okay.
 8         A.   As soon as the judging was over, I left his Discord.
 9         Q.   Okay.  Now where did you get the information --
10    excuse me -- that Jonathan Nolan was a con man?
11         A.   Originally, we had seen it on one of Ethan Van
12    Sciver's streams.
13         Q.   Okay.  Did you ask Jonathan Nolan about that?
14         A.   No.
15         Q.   Did you do any independent investigation about that?
16         A.   Yes.
17         Q.   Okay.
18         A.   We did a stream about it.
19         Q.   Go ahead.  You anticipated where I was going.
20         A.   Yes, we actually did a livestream about it.  I want
21    to say it was the Row, Row, Row Your Boat livestream where we
22    discussed it.  We went and dug up forum posts, and the
23    Australian Broadcasting Corporation had done a Dateline
24    program on the con, and it was him, so --
25         Q.   Okay.
```

Page 79

1         A.    Space something.  I can't remember what the program

2    was.

3         Q.    Okay.  Now he -- is he in prison or anything?

4         A.    No.

5         Q.    Okay.  I don't want to put words in your mouth, but

6    the way you said that it sounds like you think maybe he should

7    be?

8         A.    Yeah, I probably -- if I was in charge, I probably

9    would have put him in prison for milking people out of

10   millions of dollars for Space Walker is what it was called.

11        Q.    Got it.  Just -- give me just a minute.  I'm looking

12   over my notes to make sure that I've asked you everything I

13   want to.  We don't need to go off the record, I just need a

14   couple of minutes.  Okay.  I have just a few -- a few sort of

15   big questions.  So you live in Wallace, North Carolina, is

16   that right?

17        A.    Yes.

18        Q.    Okay.  Now you have filed some things with the

19   Federal Court in Dallas.  The address you've put on there,

20   that's a good address for you to get stuff to you?

21        A.    Yes.

22        Q.    Okay.  What do you do for a living?

23        A.    I am a full-time volunteer at a 501C-3 called The

24   Sanctuary Project in Wallace.

25        Q.    So you said you're a full-time volunteer?

Page 80

1      A.   Uh-huh.  Yeah.

2      Q.   That means they don't pay you?

3      A.   Correct.

4      Q.   How do you pay your rent?

5      A.   I do not pay any rent because I volunteer full-time.

6      Q.   Okay.  How do you -- how do you eat?  How do you pay

7  for things?

8      A.   I take little side jobs.  Occasionally, I'll do some

9  waitressing at the Pizza Corner.  People -- pretty much,

10  that's pretty much it.  I dog sit.  I dog walk.

11      Q.   Do you make any money from your YouTube channel?

12      A.   No.

13      Q.   And I don't necessarily mean profit, I mean does

14  anything come in?

15      A.   No, my channel is not monetized.  It's not big

16  enough to qualify for monetization.

17      Q.   Do you have a long term goal of getting it

18  monetized?

19      A.   No.

20      Q.   I think you said you're not -- you're not in the

21  comic making business, right?

22      A.   Correct.

23      Q.   Okay.  Just somebody that likes comics a lot,

24  occasionally do judging, that sort of thing?

25      A.   Yes.

Page 81

1        Q.    Okay.

2        A.    Though I don't see the judging thing happening

3    again.

4        Q.    Is that because you don't like Preston Poulter

5    anymore?

6        A.    No.

7        Q.    Okay.  Just not something you're interested in

8    anymore?

9        A.    I don't see that happening again, just the

10   circumstances or somebody asking me to.

11       Q.    Understood.  Okay.  There -- there was mention

12   earlier, and I don't know if it got clear on the record,

13   somebody named Auby, do you recall?

14       A.    Yes.

15       Q.    Okay.  Now, I understand that to be Preston

16   Poulter's ex-wife, is that your understanding?

17       A.    Yes.

18       Q.    Okay.  Do you and she have any kind of relationship?

19   Do y'all know each other?

20       A.    We say hello in chats.  We've been in a -- we've

21   DM'd a little bit.

22       Q.    Have you DM'd about Preston?

23       A.    Yes.

24       Q.    What about?

25       A.    It's been a long time since I've spoken to her.

Page 82

```
 1    Mainly that she wished us well, but wasn't going to be getting

 2    involved because she didn't want to have to deal with the

 3    fallout from Mr. Poulter.

 4         Q.   You say she wished y'all well.

 5         A.   Uh-huh.

 6         Q.   Who is -- when you said us?  Who is us?

 7         A.   Dean and I.

 8         Q.   Okay.  And she said she wouldn't get involved,

 9    wouldn't get involved in what?

10         A.   With the lawsuit in any way, shape, or form.

11         Q.   Okay.  So that was -- that's been since Preston

12    filed his lawsuit in Dallas?

13         A.   Yes.  Yeah, I don't think I've spoken to her in well

14    over nine months.

15         Q.   Were you trying to get her help in that lawsuit?

16         A.   No.

17         Q.   So just help me understand the context.  Did she

18    DM'd you out of the blue and said, hey, I'm not getting

19    involved?

20         A.   No, I believe I had initiated contact with her.  I

21    had a question about something she had said on a livestream,

22    and I found that I liked her.  We just traded DMs for a while

23    talking about nonsense and ComicsGate.

24         Q.   Okay.  And -- I mean, that explains why y'all were

25    able to DM each other.  Why did she DM you to say she wouldn't
```

Page 83

1  get involved?

2      A.   It was just a general when we were first chatting.

3  It wasn't like a -- it was just part of the conversation that

4  we were having.

5      Q.   Gotcha.  Do you know whether or not Ethan Van Sciver

6  has approached her?

7      A.   I have no idea.

8      Q.   Okay.  All right.  The last question I'm going to

9  ask you, I don't want you to take it the wrong way, it's just,

10  it's one of those check box questions that lawyers have to

11  ask.  Have you ever been arrested or convicted of any felonies

12  or misdemeanors?

13      A.   No.

14      Q.   Okay.  All right.  Now we've only been talking --

15  you and I have only been talking for maybe 45 minutes, but did

16  you understand everything I asked you or you asked me to

17  clarify if you didn't?

18      A.   Yes.

19      Q.   Okay.  And is there anything that you -- you want to

20  add or correct about anything that you said?

21      A.   No.

22      Q.   That's all I have.  I will pass the witness.

23          ON EXAMINATION CONDUCTED BY MR. SCOTT HOUTTEMAN:

24      Q.   Okay.  I just want to clarify one line of

25  questioning.  When you use the term child pornography in the

Page 84

```
 1    context of an image, are you using child pornography in an

 2    ordinary sense, or are you using it as hyperbole?

 3              MR. KAROUNOS:  Objection to form.  You may answer.

 4         A.   I'm not sure --

 5         Q.   Well, let me rephrase it.  So you had said that you

 6    understand that there is no way that an image that does not

 7    depict a real person is legal child pornography, correct?

 8         A.   Correct.

 9         Q.   Why then do you use the word child pornography

10    when -- if you use the phrase child pornography in the context

11    of an image, would that mean that you really think that that

12    image is child pornography?

13              MR. KAROUNOS:  Objection to form.  You may answer.

14         A.   You mean animated?

15         Q.   Yeah, when I say image I should be more specific,

16    so.

17         A.   An illustration versus a photograph?

18         Q.   Yeah.  So if you are referring to an illustration

19    and in that context you use the word child pornography, is

20    that because you suddenly don't understand what the legal

21    definition of child pornography is?

22         A.   In -- in my opinion, Lolicon is nothing but

23    legalized child pornography because it is an illustration.  So

24    that's the shortcut.  It's not that it's legal child porn, but

25    it is most definitely child porn.
```

Page 85

```
 1          Q.    Okay, I think that's clear enough.

 2          A.    If that makes sense.

 3          Q.    Yeah.

 4                MR. HOUTTEMAN  :  No further questions.  All right.

 5          I

 6   think that ends it for the rest of us, unless you guys have a

 7   follow-up on that?  No?

 8                MR. KAROUNOS:  I have nothing.

 9                MR. MASTEN:  Sorry, Madame Court Reporter.  We have

10   nothing else.

11                MR. HOUTTEMAN  :  All right, then, I guess that

12   brings the deposition to a close.  And we will talk to you

13   next time.

14                MR. KAROUNOS:  Yeah, just for the record, just Mr.

15   Masten stated earlier I do reserve the right to recall this

16   witness if necessary as discovery proceeds, obviously, for

17   issues that were not covered already today, should that be

18   required.

19                MR. HOUTTEMAN  :  Anything else?

20                MR. KAROUNOS:  Oh, not for me.  And, Madame Court

21   Reporter, that was Chris Karounos.

22                COURT REPORTER:  Yes, sir.

23                MR. HOUTTEMAN  :  All right.  If there are no

24   objections I'm going to end the Zoom.

25                MR. KAROUNOS:  None for me.  Jeremy?
```

Page 86

1          MR. MASTEN:  None for me.

2          MR. KAROUNOS:  Okay.

3

4     * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

5               DEPOSITION CONCLUDED AT 12:41 P.M.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 87

1    STATE OF NORTH CAROLINA          )

2                                     )     C-E-R-T-I-F-I-C-A-T-I-O-N

3    COUNTY OF PITT                   )

4

5

              I, AIMEE C. RIGSBY, A COURT REPORTER AND NOTARY
6    PUBLIC IN AND FOR THE AFORESAID COUNTY AND STATE, DO
     HEREBY CERTIFY THAT THE FOREGOING PAGES ARE AN ACCURATE
7    TRANSCRIPT OF THE DEPOSITION OF VICTORIA CAMILLE KUNDERT,
     WHICH WAS TAKEN BY ME, AND TRANSCRIBED BY ME.

8

              I FURTHER CERTIFY THAT THE DEPONENT WAS FIRST DULY
9    AFFIRMED BY ME, AND THAT THE DEPONENT AND PARTIES DID NOT
     WAIVE THE SIGNING OF THE DEPOSITION BY THE DEPONENT.

10

              I FURTHER CERTIFY THAT I AM NOT FINANCIALLY
11   INTERESTED IN THE OUTCOME OF THIS ACTION, A RELATIVE,
     EMPLOYEE, ATTORNEY OR COUNSEL OF ANY OF THE PARTIES, NOR
12   A RELATIVE OR EMPLOYEE OF SUCH ATTORNEY OR COUNSEL.

13            THIS, THE 14TH DAY OF MARCH, 2023.

14            MY NOTARY PUBLIC NUMBER IS 200525000114.

15

16

17

18

19                    /s/ Aimee C. Rigsby

20                    _____

21                       AIMEE C. RIGSBY

22

23

24

25

Page 88

1   Victoria Kundert

2   vikkiverse@gmail.com

3                       April 18, 2023

4   RE:    Lamont, John T. Et Al v. Van Sciver, Ethan Et Al

5         3/14/2023, Victoria Kundert (#5806586)

6         The above-referenced transcript is available for

7   review.

8         Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  cs-midatlantic@veritext.com

16

17   Return completed errata within 30 days from

18  receipt of testimony.

19    If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

Page 89

1    Lamont, John T. Et Al v. Van Sciver, Ethan Et Al

2    Victoria Kundert (#5806586)

3              E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24       Victoria Kundert              Date

25

Page 90

1    Lamont, John T. Et Al v. Van Sciver, Ethan Et Al

2    Vikkiverse (#5806586)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Victoria Kundert, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____     _____

12   Victoria Kundert                            Date

13   *If notary is required

14                     SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                     _____ DAY OF _____, 20____.

16

17

18                     _____

19                     NOTARY PUBLIC

20

21

22

23

24

25

| & |
|---|
| **&** 1:18 |

| 0 |
|---|
| **000689-22** 1:2 |
| **04** 12:18 |
| **05** 10:15 |
| **06** 10:5 12:18 |
| **07407** 1:16 |

| 1 |
|---|
| **1** 3:5 4:3 5:6 |
| **1-10** 1:7 |
| **10:08** 3:7 |
| **10:11** 6:23 |
| **10:13** 6:23 |
| **10:43** 7:9 |
| **112** 1:11 3:8 |
| **11:22** 52:15 |
| **11:46** 52:15 |
| **11th** 73:4 |
| **12** 53:25 |
| **12017** 2:2 |
| **12:41** 86:5 |
| **12:59** 30:1,5 |
| **14** 1:11 69:21 |
| **14:08** 30:2 |
| **14th** 3:6 87:13 |
| **16:18** 30:2 |
| 34:23 |
| **17** 1:15 |
| **17:09** 30:2 |
| **18** 88:3 |
| **1:5** 7:12 |
| **1st** 14:13 |

| 2 |
|---|
| **2** 3:11 |
| **2,793** 29:24 |
| **20** 65:15 90:15 |
| **200** 1:18 |
| **200525000114** 87:14 |
| **2017** 42:17 |
| **2017/2018** 44:15 |
| **2018** 42:18 43:17 |
| **2020** 10:6,14 12:18,23 42:8 |
| **2020-04** 10:5 |
| **2020-07-09** 10:14 |
| **2021** 10:18,20 13:9,21 21:3 21:14 22:1 23:13 24:9,10 26:6 29:14 37:5 46:15 |
| **2021-03** 10:15 |
| **2023** 1:11 3:7 87:13 88:3 |
| **22033** 2:2 |
| **22:42** 30:3 |
| **24th** 9:23 |
| **25th** 9:24 13:13 13:21 14:7 20:5 21:3,14 22:1 23:13 24:9 29:9,14 46:15 52:19 |

| 26 43:25 |
|---|
| **2nd** 1:11 3:8 44:1 |

| 3 |
|---|
| **3** 79:23 |
| **3/14/2023** 88:5 |
| **30** 88:17 |
| **30:12** 30:3 40:5 |
| **32:11** 30:3 |
| **32:57** 30:4 42:11 |
| **3401** 1:18 |
| **35:49** 30:4 |
| **3d** 26:16 51:3,3 51:5 |
| **3rd** 7:9 |

| 4 |
|---|
| **45** 83:15 |
| **46:25** 30:4 46:19 |
| **46:33** 30:4 |
| **4th** 26:6 |

| 5 |
|---|
| **5** 3:15 4:3 |
| **501c** 79:23 |
| **53** 3:15,16 |
| **55** 12:6,6 14:4 18:5 |
| **5806586** 88:5 89:2 90:2 |

| 7 |
|---|
| **77019** 1:19 |

| 8 |
|---|
| **83** 3:16,17 |
| **86** 3:17 |

| 9 |
|---|
| **90** 14:10,11,20 16:21 |

| a |
|---|
| **a.m.** 3:7 6:23 6:23 52:15,15 |
| **abide** 35:2 |
| **able** 6:8,14 11:23 16:15 33:1 82:25 |
| **above** 88:6 90:7 |
| **absolutely** 11:23 35:11 |
| **accommodati...** 7:16 |
| **accommodati...** 7:11 |
| **account** 49:20 |
| **accuracy** 88:9 |
| **accurate** 58:1 73:13 87:6 |
| **accusations** 42:23 |
| **accuse** 31:15 |
| **acknowledge...** 90:3 |
| **acknowledg...** 88:12 |
| **action** 3:3 42:1 42:4 87:11 |

**actual**  9:20
22:11 27:15
28:10 43:6
45:17,17 47:8
**actually**  10:4
15:16 17:12,20
29:23 30:8
41:18 43:10
61:8 67:13,24
77:12 78:20
**adam**  31:14,15
31:17,18
**adams**  67:7
**add**  83:20
**added**  38:4
**additions**  90:6
**address**  79:19
79:20
**addressing**
8:14
**admits**  39:8
**admitted**  71:5
**affirmed**  5:2
87:9
**aforesaid**  87:6
**age**  17:2,14
18:11
**ago**  56:13
62:25 65:9,15
67:3 76:3
**agree**  56:21
61:17 72:24
74:11 75:18,23
76:8,13,15,16
76:18

**agreed**  3:2
**ahead**  10:1
16:6 29:2,3
30:7 32:10
42:11 61:8,9
61:10 76:2,7
78:19
**aimee**  2:6 3:9
87:5,19,21
**al**  88:4,4 89:1,1
90:1,1
**alive**  70:24
**allen**  1:18
**allotted**  88:20
**allow**  8:7 46:24
53:18
**allowed**  8:21
32:1
**alter**  55:8
**amateur**  22:5
22:16
**amount**  42:24
**analytics**  9:18
9:22,24,24
14:25 15:1
18:8 54:21
**animated**  84:14
**anime**  27:14
61:21
**anne**  39:9
**answer**  20:1,7
21:22 22:4,12
22:19 23:8
26:14 38:1
45:23 51:10,18

58:13 84:3,13
**anticipated**
78:19
**anybody**  32:1
42:22 43:20
57:5,11,14,16
59:20 60:12
63:8
**anybody's**
42:21
**anymore**  17:17
42:17 44:15
49:9 77:3 81:5
81:8
**anyway**  40:9
42:14
**apologize**  12:1
61:10
**apology**  21:21
**appear**  57:12
70:17
**appearance**
47:20
**appearances**
1:13 6:25
**appeared**  28:4
43:16
**appears**  5:21
**appended**  90:7
**applicable**  88:8
**applied**  32:25
**appointed**
52:25
**appreciate**  54:3

**appreciation**
57:24
**approached**
83:6
**approximate**
24:21
**april**  9:23 10:6
13:13,21 20:5
21:3,14 22:1
23:13 24:9
29:9,14 37:5
46:15 52:19
88:3
**arbitrary**  13:20
**argument**  30:7
34:24 66:21
**arrest**  68:21
**arrested**  46:1
46:10 83:11
**arrow**  55:17
**art**  26:16 27:15
51:8,8 73:25
**article**  32:20,21
**artist**  40:7
50:22,24 51:4
69:14 77:11
**asked**  11:15
31:16 56:14
58:12 65:9
76:3 79:12
83:16,16
**asking**  8:8,9,10
8:18 22:16
32:2 43:23
53:23 81:10

**aspirations**
    62:19
**assaf**   23:4 25:3
    32:13 39:16
    40:10,12 43:2
    43:10,20 44:10
    66:1,18
**assume**   34:8,18
**assumed**   58:21
**atheist**   73:7
**attached**   39:24
    88:11
**attempted**   71:1
**attendance**   7:3
**attention**   23:14
**attitudinal**
    42:21
**attorney**   5:5
    7:22 8:4,23
    41:5 58:15,17
    58:17,22 87:11
    87:12 88:13
**attorneys**   31:24
    41:13 58:22
**auby**   39:8,9
    81:13
**audience**   15:15
    15:19 19:17,20
    19:23 20:6
    21:18 22:9
    34:2,7,11
    47:16,22 50:3
    50:5,10,14
    51:6,17 56:14
    56:16,19

**australia**   31:4
    70:22 77:11
**australian**
    77:13 78:23
**authenticating**
    12:4
**available**   15:4
    25:1 88:6
**avenue**   1:15
**aware**   23:16,24
    31:21 32:19
    57:19 67:15
    70:7
**awful**   44:12

**b**

**back**   6:24 14:4
    14:23 18:23
    27:20 29:12
    32:6 35:19
    39:4 42:5
    52:18 59:4,12
    64:2,7 72:9
    73:13,15
**background**
    28:9 71:22
**badgered**   43:25
**banner**   35:5
    60:19 61:3
**baseball**   42:19
**based**   21:9,12
    50:3
**basically**   43:17
    47:24 54:21
    58:22

**began**   30:11
**beginning**   3:7
    12:23 13:18
    21:7 45:24
    48:18
**begins**   7:5,8
    30:5
**behalf**   25:5
**believe**   7:24 8:8
    18:6 22:17
    24:4 26:7 27:3
    32:5 37:15
    49:10 50:6
    54:7 56:1,14
    60:17 63:4
    66:3 67:8 68:8
    68:10 74:10
    82:20
**belongs**   35:12
**best**   20:25
    21:10 24:20
    26:17 58:18
    59:3,4
**better**   48:4
    51:22
**big**   32:14 64:23
    70:9,15,16
    79:15 80:15
**bigdaddy**   49:12
**bit**   6:7,15 21:10
    36:7 58:14
    76:25 81:21
**bits**   26:1
**bleeding**   32:19
    32:21

**blue**   82:18
**boat**   78:21
**book**   23:9,11
    23:22 47:8
    50:19,22,24
    60:13,21 61:12
    62:12 69:13,13
    70:21 71:18
**books**   22:15
    32:25 33:2,3
**bother**   41:13
**bottom**   26:4
**box**   83:10
**brand**   71:17
**break**   6:22 52:7
    52:11,14 65:15
**breakdown**
    14:9
**brief**   22:16
**briefly**   10:2
    14:23 30:9
**bring**   43:11
**bringing**   9:1
**brings**   85:12
**broadcasting**
    78:23
**broke**   46:1
    57:25 73:6
**brought**   50:7
**browser**   29:20
    29:20
**buck**   49:5
**building**   39:23
    55:1

[bulk - circumstances]                                    Page 4

**bulk** 19:23
**bullied** 73:1,12
**bullshit** 43:8
**bully** 72:24
  73:5
**bunch** 54:13
**bur** 1:2
**burlington** 1:2
**business** 80:21
**busy** 44:3
**button** 55:16

**c**

**c** 2:6 3:9 27:9
  45:8,10,12
  87:2,2,5,19,21
**california**
  71:16
**call** 33:2 73:24
**called** 14:10,11
  27:3 34:1 35:9
  46:5 51:2 56:7
  57:25 68:10
  73:21,21,25
  74:23 75:1
  79:10,23
**camera** 64:18
**camille** 1:6 3:6
  5:1,16 87:7
**camp** 72:11,11
**campaign**
  27:20,23
**camps** 72:10
**candid** 8:12
**can't** 11:25
  31:15 32:20

**39:17 79:1**
**cap** 42:19
**car** 11:21
**card** 29:13
  32:20
**care** 40:20
  59:20
**career** 22:16,16
**carolina** 1:12
  3:9 63:14,16
  79:15 87:1
**case** 59:8,17,24
**cause** 40:23
**caveat** 67:19
**cease** 25:8,9
  26:3,7 37:12
**certain** 35:20
  53:8
**certainly** 8:13
  73:20 77:7
**certification**
  33:1
**certified** 33:4
  35:25
**certify** 33:1
  87:6,8,10
**chamberlain**
  1:15
**chance** 19:4
  28:19
**change** 74:18
  89:4,7,10,13,16
  89:19
**changed** 74:16

**changes** 88:10
  90:6
**channel** 5:18
  5:19,20,20,22
  9:25 12:23
  13:12 18:13,23
  18:24 19:9,14
  20:11,15,18,21
  22:21 23:5
  24:16,18 25:15
  25:18 29:14
  33:10,12 37:10
  40:15 46:5
  49:11,17 54:9
  54:21 66:4,5,6
  70:15 76:25
  80:11,15
**channels** 24:13
**character**
  26:20,24 45:7
**characterize**
  78:2
**charge** 79:8
**charged** 67:13
  67:15
**chat** 9:18,21
  14:9 17:19
  31:11 39:18
  47:17 48:1,3,7
  49:21,22,25
  51:13 53:10
  59:10
**chats** 9:20 10:7
  10:19 12:15,24
  13:1,5,12,14

**48:1,16,25**
  49:1,2,16
  81:20
**chatting** 56:18
  83:2
**check** 83:10
**cheech** 49:5
**child** 19:10,18
  27:1 35:5
  36:15,16,23
  37:23 38:6,10
  42:25 43:7
  45:17 46:1,24
  47:3 50:4,12
  50:15 60:6,19
  61:3,12,14,25
  62:2,5,7 67:16
  67:17,21 68:3
  68:4,5 75:1,4,6
  75:10,18 76:17
  76:22 83:25
  84:1,7,9,10,12
  84:19,21,23,24
  84:25
**chosen** 77:23
**chris** 6:6 85:21
**christ** 39:14
**christmas**
  43:24
**christopher**
  1:14 7:4
**cicack** 1:18
**circumstances**
  81:10

**cities**  15:24
16:21,24 17:10
18:9
**claim**  41:20,20
**claimed**  45:10
**claiming**  42:14
**clarify**  71:2
83:17,24
**clarity**  54:24
**clear**  7:7 12:25
44:15 55:13,22
81:12 85:1
**client**  8:6
**close**  21:10
85:12
**closer**  6:11,15
6:18
**clown**  41:12
**coffee**  33:7
63:13,17
**coin**  10:8
**column**  48:6
**come**  33:15
35:7 48:9
49:21 76:9,9
80:14
**comes**  38:25
**comic**  19:2
21:25 22:15
23:9,11,14,17
23:20,22 24:6
24:16 27:18,21
31:3,18 32:25
33:2 36:19
39:15 40:1

43:18 47:8
50:19,22,24
60:12,21 61:12
62:12 69:13,13
70:21 71:15,16
71:18 80:21
**comicartistpr...**
49:23
**comics**  32:23
33:12,13 35:10
35:10 40:24
44:13 71:17
80:23
**comicsgate**
18:25 19:1,2
19:24 30:5,15
31:18 32:18,24
33:2,4,15,19
34:1,5,7,9,11
34:15,19 35:1
35:4,5,9,25
36:1,14 37:6
39:14 40:17,21
40:21 41:7,8
41:21 42:5,15
42:16,18,19
43:1,13 44:17
44:21,22,25
45:4,12,24,25
46:2,3,6,12
48:21 49:4,7
49:11,13,13,16
52:23,24 60:19
61:3 71:12,17
71:19 72:10,13

72:15,19,19
77:4,22 82:23
**comment**  27:23
56:22
**commenting**
56:19
**comments**  28:1
47:7,19 49:2
50:18,21 60:18
73:16
**commerce**
40:17 41:7
**committed**  71:6
**common**  32:23
41:7
**community**
19:2 37:6
**compare**  29:4
**complaints**
53:5
**complete**  47:3
90:8
**completed**
88:17
**computer**  9:12
51:8,14
**con**  77:11
78:10,24
**concern**  59:18
**concerned**  41:4
**concluded**  86:5
**conclusions**
72:1
**conducted**  5:3
9:3 12:12

52:16 53:21
83:23
**confer**  7:25
**confirm**  11:21
**confused**  61:5
61:11
**connect**  46:11
**conned**  77:13
**connery**  48:19
**consent**  3:5
**consider**  61:11
61:13,16 66:19
75:3,4,7
**constable**  57:10
**constraints**
7:20
**contact**  50:10
82:20
**contacted**
58:15
**contain**  10:3
13:5
**contained**
30:10 65:7
**contains**  29:24
**content**  15:25
16:22,23 17:10
18:9,10 19:9
19:14
**contents**  54:20
**contest**  52:24
52:24,25 77:5
77:10 78:6
**context**  22:24
47:3,7 71:8

[context - day]                                                Page 6

82:17 84:1,10
84:19
**continue**  11:24
29:22 41:1
42:19 77:17,25
**continued**  9:3
12:12 52:16
69:25 77:24
**controls**  72:22
**convenient**
7:14
**conventions**
65:18
**conversation**
59:19,22 60:5
65:14 83:3
**conversations**
57:22 64:11
65:10,11
**convicted**
67:14 83:11
**cool**  32:20,21
35:11
**cooperation**
57:25
**copies**  88:14
**copy**  29:3
55:19
**copyright**
39:11
**copyrights**
39:11 40:11
**cord**  64:18
**corner**  80:9

**corp**  1:7
**corporation**
32:23 78:23
**correct**  9:15
10:20 13:22
18:15 23:14
25:1 28:7,8,17
30:11 31:7
34:5,9,12,16,19
35:22 36:9,17
36:20 37:2,19
38:14,17 39:18
40:1 45:5,18
57:3,4,6 76:21
76:23 80:3,22
83:20 84:7,8
90:8
**corrections**
90:6
**correctly**  31:6
**corresponden...**
25:4,4,7
**cosplay**  65:18
65:21
**cosplayer**
65:19,22
**counsel**  1:13
3:3 6:25 7:4,4
7:6 11:2 31:20
87:11,12 88:14
**counsel's**  11:22
**counted**  17:15
**countries**  16:25
**country**  16:9
17:12 18:9

**county**  1:2,11
3:7,10 64:17
87:3,6
**couple**  13:23
44:14 79:14
**course**  11:13
21:10
**court**  1:1,1 2:6
3:9 6:8,22 7:2
7:9 8:20 29:1
38:21 52:14
64:17 65:13,22
79:19 85:9,20
85:22 87:5
**courthouse**
1:11 3:8
**cover**  12:14,15
19:7,12 36:2,5
36:6 47:8
60:20
**covered**  7:20
18:5 85:17
**covers**  28:2
**created**  36:1
44:24 54:17,18
**creates**  22:15
**creating**  50:25
**creative**  35:9
**creator**  21:25
31:3,18 49:5,6
50:19 62:12
69:13,14 70:21
71:15,16
**creators**  19:3
44:22,24

**crime**  19:7,10
**cross**  7:22 8:4
52:12
**cruel**  58:1 73:6
**cs**  88:15
**curvy**  55:17
**customary**  8:4
**customers**
35:10
**cut**  36:12 38:21

**d**

**d**  1:4 51:3
**da**  5:21
**daddy**  70:10,15
70:16
**dallas**  79:19
82:12
**dashboard**
54:20
**datalks**  24:19
24:24 30:6
**date**  10:5 16:23
18:9 24:21,23
26:5 29:7
89:24 90:12
**dated**  14:2
**dateline**  78:23
**dates**  13:25
14:1 16:7,7
17:11,11
**dave**  69:9,12,13
69:15,18,20
**day**  3:6 7:10
14:20 43:25
73:2 78:5

87:13 90:15
**days** 14:10,11
  16:21 57:22
  88:17
**daz** 51:3
**dba** 32:22
**deal** 82:2
**dean** 23:2,3,4
  24:17 25:3,24
  58:9 66:1 68:8
  68:11 73:15
  74:4,9 77:14
  82:7
**dean's** 49:10
  49:10 76:10
**december**
  43:25
**decide** 52:10
**decided** 39:14
  40:18
**decision** 72:6
**declare** 90:4
**declined** 58:10
**ded** 9:18,22
  14:6 48:1
**deem** 33:3
**deemed** 7:10
  90:6
**defendant** 2:1
  34:23 40:5
**defendants** 1:9
**defense** 58:10
**define** 27:12
  61:21

**defining** 73:18
**definitely** 84:25
**definition**
  84:21
**delarosa** 71:12
  71:14,15,18
  72:8
**delete** 53:19
**demon** 26:21
**demonatrix**
  23:12,14,17,20
  24:6,15 26:10
  27:18,21 36:2
  36:19,23 37:2
  37:6,19,24
  38:2,4 39:6,15
  40:1 50:5,7
  51:2,5 60:12
  60:21 61:12,13
  73:25
**demonstrable**
  40:16
**demonstrate**
  41:10
**departed** 35:21
**depict** 84:7
**depicted** 28:3
**depicting** 61:21
**deponent** 87:8
  87:9,9 88:13
  90:3
**deposes** 5:2
**deposing** 88:13
**deposition** 3:5
  4:3 5:10,12,17

7:5,8,12,13,17
7:18 8:15 9:6
21:7 54:8
61:20 63:25
64:10 85:12
86:5 87:7,9
**derived** 27:13
**describe** 14:4
  14:23 15:23
  17:8 35:24
  50:25
**describing** 27:2
  73:9
**description**
  16:14 32:21
**designate** 7:21
**designated** 6:2
  6:2
**designation**
  10:6
**desist** 25:8,9
  26:3,7 37:12
**detail** 9:10 12:3
  14:18 30:16
**details** 25:22
**determine**
  13:25
**deviantart**
  23:23
**didn't** 26:7
  29:25 41:13
  45:25 51:20
  55:24 59:20
  60:5 73:24
  77:15 82:2

83:17
**difference**
  25:12
**different** 10:24
  10:25 12:19
  13:15 44:7
  70:2
**disagreement**
  66:11,12
**discord** 23:24
  24:1,3,5 37:11
  53:12,13,15,18
  77:1 78:1,5,8
**discount** 72:5
**discovery** 12:9
  85:16
**discuss** 18:24
  24:12,15 30:9
  34:9,19 59:17
**discussed** 20:10
  20:14,17,21
  21:2,13,16
  22:21 37:10
  66:14 78:22
**discusses** 34:15
  39:5
**discussing** 12:3
  37:2,11 38:9
  59:8
**discussion**
  22:24 30:4,12
  31:13 34:5
  40:6 67:10
**dispute** 30:5

| | | e | encountered |
|---|---|---|---|

**distasteful**
61:17
**distinction**
61:24 62:8
71:20
**disturbing**
26:18,19
**division**  1:1
**dm**  82:25,25
**dms**  82:22
**dm'd**  81:21,22
82:18
**dnd**  38:25
**docket**  1:2
**doctor**  31:21
**documents**
11:4 54:13
**doesn't**  38:22
40:25 41:9
73:5
**dog**  80:10,10
**doing**  17:8
26:21 40:23,23
53:22 77:16
**dollars**  77:13
79:10
**dongs**  49:14,15
**don't**  6:12 9:9
10:9 11:3 12:6
21:12 29:6
30:16 37:8,23
40:20 41:8
42:20,21,25
53:23,24 56:22
59:13,14 67:19

69:1 74:3,5,10
74:17 77:3
78:2 79:5,13
80:2,13 81:2,4
81:9,12 82:13
83:9 84:20
**door**  43:17
**doubt**  26:23,25
28:6 36:22
37:22 38:17,19
41:24 42:1,3
50:4
**download**  14:9
14:25 17:19
54:22
**downloaded**
11:21 55:3
56:2
**downloads**
9:18,20,21
**draw**  72:1
**drawing**  62:8,9
**drawings**  67:23
**draws**  75:4,17
**drew**  71:20
**due**  7:20
**dug**  78:22
**duly**  5:1 87:8
**duplin**  1:11,11
3:7,8 64:17
**duties**  53:14
**dvd**  63:22,24
64:1,3

**e**

**e**  1:4 30:23 87:2
89:3,3,3
**earlier**  46:4
54:14 60:16
61:11 67:4,10
81:12 85:15
**earliest**  12:22
**early**  24:10
42:6 44:21
**easy**  71:11,11
**eat**  80:6
**ecosystem**
49:13 72:16
**edit**  60:24
74:18
**edited**  33:7
74:21,22
**education**
71:22
**effect**  45:22
**eight**  14:20
28:11 29:15
**eighth**  63:3
**either**  8:1 11:23
12:9 24:13
29:3 72:18,19
**elaborate**  19:4
**elmwood**  1:16
**email**  11:4
**embarrassing**
22:3
**embraced**  46:2
**employee**  87:11
87:12

**encountered**
23:20
**ended**  44:6
**ends**  85:6
**enjoy**  27:16
**enter**  6:25
**enterprise**  22:2
**entire**  18:13
**entities**  1:7
**entitled**  16:19
**errata**  88:11,13
88:17
**especially**  43:5
**essentially**  20:5
**estimate**  21:9
21:12
**et**  88:4,4 89:1,1
90:1,1
**ethan**  1:6 5:5
10:8 20:4,6
31:6 34:24
35:15,21 36:11
37:15,19,22
38:9,13,15
39:13 40:6
42:14,15 44:2
44:15,23,25
45:5,7 47:4
49:23,25 50:4
51:17,20,22
57:18 58:18
68:8,10,12
69:17 71:25
72:18 73:5
78:11 83:5

Plaintiffs' Appendix 141

[ethan - folder]                                    Page 9

88:4 89:1 90:1
**ethan's** 39:18
  68:17,23
**everybody** 29:7
  35:12 41:1
  56:15
**everybody's**
  7:3
**ex** 39:9 81:16
**exact** 20:20,22
  24:23
**exactly** 14:1
**examination**
  3:14 5:3 9:3
  12:12 52:12,16
  53:21 83:23
**examinations**
  7:22
**examine** 8:4
**example** 15:5
**excel** 18:14,16
  54:13,16,23
  55:4
**excerpt** 28:22
  28:22,23 30:6
  32:8,9,11 33:9
  34:23,25 35:14
  35:15,18 36:13
  38:24 39:2,5,7
  40:4,5,8 41:23
  42:9,10,11,12
  46:17,19,21
  60:17 68:7
**excerpted**
  33:21

**excerpts** 28:16
  30:1 48:2 67:9
**excuse** 78:10
**exercise** 35:7
**exhibit** 4:1,3
  5:5,6,7 54:8
**expect** 53:24
**expecting** 7:19
**expert** 68:3
**expertise** 68:5
**explain** 44:20
  53:8 72:13
**explains** 82:24
**expound** 58:13
**expressed**
  19:17,20 50:11
**expressly** 3:2
**extension** 64:18

**f**

**f** 87:2
**fact** 8:12 30:9
  33:25 37:18
  57:24
**fails** 88:19
**fair** 8:22 19:23
  20:4 21:18
  37:21 51:21
  61:17 72:6,9
  72:11
**fairfax** 2:2
**falling** 66:7
  77:4
**fallout** 82:3
**false** 75:15,19
  75:23

**family** 44:4
  73:7
**fan** 30:15 49:7
  64:23
**fans** 49:11
**far** 48:20 67:15
  70:7
**fear** 44:23
**feature** 35:18
**february** 24:22
**federal** 32:21
  79:19
**feel** 35:2
**feels** 8:20
**felonies** 83:11
**fictional** 26:23
  28:6
**fictitious** 1:8
**fifth** 30:3
**fifty** 9:9 28:15
**fighting** 72:21
**figures** 24:4
  52:24
**file** 15:18,18,25
  16:2,2,4,19
  39:10 48:3
  54:23
**filed** 39:21
  44:23 79:18
  82:12
**files** 9:6,8,14
  10:2 11:18
  12:6 13:10
  14:20,21,22,24
  15:8,23 16:15

17:16,24 18:17
  63:21 65:3
**filing** 14:14,15
  14:16,21 17:9
  42:5
**final** 46:17,19
  47:25 52:11
**finally** 31:12
  39:21
**financially**
  87:10
**finish** 8:1
**finished** 53:4
**fired** 78:4
**firm** 1:15
**first** 5:1 9:11
  9:20 11:14
  14:11 23:16,20
  23:21 24:15
  30:1 32:8
  60:15 65:25
  71:21,21 83:2
  87:8
**five** 9:9 13:10
  42:11 48:13
  63:11,19 65:1
  67:3
**floor** 1:11 3:8
**folder** 9:20,22
  9:22 10:1,5,13
  10:15 13:23
  14:4,10,11,14
  14:20,21,22
  16:12,21 17:18
  17:23,24 18:3

18:8 62:25

**folders**  9:19
10:10,13,23
15:5,9 17:15
18:5

**follow**  7:17,25
11:9 23:1 85:7

**followed**  8:2

**following**  23:5

**foregoing**  87:6
90:5

**foremost**  71:21

**form**  20:1,7
21:5,22 22:4
22:12,19 23:8
27:19 37:25
45:23 51:9,10
51:18 82:10
84:3,13

**former**  22:2

**fortunately**
40:14

**forty**  63:11,19
65:1

**forum**  78:22

**found**  22:3
82:22

**four**  10:11
12:18 40:5

**fourteen**  69:24

**fourth**  30:3

**fraud**  41:19

**fraudulent**
41:21

**free**  35:2 59:11

**friday**  7:9
62:24

**friends**  25:24
59:19,23 69:5
69:7,15,18,25
73:7

**front**  59:9

**fuck**  39:3,7

**fucking**  39:16
43:3

**fuckin'**  44:5

**full**  36:5 46:3
79:23,25 80:5

**fun**  35:11

**funded**  43:18

**further**  53:20
85:4 87:8,10

## g

**g**  31:2

**games**  44:4

**gaston**  1:18

**gay**  42:13 44:3

**gender**  16:13
17:3,14 18:11

**general**  1:1
83:2

**generally**  9:19
18:23,25 19:7
19:12 20:10,12

**gentleman**  41:4
77:8,20

**geography**  16:8
16:9,24,25
17:12,13 18:9

18:9

**getting**  11:6
80:17 82:1,18

**girl**  43:15
69:21

**girls**  27:14 28:3
28:5 61:21

**give**  9:11 11:3
20:20,25 21:12
29:2 64:20
79:11

**given**  7:16 8:7
21:6 90:9

**gives**  15:1

**giving**  3:1
59:12 63:21
75:24

**glad**  31:15 44:8
71:20

**glanced**  65:5

**gmail.com**  88:2

**go**  6:21 9:5,9
10:1,2,22
12:13 14:3,4
14:23 15:11,23
16:6,18 17:4,5
18:22 24:24
28:9 29:3,12
30:7,16 32:6
32:10 33:20
34:21 38:20,23
39:4 42:10
48:1,5,15,17
49:3 52:8,9,10
52:13 53:19

54:19 61:8,9
61:10 65:25
76:2,7 78:19
79:13

**goal**  80:17

**goes**  6:17 26:21
49:22 70:16

**going**  6:18,20
7:21,22 8:3,5
8:14,18 9:8
12:2,3,8,8 14:5
26:8 28:23
31:22 32:1
35:11,13,13,20
36:14 38:21
41:14,16,19
42:21,22 44:1
47:9,10 48:15
52:7 64:14,21
75:20,20 77:17
78:19 82:1
83:8 85:24

**gonna**  35:4,6

**good**  43:8 44:5
57:16 73:13
79:20

**goodness**  48:12

**gotcha**  83:5

**gotten**  26:7
65:6 66:20

**government**
32:22

**grant**  60:4

**granted**  32:24

[graphics - impression]                                    Page 11

| | | | |
|---|---|---|---|
| **graphics** 51:14 | **happening** 81:2 | **hiccup** 66:10 | **huh** 15:7 31:1 |
| **gray** 30:21 31:2 | 81:9 | **highlight** 35:19 | 37:14 64:4 |
| 31:3 | **happy** 41:12 | **highway** 2:2 | 70:11 80:1 |
| **great** 9:10 | **hard** 72:21 | **hinge** 40:25 | 82:5 |
| 35:11 | **hasn't** 74:21 | **hinges** 40:25 | **hung** 49:12 |
| **grey** 70:19 | **hate** 11:2 | **hired** 58:16 | **hyperbole** 84:2 |
| **gross** 39:16,17 | **haven't** 49:9 | **history** 13:12 | |

**i**

| | | | |
|---|---|---|---|
| 43:3,3 | **hawash** 1:18 | 37:1 44:7 | **idea** 44:25 69:4 |
| **grossness** 39:24 | **hear** 6:8,14 | **hobbies** 39:12 | 69:19 83:7 |
| **group** 30:15 | 40:12 54:5 | **hold** 5:14 48:5 | **ideation** 71:5 |
| 45:2 | **heard** 37:16,19 | **holiday** 44:5 | **identifier** 45:13 |
| **guarantee** 8:22 | 51:6 58:8 | **hook** 25:15 | **identify** 9:10 |
| **guess** 21:1,8,10 | 69:20,23 | **hooked** 70:4 | 16:15 24:18 |
| 21:12 35:12 | **hearing** 6:18 | **hope** 44:2 | **identity** 47:12 |
| 36:6 39:12 | 52:4 | **hoping** 70:9 | **illegal** 41:18 |
| 44:8 85:11 | **held** 52:25 | **host** 5:23 23:3 | 68:3 |
| **guest** 68:17,18 | **hello** 81:20 | 23:4 24:12 | **illustration** |
| **guy** 31:16 49:5 | **help** 6:16 16:1 | 25:3 30:5 37:9 | 84:17,18,23 |
| 67:4 | 44:1 58:9,19 | 39:5 45:20 | **illustrator** |
| **guys** 85:6 | 70:9 72:20 | 66:4,5 | 62:14,20 |
| | 82:15,17 | **hothead** 48:23 | **image** 24:13 |

**h**

| | | | |
|---|---|---|---|
| | **helped** 64:18 | **hour** 28:11,14 | 60:20 84:1,6 |
| **h** 89:3 | **helping** 58:16 | 29:15 | 84:11,12,15 |
| **half** 62:24 | 58:21 | **house** 77:15 | **images** 23:20 |
| **handed** 57:11 | **hereto** 90:7 | **houston** 1:19 | 23:21 24:5 |
| **handle** 9:12 | **here's** 43:21,22 | **houtteman** 2:1 | 27:2 47:8,9 |
| 31:22 | **hey** 39:20 | 2:1 3:15,17 5:3 | 51:1 |
| **handling** 7:22 | 82:18 | 5:4 6:24 7:15 | **imagine** 10:23 |
| 7:24 8:13 | **he'd** 44:5 | 7:21 8:3,17 9:2 | **important** 6:9 |
| 31:25 | **he's** 20:20 | 9:4 11:11,14 | 23:7 |
| **hang** 77:17 | 21:25,25 31:22 | 11:18 12:2,12 | **impressed** |
| **happen** 41:9 | 39:8 49:12,13 | 52:17 63:9,18 | 26:11,15 |
| **happened** 13:5 | 49:15 59:12 | 64:2 83:23 | **impression** |
| 13:19 31:10 | 60:18 73:1 | 85:4,11,19,23 | 41:16 |
| 32:4 35:16 | | | |
| 37:9 66:9 | | | |

**inception** 9:25
**incident** 13:19
**included** 11:16
  11:18 26:1
  56:1
**incorporated**
  32:24
**incorrect** 12:1
**independent**
  31:3 78:15
**index** 4:1
**indicating**
  51:13
**indie** 19:2
  21:25 31:18
  71:16
**individuals**
  65:24
**industry** 62:17
**info** 32:20
**information**
  15:4 56:1 65:7
  78:9
**initiated** 82:20
**insert** 36:12
**inserted** 35:22
  35:24 36:19
**inside** 30:15
**insist** 77:24
**instance** 35:7
**instructions**
  21:6
**intend** 42:19
**interacting**
  49:1

**interaction**
  47:21
**interactions**
  50:14
**interest** 19:18
  19:21 58:18
**interested**
  19:10,15,24
  21:2 22:8,10
  22:18 24:23
  34:7,8,11
  62:17 81:7
  87:11
**interesting**
  43:11
**interests** 48:20
**interior** 23:22
**interrupt** 10:9
  11:2
**interruption**
  12:1 31:20
**interview** 59:23
**introduce** 30:6
**introduced**
  64:17
**investigation**
  78:15
**involuntarily**
  71:6
**involved** 7:16
  22:3 59:17
  82:2,8,9,19
  83:1
**isn't** 8:6 42:17
  42:18

**issue** 45:9
  66:14
**issued** 57:18
**issues** 7:19,25
  8:14 85:17
**items** 11:9
**it's** 5:20 8:21
  10:23 12:2
  13:17,18,20
  16:21 17:9
  24:4,19 25:16
  29:18,23 32:9
  33:4,13 34:8
  34:18 39:12,16
  40:16,23 41:1
  41:16,18,19
  42:14,18 43:7
  43:14 46:18
  51:21 53:24
  54:20 55:2,2
  61:17 62:9
  63:16,16 64:25
  75:24 80:15
  81:25 83:9,10
  84:24,24
**i'd** 39:13 48:9
**i'll** 6:10,15 8:1
  12:6 21:5 26:4
  28:22,24 29:1
  29:2 32:9 34:4
  52:11 60:4
  65:24 76:12
  80:8
**i'm** 6:8,20 8:12
  8:13,18,25 9:8

  11:6,21 12:2,3
  12:7 15:8
  16:25 17:5,22
  20:12,12 22:9
  22:13,16 26:13
  30:11 31:15
  32:1 35:12,13
  35:20 38:21
  39:19 42:22
  44:7,8 46:14
  48:5 52:3,4,5
  59:25 60:14,21
  61:8,9 65:13
  66:13 68:3
  70:8,9 71:20
  72:4,5,9 75:13
  75:16,20 79:11
  82:18 83:8
  84:4 85:24
**i've** 39:20
  42:18 58:8
  70:8 79:12
  81:25 82:13

**j**

**jacks** 32:23
  33:12,13
**jackson** 2:2
**james** 67:7
**january** 24:11
  44:1 46:14
**jeremy** 1:17
  3:16 7:6 37:25
  53:21 54:2
  85:25

**jersey**  1:1,16
7:4
**jesus**  39:14
**jimmy**  43:6,12
43:15 45:18,19
45:21,24 46:1
46:6,10,11
67:5,11 68:8
68:12,15,16,23
69:2,5
**job**  5:18 78:3
**jobs**  80:8
**john**  1:3,6 2:4
22:21,24 23:6
23:7,9,22 36:2
48:19 50:15,22
50:25 51:4,7
51:12,13,16,19
51:21,22 54:3
71:12,14,15,18
72:8 73:16
74:1,6 75:17
75:22 76:4,13
76:16 88:4
89:1 90:1
**joined**  31:6
40:6
**jonathan**  77:8
77:11 78:10,13
**judge**  52:23,25
72:6
**judges**  53:2
77:7
**judging**  53:5
78:6,8 80:24

81:2
**july**  10:14
12:23
**jumping**  42:11
**june**  10:6
**justice**  1:1

**k**

**karounos**  1:14
1:15 6:6,6,11
6:17 7:2,4,23
8:6,25 11:2,12
11:17,20 12:11
20:1,7 21:5,21
22:4,12,19
23:8 26:13
27:6,11 31:20
45:23 51:9,18
52:1,4,6 53:22
84:3,13 85:8
85:14,20,21,25
86:2
**keep**  29:7 38:22
40:23 77:15
**keeping**  24:9
**ken**  44:2
**kenansville**
1:11 3:9
**ketracel**  49:8
**kicked**  62:25
**kids**  67:24
**kill**  71:4
**killing**  26:21
**kind**  17:2 35:3
36:13 40:25
44:7,8 64:20

64:25 65:7
67:18 70:17
81:18
**knew**  23:5
43:12 50:5,6
51:13
**know**  6:7 8:1
8:18,20,22
15:17 16:4,11
16:19 20:25
21:18 23:6
24:3 29:25
32:1 33:4 34:2
34:15 37:18
39:11,19,22
40:13,14,14,16
40:20,23 41:6
41:6,14,17
42:15,17,20,23
43:5,7,7,14,18
43:21 44:2,4,6
45:20 47:12
48:11,16,20,24
51:7 53:22,24
55:15 56:5,6
56:15,19,24,25
57:7,10,16
60:21 65:24
66:1 67:8,19
67:19,20 68:3
68:5,19 69:1,2
69:3,9,17
70:12 71:1,3,8
74:4,5,9 76:12
77:21 81:12,19

83:5
**knowing**  44:10
**knowledge**
21:9,13 50:3
51:6
**knowles**  63:25
**known**  21:24
22:6,14 27:16
33:24 41:7
49:16 51:17,19
**knows**  20:6
51:22
**kundert**  1:6 3:6
5:1,16 6:10
32:3,12,14
39:3,17 40:9
40:11 43:4
54:2 87:7 88:1
88:5 89:2,24
90:4,12

**l**

**l**  1:2 27:9,9
30:23,25
**label**  43:1
**labeled**  18:2
**laid**  53:16
**lamont**  1:3 2:4
22:21,25 23:6
23:7,9 50:15
50:22 51:4,7
51:12,13,16,19
51:21,23 54:3
66:19,23 72:21
73:17,21 74:1
74:6 75:17,22

Plaintiffs' Appendix 146

76:4,13,16
88:4 89:1 90:1
**lamont's**  23:22
36:2 39:15
50:25
**laptop**  65:6
**late**  21:22
26:14 71:7,7
**laugh**  59:2
**law**  1:15 2:1
32:17,17 41:8
63:25 64:16
71:22
**laws**  68:4,5
**lawsuit**  14:17
14:17 20:9
30:19 58:3
82:10,12,15
**lawyer**  39:20
57:3,19
**lawyers**  83:10
**lead**  77:10
**leading**  20:4
21:3 22:22
23:13 31:16
**leave**  47:25
**led**  77:20
**lee**  2:2
**left**  47:19 78:8
**legal**  62:9
67:25 68:3
70:1 72:1 84:7
84:20,24 88:23
**legalized**  84:23

**legally**  61:15
62:7 67:21
72:1 75:6,10
75:12
**legend**  24:4
52:24
**lethal**  43:15,15
**letter**  25:8,9,23
25:25 37:13
**letting**  59:14
**let's**  5:5 6:21
9:5,8,12 10:2
11:1 12:13
14:3,23 17:4
18:22 24:10
26:9 27:20
28:9 30:8 32:6
32:7,8,14,15,17
33:5,20 34:4
34:21 35:19
36:8 37:8
38:20,23 39:1
40:3 43:9
46:17 48:1
49:3 52:13
**liam**  30:21 31:2
31:3 70:19
71:11,13
**library**  1:11 3:8
64:16
**life**  73:7
**lifetime**  9:18,24
9:24 14:12,12
14:21 15:14
18:8,13

**light**  77:10
**liked**  82:22
**likes**  39:10
80:23
**line**  21:11
83:24 89:4,7
89:10,13,16,19
**link**  11:4,15,19
11:22 32:20,20
55:19
**list**  10:10
**listed**  5:24
**listen**  36:11
39:1 40:3
**listening**  55:11
**literally**  41:19
49:25 51:3
**litigation**  20:3
**litigious**  39:3,7
**little**  6:7,11,15
21:10 26:6
43:15 55:16
58:13 61:5,11
76:25 80:8
81:21
**live**  9:18,22
14:6,7,8 15:3
17:19 25:16
29:3 40:6 48:1
63:16 79:15
**livestream**  9:23
10:7 13:6,13
13:15,22 14:6
14:8 17:19,20
20:5 21:3,14

21:14 23:1,13
23:19,21 25:10
25:13 28:10,10
28:22 29:20,23
30:10,11 31:6
32:4 33:8
34:14,15 35:17
35:22 38:16
43:17 47:6
48:2 49:24
53:7 78:20,21
82:21
**livestreamed**
14:16 29:15
**livestreaming**
43:24 44:3
**livestreams**
10:17,19 12:19
13:6,21 27:24
34:9,19 35:16
43:16,16 47:13
49:2,12 52:22
71:13
**living**  21:24
79:22
**llc**  1:15 2:1
**llp**  1:18
**located**  1:11
3:8 71:16
**location**  7:13
**logical**  34:8,18
**logically**  34:4
**logo**  33:3
**loli**  27:3,16
39:15 61:21

Plaintiffs' Appendix 147

**lolicon** 27:3,7
  27:12,13,13
  60:6,13 61:13
  61:14,21,25
  62:3,5,7 75:4,9
  75:17 84:22
**lolicons** 27:16
**lolita** 27:14
**long** 15:15 35:2
  45:25 52:10
  53:24 63:10
  80:17 81:25
**look** 9:12 13:25
  34:4 41:6 42:7
  48:3,6 54:13
  54:21
**looking** 14:5
  16:2,14 25:21
  60:16 67:9
  79:11
**lot** 20:23,24
  44:11,12 60:5
  60:5,7,7 62:2
  73:16,18 80:23
**lots** 26:21
**loud** 6:17
**love** 41:19
**lovely** 64:16
**luke** 48:19
**lunch** 54:1
  72:15

---

**m**

---

**m** 1:17 30:23
  30:24,25

**madame** 85:9
  85:20
**made** 28:2
  42:24 51:14
  58:16 73:16
  90:5
**main** 17:18
  26:20 34:5
**major** 45:7
  77:11
**make** 8:17,23
  27:21 28:1
  42:25 60:1
  68:1,16 79:12
  80:11
**makes** 85:2
**making** 7:11,15
  32:2 41:11
  72:6 80:21
**man** 78:10
**march** 1:11 3:6
  7:9 10:15,20
  13:9 14:13
  42:6,8 73:4
  87:13
**marked** 54:8
**masten** 1:17
  3:16 7:6,24 8:8
  31:21 37:25
  53:21 54:2
  85:9,15 86:1
**matter** 18:24
  26:17 30:18
**matthew** 49:4

**ma'am** 66:16
**mean** 34:1
  39:13,17,18
  40:13,15,22
  41:8 45:20
  55:14 60:7
  61:16 67:18
  68:20 70:2
  75:25 80:13,13
  82:24 84:11,14
**meaning** 33:1
**means** 80:2
**meant** 44:21
  58:20,21
**meckamicche...**
  77:21,25
**media** 47:24
**meet** 63:8
**meletio** 39:9
**memorial** 2:2
**memory** 24:20
  25:19
**mention** 46:19
  51:12,20 58:16
  81:11
**mentioned** 18:2
  38:10 51:7
  60:9
**merchandise**
  42:20
**messages** 44:3
**met** 63:9 69:24
**microphone**
  6:12

**mid** 24:22,22
**midatlantic**
  88:15
**middle** 13:18
**milking** 79:9
**millions** 77:13
  79:10
**mince** 59:25
**mind** 24:9
  41:24 61:24
**minor** 67:14
**minute** 29:15
  65:9 79:11
**minutes** 28:11
  28:14,17 63:11
  63:20 65:1,15
  79:14 83:15
**misdemeanors**
  83:12
**miserable**
  57:25 73:6
**missing** 8:12
**mocking** 71:13
**mod** 53:12,19
  77:25
**models** 51:4,5
**moderator**
  53:12,14
**moderators**
  53:10
**mods** 53:16
**moment** 31:10
  31:11 56:13
  76:3

Plaintiffs' Appendix 148

| | | | o |
|---|---|---|---|
| **monday** 7:11 | 77:20,21 | **night** 11:5 64:5 | **o** 1:4,4 27:9,9 |
| 63:1 | **named** 30:21 | **nine** 14:22 | 87:2 |
| **monetization** | 45:18 49:5 | 17:15,16 28:15 | **oath** 64:11 |
| 80:16 | 67:5 69:9 | 28:16 82:14 | 65:10,11 |
| **monetized** | 81:13 | **nolan** 77:9,11 | **obi** 44:2 |
| 80:15,18 | **names** 1:7 9:17 | 78:10,13 | **object** 31:24 |
| **money** 41:11 | 49:6 | **nonsense** 82:23 | **objecting** 53:23 |
| 58:24 80:11 | **narrate** 29:6 | **normal** 44:6 | **objection** 8:18 |
| **moniker** 77:9 | **narrative** 45:25 | **normally** 53:16 | 8:19 11:3 |
| **months** 10:20 | **nature** 14:24 | **north** 1:11 3:9 | 12:11 20:1,7 |
| 67:3 82:14 | 50:25 | 63:14,16 79:15 | 21:5,8,22 22:4 |
| **morning** 64:6,7 | **necessarily** | 87:1 | 22:12,19 23:8 |
| 64:8 | 78:3 80:13 | **notary** 3:10 | 26:14 37:25 |
| **mouth** 76:9,10 | **necessary** 8:11 | 87:5,14 90:13 | 45:23 51:9,9 |
| 79:5 | 8:15 85:16 | 90:19 | 51:18 84:3,13 |
| **move** 6:15 43:3 | 90:6 | **note** 5:21 6:5 | **objections** |
| **movement** | **need** 6:13,14 | 6:22 7:8 11:8 | 31:22,25 32:2 |
| 40:24 42:23 | 7:25 8:14,16 | 11:24 21:5,21 | 85:24 |
| 44:21 45:5 | 30:16 41:8,9 | 26:14 28:2 | **obviously** 7:18 |
| 46:3 | 79:13,13 | 29:1 38:3 | 21:22 41:5 |
| **multiple** 20:17 | **needed** 47:7 | 52:14 88:10 | 47:10 48:15 |
| 72:14,15 | **needs** 8:2 | **noted** 90:7 | 56:18 85:16 |
| **muted** 21:21 | **negative** 26:10 | **notes** 61:19,20 | **occasionally** |
| 26:13 | **neighborhood** | 79:12 | 80:8,24 |
| **mutually** 7:14 | 63:15 | **notice** 3:5 4:3 | **occur** 7:12 |
| **myer** 45:8,10 | **neither** 72:22 | 5:10,11,24 7:8 | **offended** 6:13 |
| 45:12 | **never** 45:12 | 8:22 54:8 | **offer** 19:9,14 |
| | 53:16 68:16,17 | 57:18 62:23 | 58:24 |
| **n** | **nevertheless** | **noticed** 51:20 | **offered** 58:9,19 |
| | 27:1 38:5 | 53:7 | 59:11 |
| **n** 1:4 27:9 87:2 | **new** 1:1,16 | **notified** 41:3 | **official** 7:1 |
| **name** 5:4,15 | 35:22 36:12 | **novel** 27:14 | 47:10 |
| 23:11 24:3 | 43:24 | **nudity** 36:9 | **officially** 41:14 |
| 27:13 31:13 | **news** 32:15 | **number** 20:20 | |
| 48:9,10 49:25 | 46:1 | 56:22 87:14 | |
| 51:21 54:2 | | | |
| 67:8 70:8 77:8 | | | |

| | | | p |
|---|---|---|---|
| **oh**  17:25 32:13 | 66:3,7 67:4,4,9 | **opening**  48:4 | |
| 33:22 43:14 | 67:13,17 68:1 | **openly**  40:15 | **p**  1:4 |
| 48:12 65:2 | 68:7,12,15,20 | **opinion**  26:9,10 | **p.m.**  7:9 86:5 |
| 85:20 | 68:23 69:2,5,7 | 26:10 72:4 | **page**  4:3 23:23 |
| **okay**  6:20,24 | 69:9,15,23 | 84:22 | 89:4,7,10,13,16 |
| 9:8 11:6,20 | 70:8,14,19,19 | **opposed**  67:23 | 89:19 |
| 12:20 13:17,25 | 70:20,24 71:24 | **opposing**  6:25 | **pages**  3:15,16 |
| 14:3,18,23 | 72:4,8,13,17 | **opting**  42:23 | 3:17 87:6 |
| 15:21 17:25 | 73:1,15,21 | **order**  46:22 | **paid**  63:17 |
| 18:12,14,22 | 74:1,6,9,11,20 | 49:20 | **pals**  43:6 68:9 |
| 21:10,12 22:21 | 74:23 75:7,9 | **ordinary**  84:2 | 68:13 |
| 23:3,5 25:18 | 76:19 77:19 | **original**  14:17 | **papers**  57:11 |
| 26:4 27:5 | 78:2,7,9,13,17 | 26:2 36:12 | **paperwork** |
| 28:21,25 29:5 | 78:25 79:3,5 | 55:4 | 39:21 |
| 30:14,16 31:24 | 79:14,18,22 | **originally** | **pardon**  31:20 |
| 33:5,22 34:11 | 80:6,23 81:1,7 | 74:21 78:11 | 67:1 |
| 34:21 35:14,20 | 81:11,15,18 | **ostracized**  74:2 | **park**  1:16 |
| 38:25 40:5 | 82:8,11,24 | **other's**  70:17 | 41:17 |
| 47:9 48:8,14 | 83:8,14,19,24 | **outcome**  87:11 | **parkway**  1:18 |
| 49:3,19 50:3 | 85:1 86:2 | **outed**  43:6 | **part**  11:4 12:9 |
| 51:12 53:22 | **old**  16:12 69:21 | **outlets**  47:24 | 33:7 39:19 |
| 54:2,5,7,12,16 | **once**  14:18 17:5 | **outside**  30:18 | 45:16 76:13 |
| 54:24 55:3,6,8 | 18:14 21:16 | **own**  5:20 37:9 | 83:3 |
| 55:11,22 56:3 | 22:1 23:3 | 48:5 49:17 | **participate** |
| 56:13,18,24 | 24:20 28:5 | 66:6 72:4 | 41:15 |
| 57:2,2,10,14,24 | 31:24 37:10 | **owned**  45:2,3 | **participated** |
| 58:8,12,19 | 39:14,25 48:24 | **owner**  41:10 | 38:13 |
| 59:4,7 60:3,11 | 52:9 60:9 65:5 | 54:9 | **particular** |
| 60:24 61:1,5 | **ongoing**  50:8 | **ownership** | 26:19 33:8 |
| 61:14,16,19,24 | **online**  54:22,25 | 45:10,11 | 35:18 48:11 |
| 62:8,12,19,22 | 55:2 | **owning**  44:25 | 71:12 |
| 63:2,5,19 64:3 | **open**  10:1 | **owns**  42:16 | **particularly** |
| 64:7,10,13,15 | 14:19 43:17 | 72:1 | 21:2 22:17 |
| 64:20,23,25 | 48:4 | | **parties**  3:3 20:3 |
| 65:3,13,21,23 | | | 87:9,11 |

[parts - poulter's]                                                    Page 18

**parts**  32:6
**party**  12:9 20:9
  58:3,6 59:9
**pass**  83:22
**past**  70:18
**pause**  33:5
  38:25
**pay**  80:2,4,5,6
**paying**  57:14
**pedophile**  43:7
  45:18 74:7,24
  75:7,11,12,18
  75:23 76:4,14
  76:20
**pedophiles**
  46:3
**pedophilia**
  19:12,15,21
**pedophilic**
  73:21,24,25
**people**  7:19
  15:16 16:8,9
  16:10 17:20
  22:11 25:16
  26:21 27:15
  40:24 48:3,18
  48:24 49:16
  53:8,9 56:18
  56:22,25 62:10
  74:14 77:12
  79:9 80:9
**period**  10:7
  52:9 71:6
**periods**  10:24
  10:25 12:14

13:16
**person**  5:17 6:9
  14:18 22:15
  35:9 44:6
  47:13 48:11,16
  50:11,15,18,22
  65:25 69:9
  84:7
**personal**  21:13
  66:11,14
**persons**  1:7
  49:22
**photograph**
  84:17
**photographer**
  22:6
**photographs**
  22:11,18
**phrase**  67:18
  84:10
**physical**  27:19
  55:1
**pick**  71:11
**pitt**  3:10 87:3
**pizza**  80:9
**place**  7:13 9:23
  14:7
**plaintiff**  1:14
  1:17 30:6 39:6
**plaintiffs**  1:4
  7:5,6,17
**planning**  77:16
**plans**  74:17
**platform**  53:18

**play**  28:21,22
  32:8 42:24
**played**  33:8
  38:24
**playing**  44:4
**please**  5:14
**plenty**  54:1
**pocket**  32:22
  33:12,13
**point**  8:11 25:3
  26:4 27:23
  29:20 30:9
  31:5 35:20,21
  43:6 58:9
**pointed**  58:17
**polite**  66:10
**poole**  31:13
**poor**  38:21
**porn**  22:5
  39:15 84:24,25
**pornographer**
  43:7 45:17
  50:12,16 75:1
  75:5,6,10,18
  76:17,22
**pornography**
  19:10,18 22:5
  22:16 27:1
  35:5 36:15,17
  36:24 37:23
  38:7,10 43:1
  46:2,24 47:3,7
  50:4 60:6,19
  61:3,12,14,25
  62:2,5,7 67:16

67:17,21,25
  68:3,4,5 83:25
  84:1,7,9,10,12
  84:19,21,23
**portal**  54:25
  55:2
**portion**  36:20
**portions**  47:6
**position**  45:1
**positive**  26:10
**possession**
  26:20 67:16,17
  67:20
**post**  31:14,15
  31:17,18 55:19
**posted**  66:20
**posts**  78:22
**poulter**  1:3 2:4
  20:9,10,14
  21:1,13,19,24
  21:24 22:6,10
  22:14 24:1
  25:4,5 30:7
  32:16,22 34:2
  36:1 38:4 39:6
  46:4,25 50:12
  50:19 51:22
  52:19 54:3
  66:18,22 72:11
  72:18,21 73:17
  74:23 76:19,20
  76:22 77:8
  81:4 82:3
**poulter's**  33:9
  39:9 46:7 68:9

71:19,25 81:16
**pre** 25:11,12,14
 30:7,19,20
 33:7 34:24
 36:20 60:17
**preclude** 8:14
**prejudice** 12:7
**prep** 63:25
**prepare** 63:8
**prepared** 29:2
**prerecorded**
 32:16 35:1
 38:18
**present** 2:4
**presently** 1:8
**press** 32:23
 43:18
**preston** 1:3 2:4
 20:9,10,14
 21:1,13,19,23
 21:24 22:6,10
 22:14 24:1
 25:4,5 30:6
 32:22 33:9
 34:2 36:1 38:3
 39:3,6,7 40:18
 41:18 42:5,25
 43:20,22 45:21
 46:4,7,24
 50:11,19 51:22
 52:19 53:11
 54:3 68:9,20
 71:18,24 73:17
 74:23 76:19,19
 76:22,24 77:8

77:14,23 81:4
 81:15,22 82:11
**preston's** 40:20
 41:12 42:2
 68:13,18 77:25
**pretty** 40:15,16
 41:17 42:18
 43:2 64:19
 80:9,10
**prevent** 32:1
**preview** 64:20
**previous** 22:2
 37:1
**primarily** 8:8,9
**primary** 7:4
 8:13
**principles** 35:3
**prior** 3:1 26:8
 52:19
**prison** 69:3
 79:3,9
**private** 66:19
**pro** 18:18
 49:13
**probably** 32:19
 48:17 49:15
 66:19 79:8,8
**problem** 6:18
 8:17 35:4,6,12
 36:14
**problems** 44:16
**proceeds** 85:16
**process** 64:14
**produce** 71:17

**produced**
 11:10 25:22
 26:1 27:18
 54:12
**producing**
 23:10
**product** 25:17
**profession**
 21:23
**profit** 80:13
**program** 78:24
 79:1
**prohibit** 8:10
**project** 79:24
**promised** 57:16
**propose** 52:7
**protect** 35:8
 46:23,23
**proud** 39:8
**provide** 13:11
**provided** 9:6
 9:14 12:5
 16:15 18:20
 28:16 64:18
**pto** 59:9
**public** 3:10
 77:13,15 87:6
 87:14 90:19
**publicity** 57:16
 59:11,13,15,17
**publicly** 25:1
**publish** 35:5
 36:15,16
**published**
 71:18,24 74:21

**publishes** 75:9
**pull** 55:24
 74:14
**purpose** 73:7
**purposed** 60:21
**purposes** 7:1
**push** 43:12
 45:21
**put** 6:20 21:8
 32:20 33:3
 37:23 42:19,24
 43:1 46:24
 47:7 60:11
 61:1 65:6
 66:11 79:5,9
 79:19
**putting** 25:16
 60:19 61:2

**q**

**qualify** 80:16
**quarter** 53:25
**question** 11:12
 22:13 31:16
 33:25 38:15
 71:2 75:16,24
 76:3 82:21
 83:8
**questioning** 7:7
 8:13,21,23 9:5
 83:25
**questionings**
 52:11
**questions** 8:8,9
 8:11,19,24
 28:24 32:2,9

44:14 52:8,18
53:20,23 64:21
76:19 79:15
83:10 85:4
**quickly**  10:22
12:13
**quit**  78:3,5
**quite**  17:22
22:3 41:12
78:2
**quoted**  73:11

**r**

**r**  31:2 87:2 89:3
89:3
**raised**  8:15
**rali**  27:6
**ran**  73:16
**range**  20:25
**rather**  57:24
62:9 78:3
**read**  25:25
29:10,12,12,16
88:9 90:5
**reading**  3:11
16:1 32:16
**readings**  52:22
**real**  28:7 77:21
84:7
**realized**  73:12
**really**  7:10
38:10 40:24,25
41:13 49:11
56:25 84:11
**reason**  22:8,9
22:17 26:19

34:14 61:1
88:11 89:6,9
89:12,15,18,21
**reasonable**
37:15
**reasons**  37:21
66:17
**recall**  23:16
46:6 47:6
56:16 67:5,11
68:7,9 74:3
81:13 85:15
**receipt**  88:18
**receive**  25:4
**received**  7:10
11:5 25:23
37:12
**recently**  73:1
**recognize**  5:6
48:9
**recognized**
32:22
**record**  5:15 6:7
6:21,22,24 7:1
7:7 8:23 11:9
12:9 14:4 21:7
25:14 30:17,20
35:19 47:10
48:10 52:2,9
52:10,13,14,18
54:24 61:19
79:13 81:12
85:14
**recorded**  25:11
25:12 30:7,19

30:21 34:24
36:20 59:19,22
60:18
**recording**
38:22
**records**  24:24
**redacted**  36:6
**redactions**  36:8
**referenced**  88:6
**referencing**
11:8,25
**referring**  18:22
36:23 37:24
38:2,11,18
39:25 68:8
84:18
**refresh**  25:19
**refused**  78:1
**regarding**  14:8
14:12
**regards**  32:25
**register**  41:9,14
**relating**  9:22
**relationship**
66:10 69:21
70:1,6 81:18
**relative**  87:11
87:12
**relevant**  30:18
32:7
**relying**  17:5
**remarks**  47:3
**remember**
11:15 23:11,19
27:2 31:5,9

32:3 33:11,17
37:5 38:24
39:8 46:9 79:1
**remind**  66:16
**rendering**
26:16
**renderings**
51:3
**rent**  80:4,5
**rephrase**  60:14
75:16,21 84:5
**report**  14:7
55:20,24,24,25
56:2,5,6
**reporter**  2:6
3:10 7:2 29:1
38:22 64:17
65:14,22 85:9
85:21,22 87:5
**reporter's**  6:8
6:22 52:14
**reports**  55:3,12
55:13
**represent**  54:3
**representation**
11:23
**represented**
57:5
**requested**
54:17
**required**  85:18
90:13
**requirement**
7:10,17,23

Plaintiffs' Appendix 153

**reschedule**
63:5
**reserve**  7:18
85:15
**respect**  27:17
**respective**  3:3
**response**  5:11
9:5 54:12
**rest**  85:6
**retention**  15:15
15:20,21
**return**  88:13,17
**review**  5:24 9:8
28:19 37:9
46:17 49:8
88:7
**ribbit**  10:8
**richard**  45:8,10
45:12
**rid**  53:17,19
**right**  5:4,14 6:5
7:18 8:7,24 9:2
9:6 10:1,22
12:2,10,13
13:8 16:14
17:4,17 18:5,7
18:17,22 19:4
20:3 24:12
26:9 27:17
28:9,12,24
29:9,22 31:5
31:12,19 32:6
33:20 37:15,21
38:3,20 39:25
41:24 42:9

43:5 44:14
45:14 46:17
47:2,18,20
48:22 49:24
51:25 52:12
53:20 54:7
55:18 56:13,19
56:25 57:1,5
57:22 58:4
60:9,10,13
61:3 62:3,22
65:23 68:7,18
68:21,22,23
69:9 72:6,7
73:10,15,17,22
74:9,12,15,18
76:4,5,10,11,24
77:1 79:16
80:21 83:8,14
85:4,11,15,23
**rigsby**  2:6 3:9
87:5,19,21
**road**  11:6
**rodgers**  49:5
**romano**  39:20
**room**  6:9
**roughly**  24:8
24:20
**row**  78:21,21
78:21
**rule**  7:12 8:11
**rules**  7:9 8:10
35:3
**running**  33:17

**s**

**s**  1:4 87:19 89:3
**sampling**  13:15
13:20
**sanctuary**
79:24
**sarcastic**  58:1
73:6
**saw**  23:21 48:2
59:20 62:25
64:16
**saying**  15:18
17:22 36:11
44:15 51:13
60:1,2 72:5,8
74:3 75:13
**says**  5:2 15:24
55:16
**schedule**  5:25
**scheduled**  31:9
**schism**  44:24
**sciver**  1:6 5:5
10:8 20:4,6
31:6 35:1
37:16,22 38:9
38:13,15 40:6
40:13 42:13
43:5,14,21
44:11 45:5,7
46:22 47:4
51:17,20,22
57:21 60:18
66:18 69:17
72:11,20,21,24
83:5 88:4 89:1

90:1
**sciver's**  34:24
35:15,22 57:18
58:15 71:25
78:12
**scott**  2:1 3:15
3:17 5:3,4 9:3
52:16 83:23
**screen**  11:7,25
29:6
**screenshot**
25:18
**screenshots**
26:1
**scribe**  16:12
**search**  17:2
**second**  5:14
10:13 15:17
30:2,8 37:12
48:5
**seconds**  28:15
29:24 42:11
**section**  30:21
**see**  11:7,25
12:7 24:5,10
32:7,15 39:13
45:4 49:14,22
52:8 59:13
81:2,9
**seeing**  29:6
49:25
**seems**  42:13
**seen**  49:9,9
58:8 70:8
78:11

selling  40:24
sending  77:12
sense  32:23
  84:2 85:2
sent  7:8 11:5
  62:24 88:14
sentence  38:4
separated  73:6
september
  10:14 12:24
series  33:14,25
  46:5
served  62:22
service  53:17
set  28:16
sets  12:25
seven  28:14
  70:5,6
seventh  63:3
sex  67:14
sexual  26:21
  27:14 28:3,6
  61:22 70:1
shape  82:10
share  55:16
shares  55:13,14
  55:20
sharing  11:7,24
  29:6
sheet  88:11
sheriff  57:10
she's  12:4
shop  63:13
short  46:18
  71:6

shortcut  84:24
shot  74:7
show  25:19
  30:17 36:3,6,7
  41:13 43:23
  44:1,7 47:11
  47:25 49:8
  50:1 55:12,13
  56:14 57:24
  59:7,14,16
  61:20,20 68:17
  68:18,20,23
  73:16 75:14,14
  76:8,9
showed  38:16
  57:11
showing  48:5
shows  36:5,5
  48:6 50:2
  55:20,25 61:20
  70:17 76:12
sic  30:20
side  40:12,13
  40:16 80:8
sides  72:14,14
sign  88:12
signed  88:20
significant  19:9
  19:14 32:4
  37:6
signing  3:11
  87:9
sims  69:10,12
  69:13,15,18,20
  69:24

single  43:25
  48:16 50:11,15
  50:18,21
sir  8:25 18:4,16
  56:12 85:22
sit  80:10
situation  28:3
situations
  26:22 27:15
  28:6 61:22
six  12:24 13:1,6
  28:16 30:1,6
  34:23 39:5
  40:5 42:11
  46:19,19 67:3
  70:5,6
sixth  30:4
slap  39:14
slick  43:6,12,15
  45:18,19,21,24
  46:1,6,10,11
  67:5,11 68:8
  68:12,15,16,23
  69:2,5
small  19:2
  43:18
social  47:24
society  74:2
soft  6:7
solutions  88:23
somebody  61:2
  62:17 75:4,9
  80:23 81:10,13
soon  78:8

sorry  13:24
  15:8 16:25
  20:12 22:9
  26:13 39:4
  46:15 52:3,5
  54:5 55:22
  60:14 61:8,9
  72:9,21 75:3
  75:16,20 85:9
sort  13:18 28:1
  49:6 51:8
  55:17 72:10
  79:14 80:24
sound  28:11
  38:21 73:22
sounds  13:11
  72:22 73:1
  78:3 79:6
source  15:2
  17:1,14 18:11
  23:19 56:9,10
space  77:12
  79:1,10
spam  62:25
speak  5:2 6:10
speaker  38:25
speaking  18:23
  20:10,13 32:17
specific  36:8
  40:1 84:15
specifically
  27:17
speculate  37:8
spell  27:8

Plaintiffs' Appendix 155

**spelled** 30:23
**spend** 60:5
**spite** 40:18
 41:25 42:2
**spoken** 81:25
 82:13
**spreadsheet**
 48:6 55:4
**spreadsheets**
 18:15,16 54:14
 54:16
**spur** 31:10,11
**stamp** 29:24
**standards** 35:3
 36:13
**star** 63:23
 64:23
**start** 5:5 48:18
 75:3
**started** 54:5
 64:10
**starting** 30:10
**state** 1:1 5:14
 18:10 48:10
 70:2 87:1,6
**stated** 85:15
**statement** 11:3
 38:18 75:19,23
 76:15,18
**statements**
 30:19 36:20
**states** 16:10,10
 17:1,13
**stats** 14:10,12
 14:15

**status** 16:12
 17:13 18:10
**stay** 45:25
**steam** 25:13
**stipulated** 3:2
**stipulations** 3:1
**stop** 8:18 28:23
 29:10 30:8
 35:20
**stream** 25:11
 25:15 39:10
 49:21 59:21
 66:5 70:18
 78:18
**streams** 52:23
 78:1,12
**street** 1:11 3:8
**strike** 22:9
 38:15 68:17
**studio** 54:19,25
**studios** 48:23
**stuff** 79:20
**stupid** 42:18
**subdirectory**
 16:16,18 17:4
**subfolders** 9:14
 9:17 10:4
 12:14
**subject** 8:19
 18:24 25:10
 26:17 30:18
 46:6
**subpoenaed**
 57:7

**subscribed**
 90:14
**subscriber**
 18:10
**subscribers**
 15:3 16:11
**subscription**
 16:11,12 17:13
 18:10
**substantial**
 56:21
**successfully**
 77:23
**suddenly** 39:24
 84:20
**sue** 41:22
**suggest** 60:12
 74:6
**suggested**
 73:12
**suicidal** 71:5
**suicide** 71:1
**suite** 1:18
**sum** 11:20
**superimposed**
 60:20
**superior** 1:1
**supposed** 7:13
**sure** 6:8 9:13
 10:4,11 12:16
 14:25 15:10,24
 16:3 17:22
 19:6 20:12
 22:13 25:14,24
 29:9 41:15

 46:19 48:17
 49:4 60:1,15
 60:15 68:1,16
 70:9 75:22
 79:12 84:4
**surrounding**
 71:8
**sworn** 90:14
**syler** 49:4
**systematically**
 17:5

| t |
|---|

**t** 1:3,4,14 2:4
 23:6 87:2,2
 88:4 89:1,3,3
 90:1
**table** 6:20
**tables** 72:15
**tag** 8:5
**take** 11:22
 40:21,21 52:10
 53:24 76:12
 77:22 80:8
 83:9
**taken** 3:6 6:23
 26:20 52:15
 65:14 74:17
 87:7
**talk** 18:25 26:9
 32:12,17 40:14
 45:16 63:19
 64:13,25 65:4
 65:17 85:12
**talked** 12:20
 41:25 63:21,22

65:3 66:18
**talking**   12:8
16:4 36:23
38:14,16 42:1
50:5,6,8 54:25
55:11 56:6
60:6,18,21
63:3 65:13,21
67:4 68:2
82:23 83:14,15
**talkin'**   10:8
**talks**   5:21
**team**   8:5
**techniques**
47:15
**tell**   5:9 15:13
24:8 25:12,21
29:17,17 33:5
34:22 35:14
48:10,17 64:15
71:10 77:6
**tells**   56:4
**ten**   7:10 14:21
15:5,8,13,23
**term**   23:24
40:19 41:20
80:17 83:25
**terms**   53:17
59:3,5
**testified**   56:15
68:15,16
**testimony**   3:1
3:12 68:2 88:9
88:18 90:8

**texas**   1:19
14:17 58:3
**thank**   9:1 27:10
27:11 29:25
52:6
**thanks**   38:23
**that's**   7:16 9:21
10:6,15 12:20
12:22,22 15:14
17:9 18:3
29:19 30:18,23
32:5 35:6 37:1
38:14,17 40:3
42:9 43:10
49:3 51:3 54:8
62:2,5,9 64:19
70:15 79:20
80:10 82:11
83:22 84:24
85:1
**thereabouts**
28:11
**there's**   6:12
35:4,11 36:14
44:11 52:12
55:16 62:2
72:10
**they'll**   16:4
**they're**   12:8
14:2 56:19
74:14
**they've**   39:23
**thing**   10:23
16:19 17:2,9
23:7 29:19

38:22 40:21
41:2 43:22
47:25 55:12
62:9 64:25
72:22 80:24
81:2
**things**   15:15
39:12 40:12,14
40:16 44:8
58:8 66:18
79:18 80:7
**think**   9:23
10:22 11:14
12:20 22:10
28:14 31:13,25
32:7,7 39:18
41:25 42:8,9
42:20,22,22
43:11,15 45:17
47:2 53:25
58:20 59:14
61:16 62:25
68:15 70:3,21
71:9 79:6
80:20 82:13
84:11 85:1,6
**thinking**   59:18
**thinks**   42:15
**third**   10:15
13:23 30:2
**thought**   26:6
26:17 44:16
50:11
**three**   9:14,17
10:4,4,13 26:8

39:5,23 53:3
77:7
**throwing**   67:18
**tim**   31:13
**time**   7:16,20
10:7,24,25
12:14 13:15
14:15 21:23
23:16,21 24:8
25:3 27:21
29:2,24 31:22
37:4 43:8 52:9
54:1 59:18
60:6,8 71:6
75:21 79:23,25
80:5 81:25
85:13 88:19
**timeframe**   88:8
**times**   20:17,20
**title**   5:18 9:11
10:2 29:9,10
29:11,12,13
33:11,17
**tm**   30:5 32:12
39:6,14 46:20
52:23 60:5
**tms**   40:9
**today**   54:4 57:5
57:12 62:23
63:6,8 66:14
66:17 74:15,20
85:17
**together**   60:11
73:16 76:25
77:3

**told** 41:5 65:6
**took** 9:23 14:7
  25:18 33:7
  65:15
**top** 10:1
**topic** 19:7,10
  19:12,15,18,21
  30:19 34:5
  37:6 38:11
**topics** 5:24 6:3
  30:10 32:4
  38:6 66:13
**total** 11:20 12:6
  28:16
**totally** 70:9
**touch** 12:5
**town** 63:15,16
**traded** 82:22
**trademark**
  32:17,17,24
  33:1 35:7,8
  36:1 37:23
  38:6,10 40:18
  41:5,8,10,25
  42:5 44:23
  46:22 52:24
  59:8,23 60:4
  71:19,22,25
  72:2,6 77:4,22
**trademarked**
  35:2
**trademarking**
  42:2 44:17
**trademarks**
  39:11 40:9

**traffic** 17:1,14
  18:11 56:1,6,9
  56:10
**trailing** 52:1
**training** 71:22
**transcribed**
  87:7
**transcript** 3:11
  29:2 47:11
  61:19 87:7
  88:6,20 90:5,8
**transcription**
  29:4,4
**trap** 42:14
**travel** 7:19
**trek** 63:23
  64:23
**trick** 42:14
**tried** 71:3
**tripod** 6:20
**trouble** 52:4
**true** 58:10 90:8
**truth** 5:2
**try** 6:15 40:18
  45:21 46:11
**trying** 43:12
  59:25 72:1,5
  82:15
**tuesday** 63:1
**tune** 34:14,18
**turn** 38:25
**tweet** 66:20,22
**twenty** 70:3,4
**twice** 68:25

**twitter** 17:2
  47:21,22 49:2
  57:22,23
**two** 10:23
  12:14 25:24
  26:8 28:3
  31:24 34:23
  43:16 49:3
  60:17 66:15
  72:10
**type** 29:19
**typical** 43:14

### u

**uh** 15:7 31:1
  37:14 39:8
  64:4 70:11
  80:1 82:5
**um** 32:12 37:7
**umbrella** 44:22
**unable** 36:6,7
**unclear** 60:7
  66:13
**under** 7:12
  35:5 41:16
  44:22 64:11
  65:10,11 71:17
  71:18,24
**underage** 26:20
**underneath**
  55:16
**understand**
  20:12 22:13
  35:4 36:13
  44:17 47:15
  54:17 60:1

  67:20 68:2
  72:20 81:15
  82:17 83:16
  84:6,20
**understanding**
  54:10 81:16
**understood**
  12:11 58:24
  81:11
**unique** 50:25
**universe** 72:10
  72:13
**unknown** 1:8
**unusual** 68:4
**upload** 14:14
  14:14,21 17:9
  25:14
**uploaded** 11:6
  14:11,16
**upset** 42:22
  44:25 66:20
  77:14
**url** 29:15,16,18
  29:23
**use** 12:9 27:1
  47:13,15 62:6
  83:25 84:9,10
  84:19
**used** 40:17
  41:25 45:12
  60:4 88:20
**using** 41:6
  58:22,23 84:1
  84:2

| v | | | |
|---|---|---|---|
| **v**  88:4 89:1 | **video**  11:15,17 | **vikki**  30:5 | 42:25 47:25 |
| 90:1 | 14:11,13,15 | **vikkiverse**  5:18 | 48:2,6 52:9 |
| **van**  1:6 5:5 | 15:2,14,16 | 5:19 18:23 | 54:17 59:25 |
| 10:8 20:4,6 | 16:7,9,22,23 | 29:14 54:9 | 60:1 65:23,24 |
| 31:6 34:24 | 17:10 23:1 | 88:2 90:2 | 65:25 68:1 |
| 35:1,15,21 | 24:9 25:22 | **violates**  53:17 | 70:3 74:15 |
| 37:16,22 38:9 | 26:1,2,8 29:15 | **virginia**  2:2 | 78:2,20 79:5 |
| 38:13,15 40:6 | 29:18,20 30:17 | **voice**  6:7 | 79:13 82:2 |
| 40:13 42:13 | 33:8,9 34:21 | **volunteer** | 83:9,19,24 |
| 43:5,14,21 | 35:21,22 36:3 | 79:23,25 80:5 | **wanted**  11:24 |
| 44:11 45:5,7 | 36:12,12 37:5 | **vs**  1:5 | 25:19 41:22 |
| 46:22 47:4 | 37:10,12 44:4 | | 43:18 70:19 |
| 51:17,20,22 | 46:10,11,14,15 | **w** | **wanting**  41:1 |
| 57:18,21 58:15 | 52:19 55:16 | **w**  52:16 | **wants**  35:9 |
| 60:18 66:17 | 60:11,16,24 | **waited**  44:5 | 39:22,23 |
| 69:17 71:25 | 61:1 74:20 | 70:2 | **warcampaign** |
| 72:11,20,21,24 | 76:12 77:14 | **waitressing** | 30:12,14,15 |
| 78:11 83:5 | **videos**  12:24 | 80:9 | **wasn't**  22:2 |
| 88:4 89:1 90:1 | 13:3 15:1 21:1 | **waive**  87:9 | 23:21 33:21,22 |
| **various**  47:24 | 25:14 33:21,22 | **waived**  3:12 | 43:24 44:3,8 |
| 55:3 | 33:25 46:5,7 | **walk**  41:17 | 49:6 55:13 |
| **verify**  88:9 | 47:19 56:22 | 80:10 | 59:17 75:15 |
| **veritext**  88:14 | 74:11 75:14 | **walked**  31:21 | 77:16 82:1 |
| 88:23 | 76:8 | **walker**  79:10 | 83:3 |
| **veritext.com** | **viewer**  16:13 | **wallace**  63:13 | **watch**  15:17 |
| 88:15 | 17:2,3,13,14,14 | 63:14 79:15,24 | 28:23 56:22 |
| **versus**  71:25 | 18:11,11 | **wan**  44:2 | 63:22 |
| 84:17 | **viewers**  14:7,8 | **want**  6:6,12 | **watched**  15:16 |
| **vicki**  41:18 | 16:12,24 17:12 | 8:22 9:9,10 | 15:25 16:8,8,9 |
| **victoria**  1:6 3:6 | 17:20 | 11:8 15:17 | 16:10,22,23,23 |
| 5:1,16 87:7 | **viewing**  22:10 | 28:21 29:3,5 | 16:25 17:10,11 |
| 88:1,5 89:2,24 | 22:18 32:8 | 29:16 30:8,17 | 17:12,21 64:5 |
| 90:4,12 | 47:2 | 35:5,10,19 | **watches**  15:2 |
| | **views**  14:9 | 36:11,14,16 | **watching**  25:16 |
| | | 37:23 40:12 | 29:8 55:15 |
| | | 41:15 42:6,20 | |

| | | | |
|---|---|---|---|
| 60:12 74:15 | 28:23 29:5 | **words**  45:22 | 44:10,11 49:15 |
| **way**   11:23 33:4 | 30:10,20 40:23 | 59:25 60:4 | 55:15 56:8,10 |
| 37:18 38:24 | 41:14 66:17 | 61:2 62:6 76:9 | 65:2 73:8 |
| 39:10 44:8 | **we've**  67:17 | 76:9 79:5 | 75:17 79:8 |
| 46:23 47:12 | 68:2 81:20,20 | **work**  52:19 | 80:1 82:13 |
| 48:4 55:8 | 83:14 | 53:4 77:3,25 | 84:15,18 85:3 |
| 56:15,25 57:2 | **what's**  9:11 | **worked**  76:25 | 85:14 |
| 58:13 59:22 | 13:8 16:1 | **working**  77:21 | **year**  14:13 |
| 60:12 66:10 | 26:17 30:17 | **worried**  8:25 | 69:21 70:6 |
| 79:6 82:10 | 41:7 | 44:18 | 71:7 |
| 83:9 84:6 | **white**  49:8 | **worthy**  33:3 | **years**  39:23 |
| **week**  32:15 | **who's**  39:20 | **wouldn't**  53:18 | **year's**  43:24 |
| 33:19 34:1 | 56:16 | 82:8,9,25 | **yell**  6:13,13 |
| 35:16 46:5 | **wife**  39:9 81:16 | **wow**  42:14 | **yep**  76:6 |
| 62:24 | **wiki**  77:22 | **wrench**  53:8 | **yesterday**  63:9 |
| **weeks**  26:8 | **willing**  39:21 | **writer**  21:25 | 64:3 73:2 |
| **weird**  41:1,2 | **wish**  42:20 | 51:4 52:23 | **young**  27:14 |
| 42:13 44:3 | **wished**  82:1,4 | 62:14,20 69:14 | 28:3,5 61:21 |
| 58:12 | **witness**  3:2,12 | **writing**  26:3 | 69:24 |
| **weirdos**  44:12 | 3:14 6:3,7 7:14 | **wrong**  8:20 | **youtube**  5:18 |
| 44:12 | 12:4 21:6,8 | 30:12 31:16 | 5:19,20,21 |
| **wellreadcomi...** | 52:1 83:22 | 39:19 83:9 | 9:21 14:8 15:1 |
| 49:7 | 85:16 88:8,10 | **x** | 15:1,24 17:1 |
| **went**  14:13 | 88:12,19 | **xyz**  1:7 | 18:23 24:13,16 |
| 44:8 54:14 | **woman**  69:24 | **y** | 24:18 25:15,15 |
| 77:9,15 78:22 | **wonderful** | **y**  31:2 | 25:18 28:10 |
| **weren't**  26:12 | 43:22 | **yeah**  7:2 10:13 | 29:14 33:9,11 |
| 26:15 | **won't**  6:13 12:7 | 11:18 14:2,20 | 33:13 36:7 |
| **we'll**  19:4 | 48:3 52:8 | 16:5,21 17:7 | 37:9 46:5 |
| 28:22 29:10 | **word**  26:18 | 18:1 29:12,12 | 49:17,20,21 |
| 39:4 40:22 | 27:1,6 40:21 | 31:2 32:13,14 | 53:10 54:9,18 |
| 48:13 52:10 | 40:25 41:8,25 | 33:13 35:25 | 54:19,20,22,25 |
| 53:25 | 42:18 45:12,17 | 38:23 39:13,22 | 55:7,15 80:11 |
| **we're**  6:18 | 84:9,19 | 40:10 43:2,4,8 | **youtuber**  49:7 |
| 18:22 21:2 | | | 70:15 |

Plaintiffs' Appendix 160

| |
|---|
| **you'll**   71:2 |
| **you're**   6:17 |
| 11:7,25 17:22 |
| 25:16 29:5,6,7 |
| 32:19 41:19 |
| 44:2 48:15 |
| 49:25 54:25 |
| 55:15 56:5 |
| 57:5 58:6 60:1 |
| 60:2 62:8,14 |
| 71:25 72:5 |
| 75:20,20,24 |
| 79:25 80:20,20 |
| 81:7 |
| **you've**   9:14 |
| 35:22 41:11 |
| 57:7 79:19 |
| **y'all**   53:25 |
| 63:19 65:21 |
| 73:15,16 77:3 |
| 81:19 82:4,24 |

| **z** |
|---|
| **z**   51:3 |
| **zombie**   77:17 |
| 77:22 |
| **zombienama...** |
| 77:9 |
| **zoom**   7:18 |
| 85:24 |
| **zooms**   36:3,4 |

| **,** |
|---|
| **'21**   20:5 |

New Jersey Rules Governing Civil Practice

Part IV, Rule 4:14

Depositions Upon Oral Examination


4:14-5. Submission to Witness; Changes; Signing

If the officer at the taking of the deposition is a
certified shorthand reporter, the witness shall not
sign the deposition. If the officer is not a
certified shorthand reporter, then unless reading
and signing of the deposition are waived by
stipulation of the parties, the officer shall
request the deponent to appear at a stated time for
the purpose of reading and signing it. At that time
or at such later time as the officer and witness
agree upon, the deposition shall be submitted to
the witness for examination and shall be read to or
by the witness, and any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness. If the witness fails to appear at the
time stated or if the deposition is not signed by
the witness, the officer shall sign it and state on
the record the fact of the witness' failure or

refusal to sign, together with the reason, if any, given therefor; and the deposition may then be used as fully as though signed, unless on a motion to suppress under R. 4:16-4(d) the court holds that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.