In the United States District Court
For the Northern District of Texas
Dallas Division

| John T. Lamont and Preston Poulter | § | |
|---|---|---|
|     Plaintiffs | § | |
| | § | No. 3:21-cv-1176-K-BN |
| v. | § | |
| | § | |
| Dean Assaf et al. | § | |
|     Defendants | § | |

## Defendant's Exhibit List

Pursuant to Local Civil Rule 16.4 and the Court's Scheduling Order of May 30, 2023 (Dkt. 61), the parties submit the following list of exhibits for use at trial:

## Exhibit List

| DX | Description | OFF | OBJ | ADM |
|---|---|---|---|---|
| 1 | Video containing 4 excerpts from "*#CGDG: The L-Words*," streamed live on Feb. 28, 2021 on Defendant Assaf's YouTube channel "DA Talks" | | | |

1

Defendant reserves the right to offer or use any exhibit listed on any other party's exhibit list.

Respectfully submitted,

                                        */s/  Ali Assaf*
                                        Ali Assaf
                                        Aliassaf959@gmail,com
                                        (415) 450-5212
                                        101 East Alameda Street
                                        Manteca, CA 95336

## Statement of Agreements and Objections

I have reviewed Defendant's Exhibit List and the exhibits themselves. I agree or object to the admissibility of the exhibits as follows:

| DX | Agree | Nature and Legal Basis for Objection |
|----|-------|--------------------------------------|
| 1  | X     |                                      |

Date: 8/14/2023

     /s/ Jeremy M. Masten
Jeremy M. Masten