In the United States District Court
For the Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § § § | |
|     Plaintiffs | § § | No. 3:21-cv-1176-K-BN |
| v. | § § | |
| Dean Assaf et al. | § | |
|     Defendants | § | |

## Defendant's Witness List

Pursuant to Local Civil Rule 16.4 and the Court's Scheduling Order of May 30, 2023 (Dkt. 61), the Defendant Ali Assaf submits the following Witness List:

## Witness List

**A.  Probable Witnesses**

- Dean Assaf, 1014 East Alameda Street Manteca, California 95336, (415) 450-5212. Mr. Assaf will testify about the February 28, 2021 video and he is a records custodian witness for this video.

**B.  Possible Witnesses**

- None

-

**C.  Expert Witnesses**

- None

-

**D.     Records Custodian Witnesses**

- none

				Respectfully submitted,


				*/s/ Ali Assaf*
				Ali Assaf
				aliassaf959@gmail,com
				(415) 450-5212
				101 East Alameda Street
				Manteca, CA 95336

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served on all parties through the Court's CM/ECF system, including those listed below, on August \_\_\_\_, 2023.

Jeremy Masten                                             Counsel for Plaintiffs
Texas Bar No. 24083454
jeremy@themastenlawfirm.com
P.O. Box 541411
Houston, Texas 77254
(254) 307-9185

M. Sameer Ahmed
THE AHMED FIRM PLLC
Texas Bar No. 24001631
sameer@theahmedfirm.com
555 Republic Drive, Suite 300
Plano, Texas 75074
(972) 934-5858 - tel
(972) 934-5859 – fax


                                                         */s/ Ali Assaf*
                                                         Ali Assaf