In the United States District Court
For the Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § § § | |
| Plaintiffs | § | No. 3:21-cv-1176-K-BN |
| v. | § § | |
| Dean Assaf et al. | § | |
| Defendants | § | |

**Defendant's Requested *Voir dire***

Do you collect, or are fans of, adult comics?

Have you ever sued anyone?

Have you ever sued anyone for defamation (liable or slander)?

Have you ever been accused of having child pornography or has a relative, or close friend been accused?

Have you ever been accused of being a pedophile or has a relative or close friend been accused?

Do you know what either of the terms "loli" or "lolicon" mean?

Respectfully submitted,

1

                */s/  Ali Assaf*
                Ali Assaf
                Aliassaf959@gmail,com
                (415) 450-5212
                101 East Alameda Street
                Manteca, CA 95336

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record for Plaintiffs are being served with a copy of this document, via the Court's CM/ECF system on August 14, 2023.

                /s/   *Ali Assaf*