In the United States District Court
For the Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| John T. Lamont and Preston Poulter | § § § | |
| Plaintiffs | § § | No. 3:21-cv-1176-K-BN |
| v. | § § | |
| Dean Assaf et al. | § § | |
| Defendants | § | |

## Plaintiffs' Witness List

Pursuant to Local Civil Rule 16.4 and the Court's Scheduling Order of May 30, 2023 (Dkt. 61), the parties submit the following Witness List:

## Witness List

### A.  Probable Witnesses

- Preston Poulter, c/o Jeremy M. Masten, P.O. Box 541411, Houston, Texas 77254; (254) 307-9185. Mr. Poulter is a plaintiff in this matter and will testify about the facts and circumstances underlying his claims and damages.

- John T. Lamont, c/o Jeremy M. Masten, P.O. Box 541411, Houston, Texas 77254; (254) 307-9185. Mr. Lamont is a plaintiff in this matter and will testify about the facts and circumstances underlying his claims and damages.

- Dean Assaf, 1014 East Alameda Street Manteca, California 95336, (415) 450-5212. Mr. Assaf is the defendant in this matter and will testify about the statements he made.

### B.  Possible Witnesses

- Ethan Van Sciver, c/o Scott Houtteman, 10560 Main Street, Suite 420,

   Fairfax, Virginia 22020

- Victoria Kundert, 101 East Main Street, Wallace, North Carolina 28466

- Any witnesses listed on any other party's witness list

**C.  Expert Witnesses**

- Jeffrey C. Siegel, Ph.D., ABPP, Forensic and Clinical Psychology, 17330 Preston Rd., Ste. 110B, Dallas, Texas 75252; (972) 960-1472. Provided counseling and therapy services to Preston Poulter.

- Richard M. Santoro, 5006 Wellington Avenue, Box 2701, Ventnor City, New Jersey 08406. Security consultant.

- Michael Dattolo, Web Presence, LLC, d/b/a NetReputation.com, 1100 N Tuttle Ave, Ste 12 Sarasota, Florida 34237. Internet reputation management vendor.

**D.  Records Custodian Witnesses**

- YouTube, subsidiary of Google LLC, Corporation Service Company dba CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701

- Kickstarter, PBC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801

- Twitter Inc., 1355 Market Street, San Francisco, California 94103

- KiwiFarms.net

        Respectfully submitted,

        */s/ Jeremy M. Masten*
        Jeremy M. Masten
        Texas Bar No. 24083454
        jeremy@themastenlawfirm.com
        P.O. Box 541411
        Houston, Texas 77254
        (254) 307-9185

        M. Sameer Ahmed
        **THE AHMED FIRM PLLC**
        Texas Bar No. 24001631
        sameer@theahmedfirm.com
        555 Republic Drive, Suite 300
        Plano, Texas 75074
        (972) 934-5858 - tel
        (972) 934-5859 – fax

        Counsel for Plaintiffs

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served on all parties through the Court's CM/ECF system, including those listed below, on August 14, 2023.

| | |
|---|---|
| Dean Assaf<br>Aliassaf959@gmail.com | Pro se defendant |

        */s/ Jeremy M. Masten*
        Jeremy M. Masten