Lamont
  v.
Assaf

      No. 3:21-cv-1176-K-BN

     Stipulation for Trial
      Before Court

The parties agree to waive jury
trial and proceed to trial before
the Court on September 7, 2023, or
other date set by the Court.


 AGREED:


 Jeremy M. Marten    for Plaintiffs


 Dean Assaf    pro se