IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and PRESTON POULTER,<br><br>    Plaintiffs,<br><br>v.<br><br>DEAN ASSAF A/K/A DA TALK VICTORIA KUNDERT A/K/A VIKKIVERSE, AND ETHAN VAN SCIVER.<br><br>    Defendants. | Civil Action No. 3:21-CV-1176-K-BN |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Thomas J. Adair, enters his appearance in this matter as counsel for Defendant Dean Assaf, a/k/a DA Talk. As part of this notice, the undersigned respectfully requests the Court and counsel for Plaintiffs include him on all service lists associated with this case.

Dated: August 30, 2023

Respectfully submitted,

/s/ Thomas J. Adair
Thomas J. Adair
Texas Bar No. 24047753
ADAIR LAW, PLLC
1112 18th Street, #862017
Plano, Texas 75074
Telephone: (512) 431-2736
tom@adairlaw.com

*Attorney for Defendant Ali Dean Assaf*