

# NetReputation.com
## EXPERT REPUTATION MANAGEMENT



# REPUTATION MANAGEMENT SOLUTION

**Preston Poulter**

A Full-Service and Comprehensive Plan

**Prepared by**
Michael Dattolo
**Reputation Specialist**

Office: 786-441-8957
Email: michael@netreputation.com
Calendly: Schedule a Call

**Who We Are**

Rated the Best Global Reputation Management Agency 2020 and 2021 by Newsweek.com









www.netreputation.com
1100 N Tuttle Ave, Ste 12, Sarasota, FL 34237 United States

Zoho Sign Document ID: 29855D1B-_4_1POXCCW-HKXMEUGV9GP3H7SVGEET6D8QDLP0FYK0



# Online Reputation Management Agreement

## This Agreement is Executed By and Between the Parties

**NetReputation**
Web Presence, LLC, d/b/a NetReputation.com
1100 N Tuttle Ave, Ste 12
Sarasota, Florida 34237

**Client**
Preston Poulter
prestonp@mac.com
+12145635069

## Services and Project Duration

**SERVICES.** NetReputation will provide Online Reputation Management Services as outlined below and as agreed to by the Parties for the Term of this Agreement.

### URLs for Removal and/or De-Indexing

NetReputation will attempt to remove link(s) agreed upon by the Client and/or de-index search engine results of Client's information from the following specific websites and/or links ("URLs"), as specified and agreed upon by the Client (the "Services"), during the Term of this Agreement:

- https://twitter.com/official_ldtf/status/1397427694208528392 ($1,000 de-index)
- https://kiwifarms.net/threads/preston-poulter-et-al-v-ali-dean-assaf-et-al-2021.91503/page-7 ($1,000)
- https://www.courtlistener.com/docket/59928903/poulter-v-assaf/ ($1,000)
- If the Client's information reappears on the above URLs, NetReputation will remove or de-index those URLs no additional cost.

**TERM.** The Term for this Agreement is 3 Month(s).

## Payment

**TOTAL FEE.** Client agrees to a Total Fee of **$ 3,000.00** in exchange for the Services listed in this Agreement.

**PAYMENT(S).**
Client agrees to timely pay all fees for Services specified in this section. Client's payment shall be by debit

2

Zoho Sign Document ID: 29855D1B-_4_1POXCCW-HKXMEUGV9GP3H7SVGEET6D8QDLP0FYK0



card, or credit card payment. NetReputation shall earn all fees upon the successful removal or de-indexing of the above-contracted reviews/links, and these earned fees are non-cancelable and non-refundable. However, should a review/link not be removed/de-indexed after 90 days, unless otherwise stated in the Services, the Client is eligible for an equally divided prorated refund of the Total Fee paid for each review/link not removed/de-indexed (which is calculated by taking the total number of contracted reviews/links divided into the Total Fee paid which equals the prorated refund amount).

Your secure checkout link is here: LINK

Note: Pricing is valid for 30 days from the date of this agreement. All discounts are only valid within the month offered.

Signature

**LEGAL AGREEMENT.** Services include a dedicated team, strategy, deliverables, monthly reporting, and check-ins. Due to the way search engines work, the best results are only possible by building out authority over time. By signing below, the authorized representative agrees to the Terms of Service: Link to Terms of Service (https://www.netreputation.com/terms-of-service/)

WHEREFORE, as evidenced by each Party's signature below, and intending to be legally bound, each Party acknowledges they have fully read, fully understands and fully agrees to this entire Agreement including to the Terms of Service which are incorporated into and made an integral part of this Agreement:

_____     _____
Signature of Client or Authorized Representative     Date

_____     _____
Printed Name of Client or Authorized Representative     Title

**Michael Dattolo**                                     **06/29/2023**

3