# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and PRESTON POULTER, § § § Plaintiffs, § § v. § Civil Action No. 3:21-CV-1176-K-BN § DEAN ASSAF A/K/A DA TALK § VICTORIA KUNDERT A/K/A § VIKKIVERSE, AND ETHAN VAN § SCIVER. § § Defendants. § | |

**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE CERTAIN WITNESSES**

On this day, the Court considered Defendant Dean Assaf's Motion to Strike Certain Witnesses, the brief in support thereof, Plaintiffs' Response, and the arguments of counsel. Upon such consideration, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is hereby GRANTED. Plaintiffs are barred from calling Jeffrey Siegel, Richard Santoro, and Michael Dattalo to testify at the trial of this matter.

Signed on:

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE