IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and PRESTON POULTER, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No. 3:21-CV-1176-K-BN |
| DEAN ASSAF A/K/A DA TALK VICTORIA KUNDERT A/K/A VIKKIVERSE, AND ETHAN VAN SCIVER. | § § § § § § | |
| Defendants. | § | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
AMENDED WITNESS AND EXHIBIT LISTS**

Pursuant to the Court's orders of October 19, 2023 (Dkt. No. 94) and August 30, 2023 (Dkt. No. 88), Defendant Dean Assaf respectfully requests this Court grant him leave to file an Amended Witness List (Exhibit A, hereto) and an Amended Exhibit List (Exhibit B, hereto). The Amended Witness List simply lists the three parties to this suit. With regard to the exhibits, Defendant only recently obtained counsel for this matter after the pretrial conference and submission of the original pretrial materials. Defendant's counsel has now had a chance to get up to speed on the case and review the voluminous case materials. Accordingly, Defendant respectfully requests leave to file the Amended Witness List and Amended Exhibit List.

Plaintiffs' counsel is not opposed to the relief sought in this motion, but he reserves the right to object to the admissibility of the exhibits.

Dated: October 25, 2023                                         Respectfully submitted,

/s/ Thomas J. Adair
Thomas J. Adair
Texas Bar No. 24047753
ADAIR LAW, PLLC
1112 18th Street, #862017
Plano, Texas 75074
Telephone: (512) 431-2736
tom@adairlaw.com

*Attorney for Defendant*
*Ali Dean Assaf*

## CERTIFICATE OF CONFERENCE

I have conferred with Plaintiffs' counsel regarding the relief sought in this motion. Plaintiffs' counsel stated that he is not opposed to the relief sought in this motion, but he reserves the right to object to the admissibility of exhibits.

/s/ Thomas J. Adair
Thomas J. Adair