IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and<br>PRESTON POULTER,<br><br>    Plaintiffs,<br><br>v.<br><br>DEAN ASSAF A/K/A DA TALK<br>VICTORIA KUNDERT A/K/A<br>VIKKIVERSE, AND ETHAN VAN<br>SCIVER.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:21-CV-1176-K-BN |

## DEFENDANT'S AMENDED WITNESS LIST

Pursuant to Local Civil Rule 16.4, the Court's Scheduling Order of May 30, 2023 (Dkt. 61), and the Court's order of October 19, 2023 (Dkt. 94), Defendant Dean Assaf submits the following Amended Witness List:

### Witness List

**A.  Witnesses**

Dean Assaf, c/o Thomas Adair, 1112 18th Street, #862017 Plano, Texas 75074; Telephone: (512) 431-2736. Mr. Assaf will testify about the February 28, 2021 video and he is a records custodian witness for this video.

**B.  Possible Witnesses**

Preston Poulter, c/o Jeremy M. Masten, P.O. Box 541411, Houston, Texas 77254; (254) 307-9185. Mr. Poulter is a plaintiff in this matter and will testify about the facts and circumstances surrounding this matter.

John T. Lamont, c/o Jeremy M. Masten, P.O. Box 541411, Houston, Texas 77254; (254) 307-9185. Mr. Lamont is a plaintiff in this matter and will testify about the facts and circumstances surrounding this matter.

Dated: October 25, 2023                                    Respectfully submitted,

*/s/ Thomas J. Adair*
Thomas J. Adair
Texas Bar No. 24047753
ADAIR LAW, PLLC
1112 18th Street, #862017
Plano, Texas 75074
Telephone: (512) 431-2736
tom@adairlaw.com

*Attorney for Defendant*
*Ali Dean Assaf*
