# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and PRESTON POULTER, § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 3:21-CV-1176-K-BN |
| § | |
| DEAN ASSAF A/K/A DA TALK VICTORIA KUNDERT A/K/A VIKKIVERSE, AND ETHAN VAN SCIVER. § § § § § § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE

On this day, the Court considered Defendant Dean Assaf's Motion for Leave to File Amended Witness and Exhibit Lists. Upon such consideration, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is hereby GRANTED, Defendant may file an Amended Witness List and Amended Exhibit List in the forms attached to his motion.

Signed on:

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE