# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JOHN T. LAMONT and<br>PRESTON POULTER,<br><br>    Plaintiffs,<br><br>v.<br><br>DEAN ASSAF A/K/A DA TALK<br>VICTORIA KUNDERT A/K/A<br>VIKKIVERSE, AND ETHAN VAN<br>SCIVER.<br><br>    Defendants. | §§§§§§§§§§§§§§ | Civil Action No. 3:21-CV-1176-K-BN |

## DEFENDANT'S AMENDED EXHIBIT LIST

Pursuant to Local Civil Rule 16.4 and the Court's applicable Orders (Dkt. No. 61, 88, 94), Defendant Dean Assaf submits the following Amended Exhibit List, starting on the following page, for use at trial.

Dated: October 25, 2023

Respectfully submitted,

/s/ *Thomas J. Adair*
Thomas J. Adair
Texas Bar No. 24047753
ADAIR LAW, PLLC
1112 18th Street, #862017
Plano, Texas 75074
Telephone: (512) 431-2736
tom@adairlaw.com

*Attorney for Defendant
Ali Dean Assaf*

**Defendant's Amended Exhibit List**

| DX | Description | OFF | OBJ | ADM |
|---|---|---|---|---|
| 1. | Video containing four excerpts from "#CGDG: *The L-Words,*" streamed live on Feb. 28, 2021 on Defendant Assaf's YouTube channel "DA Talks." | | | |
| 2. | Images displayed during Defendant's February 28, 2021 YouTube Livestream | | | |
| 3. | Plaintiff Lamont's Demonatrix Kickstarter Campaign (PX 9; Ex. 3 to Dkt. No. 19) | | | |
| 4. | The Demonatrix Episode 1 | | | |
| 5. | Video – Pocket Jacks Comics Writer's Group (Excerpts) - Script Reading of the Demonatrix – Oct. 14, 2020 | | | |
| 6. | Demonatrix Script pg. 1-10; read on Oct. 14, 2020 | | | |
| 7. | Video – Pocket Jacks Comics Writer's Group (Excerpts) - Script Reading of the Demonatrix – Oct. 21, 2020 | | | |
| 8. | Demonatrix Script 01 pg. 10-19; read on Oct. 21, 2020 | | | |
| 9. | Demonatrix Script 01 pg. 20-29 | | | |
| 10. | Demonatrix Script 01 (graphic) | | | |
| 11. | ArtAlley Social Demonatrix Promo | | | |
| 12. | Lamont Twitter 1 | | | |
| 13. | ArtAlley Social_following | | | |
| 14. | Discord Conversation – Figures of Legend | | | |
| 15. | Discussion Images | | | |
| 16. | Demonatrix Purchase Screen at Drive Thru Comics | | | |

| 17. | Kickstarter's Terms of Service (Ex. 4 to Dkt. No. 19) | | | |
|---|---|---|---|---|
| 18. | Kickstarter – Spirit of the Dragon | | | |
| 19. | Video Discussion of Lamont's Kickstarter Campaign (Excerpts) | | | |
| 20. | Lamont Twitter 2 | | | |
| 21. | Video – Comic Jacks Writer's Group Video (Excerpts) – Mar. 10, 2021 | | | |
| 22. | Video – Comic Jacks Writer's Group Video (Excerpts) – Mar. 17, 2021 | | | |
| 23. | Poulter Twitter 1 | | | |
| 24. | Video – Last Week in CG – et tu Vikkae (Excerpts) | | | |
| 25. | Kickstarter – Palace of the Golden Princess | | | |
| 26. | Poulter Twitter 2 | | | |
| 27. | Poulter Twitter 3 (Comicsgate) | | | |
| 28. | Poulter Twitter 4 (Police) | | | |
| 29. | Police Report | | | |
| 30. | Video – Preston Poulter v. EVS & Comicsgate (Excerpts) | | | |
| 31. | Video – Comic Jacks (Excerpts) | | | |
| 32. | Poulter's Comicsgate Trademark Status | | | |
| 33. | ComicsGate Dumping Ground DAT (Excerpts) | | | |
| 34. | Conversation – Tweet Video | | | |
| 35. | Kickstarter_JTL, PP (excel format; pdf format) | | | |