In the United States District Court
For the Northern District of Texas
Dallas Division

| | |
|---|---|
| John T. Lamont and Preston Poulter § <br> § <br> Plaintiffs § <br> § <br> v. § <br> § <br> Dean Assaf et al. § <br> Defendants § | No. 3:21-cv-1176-K-BN |

**Order Granting**
**Plaintiffs' Rule 41(a)(2) Motion to Dismiss**

After considering Plaintiffs John T. Lamont and Preston Poulter's Rule 41(a)(2) Motion to Dismiss (Dkt. _____), the Court finds that the motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the claims asserted by Plaintiffs against Defendant Dean Assaf are DISMISSED WITH PREJUDICE.

The Court previously dismissed claims asserted against Defendant Ethan Van Sciver (Dkt. 37) and Defendant Victoria Kundert (Dkt. 59). There are no other claims pending in this lawsuit. This is order is final and appealable.

_____
U.S. District Judge