IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and PRESTON POULTER,<br><br>    Plaintiffs,<br><br>v.<br><br>ALI "DEAN" ASSAF a/k/a DA TALK, VICTORIA KUNDERT a/k/a VIKKIVERSE, and ETHAN VAN SCIVER,<br><br>    Defendants. | Civil Action No. 3:21-CV-01176-K |

## ORDER

Before the Court is Plaintiffs John T. Lamont and Preston Poulter's Rule 41(a)(2) Motion to Dismiss (the "Motion"). Doc. No. 103. Upon consideration of the same, the Court **GRANTS** the Motion and **DISMISSES** all claims against Defendant Ali "Dean" Assaf a/k/a Da Talk with prejudice. Having dismissed all claims, the Court will issue a separate final judgment.

**SO ORDERED**.

Signed November 15th, 2023.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1