IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN T. LAMONT and PRESTON POULTER, <br><br> Plaintiffs, <br><br> v. <br><br> ALI "DEAN" ASSAF a/k/a DA TALK, VICTORIA KUNDERT a/k/a VIKKIVERSE, and ETHAN VAN SCIVER, <br><br> Defendants. | Civil Action No. 3:21-CV-01176-K |

## JUDGMENT

This final Judgment is entered pursuant to the Court's Order of this same date in which the Court dismissed with prejudice all claims against Defendant Ali "Dean" Assaf a/k/a Da Talk in accordance with the Parties' settlement agreement and Plaintiffs' Rule 41(a)(2) Motion to Dismiss. Doc. Nos. 102–-03. The Court previously dismissed all claims against Defendants Ethan Van Sciver, Doc. No. 37, and Victoria C. Kundert a/k/a VikkiVerse, Doc. No. 59, without prejudice for lack of personal jurisdiction.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that all claims against Mr. Assaf are hereby **DISMISSED** with prejudice and that all claims against Mr. Van

1

Sciver and Ms. Kundert are **DISMISSED** without prejudice. Each Party will bear its own costs and fees.

**SO ORDERED**.

Signed November 15th, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE